| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.N. LBR 9004-1(b)**<br>Rebecca A. Solarz, Esq.<br>Denise Carlon, Esq.<br>Brian C. Nicholas, Esq.<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Number: (609) 250-0700<br>rsolarz@kmllawgroup.com<br>dcarlon@kmllawgroup.com<br>bnicholas@kmllawgroup.com<br>Attorneys for U.S. Bank National Association, as Trustee, Successor in interest to Wachovia Bank, N.A., as Trustee, for Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates Series 2005-A1 | |
| In Re:<br>Cassandra Lynn Banko<br><br>                              Debtor | Case No: <u>18-29983 ABA</u><br><br>Chapter: <u>11</u><br><br>Judge: Andrew B. Altenburg Jr. |

**NOTICE OF APPEARANCE**

         Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of U.S. Bank National Association, as Trustee, Successor in interest to Wachovia Bank, N.A., as Trustee, for Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates Series 2005-A1.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒ All documents and pleadings of any nature.

| | |
|---|---|
| Date:07/01/2019 | **/s/ Rebecca A. Solarz, Esquire**<br>Rebecca A. Solarz, Esquire<br>Denise Carlon, Esquire<br>Brian C. Nicholas, Esquire<br>**KML Law Group, P.C.**<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>(609) 250-0700 (NJ)<br>(215) 627-1322 (PA)<br>FAX: (609) 385-2214<br>Attorney for Movant/Applicant |