UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
**Ellen M. McDowell, Esquire**
**McDowell Law, PC**
**46 West Main Street**
**Maple Shade, NJ 08052**
**Phone  856-482-5544**
**Fax 856-482-5511**
**emcdowell@mcdowelllegal.com**

In re:
    **Cassandra Lynn Banko**

Case No.: **18-29983**

Chapter: **11**

Adv. No.:

Hearing Date:

Judge: **ABA**

# CERTIFICATION OF SERVICE

1. I, __Deborah Jamison__ :

   ☐ represent ___ in the this matter.

   ☑ am the secretary/paralegal for __Ellen M. McDowell__, who represents ___ in the this matter.

   ☐ am the ___ in the this case and am representing myself.

2. On __July 17, 2019__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   - Order Respecting Amendment to Schedules
   - Amendment to Schedules
   - Last Modified Plan
   - Disclosure Statement
   - Order Approving Adequacy of the Disclosure Statement

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: __July 17, 2019__

/s/ Deborah Jamison
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Rickert Collection Systems**<br>**575 Miltown Road**<br>**PO Box 7242**<br>**North Brunswick, NJ 08902** | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **US Trustee**<br>**One Newark Center**<br>**Suite 2100**<br>**Newark, NJ 07102** | **Trustee** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.