UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re _CASSANDRA BANKO_____

Case No. _____ 1829983 (ABA)
Reporting Period:_ 06/1/2019- 06/30/2019

APRIL

## MONTHLY OPERATING REPORT
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor

Date 7/29/2019

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

_____
Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS          JUNE          2019

| ACCOUNT | DATES | MORTGAGE | AUTO | UTILITIES | REPAIRS/ M | MEDICAL EX | TRAVEL/ENT | FOOD/DINING | PERSONAL EX | ATM WITHDR | DEPOSITS CASH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIP ACCOUNT | 6/1-6/30 | $0.00 | $878.43 | $894.49 | $1,108.36 | $1,695.03 | $201.42 | $593.78 | $2,885.57 | $2,607.49 | $2,653.54 |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |  |
| TOTALS |  | $0.00 | $878.43 | $894.49 | $1,108.36 | $1,695.03 | $201.42 | $593.78 | $2,885.57 | $2,607.49 | $2,653.54 |

Cassandra Banko

Debtor

Case No.              18-29983 (ABA)
Reporting Period     6/1/2019-6/30/2019

JUNE

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | $1,010.94 | |
| | | |
| **RECEIPTS** | | |
| | | |
| SSDI Child Benefit Pay | $1,409.00 | $12,567.00 |
| SSDI PAY | $2,658.60 | $23,714.40 |
| Our Kids Miami Adoption Pay | $428.00 | $3,852.00 |
| Hrac Reservations Refund | $0.00 | $1.00 |
| Rent Received | $5,895.00 | $52,372.50 |
| Deposits - REVISED PER JUNE STATEMENT | $2,977.53 | $37,874.77 |
| ALLSTATE Homeowner's Insurance Claim for Water Damage 2nd payment | $0.00 | $2,958.69 |
| | | |
| Sale of Assets | | |
| Other Income (attach schedule)- | | |
| **Total Receipts** | $13,368.13 | $133,340.36 |
| | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| | | |
| Mortgage | $0.00 | $3,296.00 |
| Utilities | $894.49 | $6,042.24 |
| Insurance | $0.00 | $317.44 |
| Auto Expenses | $878.43 | $4,083.56 |
| Repairs/ Maintenance | $1,108.36 | $6,707.02 |
| Medical Expenses | $1,695.03 | $18,127.36 |
| Travel/ Entertainment | $201.42 | $17,113.30 |
| Food/ Dining Out | $593.78 | $6,653.80 |
| Personal Expenses | $2,885.57 | $23,207.06 |
| ATM/ Withdrawls | $2,607.49 | $49,917.82 |
| | | |
| | | |
| | | |
| | | |
| Total Ordinary Disbursements | $10,864.57 | $135,465.60 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees - Q1 2019 | $0.00 | $1,300.00 |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | 0 | 0 |
| | | |
| Total Disbursements (Ordinary + Reorganization) | $10,864.57 | $136,765.60 |
| | | |
| Net Cash Flow (Total Receipts - Total Disbursements) | $2,503.56 | $2,649.35 |
| | | |
| Cash - End of Month (Must equal reconciled bank statement) | $3,014.51 | |

*\* CASH END OF MONTH INCLUDES CHECKING AND SAVINGS STATEMENTS*

FORM MOR-1(INDV)
(9/99)

In re_CASSANDRA LYNN BANKO__      Case No._____ 18-29983 (ABA)
        Debtor         Reporting Period.:      06/1/2019-06/30/2019

## STATEMENT OF OPERATIONS - Single Asset Real Estate Case
### (Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | Month | Cumulative Filing to Date |
|---|---|---|
| Rental Income | $5,895.00 | $52,372.50 |
| Additional Rental Income | | |
| Common Area Maintenance Reimbursement | | |
| Total Income (attach Rent Roll) | $5,895.00 | $52,372.50 |
| **EXPENSES** | | |
| MORTGAGE- PRINCIPAL AND INTEREST  ** RATE INCREASE 2019 | $2,930.10 | $25,146.93 |
| RENTER'S INSURANCE | $599.71 | $5,344.02 |
| TAXES- REAL ESTATE | $1,110.17 | $9,991.53 |
| MORTGAGE- ESCROW SHORTAGE PAYMENT | $0.00 | $909.99 |
| Management Fees | | |
| Other Interest | | |
| Repairs | | |
| Supplies | | |
| Travel and Entertainment | | |
| Utilities | | |
| | | |
| Utilities | | |
| Other: (List Below) | | |
| | | |
| | | |
| | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Income (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | $4,639.98 | $46,032.45 |
| Other Income: (List Below) | | |
| | | |
| | | |
| | | |
| Interest Expense | | |
| Other Expense: (List Below) | | |
| | | |
| | | |
| | | |
| | | |
| Net Income (Loss)  Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | $0.00 | $0.00 |
| U. S. Trustee Quarterly Fees Q4 2018 | 0.00 | 1,300.00 |
| Interest Earned on Accumulated Cash from Chapter 11** | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expense: (List Below) | | |
| | | |
| | | |
| | | |
| Total Reorganization Expenses | $0.00 | $1,300.00 |
| Income Taxes | | |
| Net Income (Loss) | $1,255.02 | $5,040.05 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**Interest Earned on Accumulated Cash from Chapter 11:  Interest earned on cash accumulated during the chapter 11 case,
    which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 (RE)
(9/99)



CASSANDRA BANKO

MONTHLY CHECK REGISTRY

WELLS FARGO
CHECKING ACCOUNT
#8380864002

DEBTOR IN POSESSION

JUNE    2019

*THIS REPORT TO INCLUDE FROM JUNE 5, 2019 THRU JUNE 30, 2019*

| DATE | NUMBER | DESCRIPTION | REASON | MORTGAGE | AUTO | UTILITIES | REPAIRS/ MAINT. | MEDICAL EXPENSES | TRAVEL/ ENTERT | FOOD/ DINING OUT | PERSONAL EXPENSES | ATM/ CASH WITHDRAWL | WITHDRAWL/ PAYMENT | DEPOSIT/ CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6/3 | 1 | Honey Transfer | RENT partial pay | | | | | | | | | | $0.00 | $3,970.00 | $2,980.54 |
| 6/3 | 2 | Imperial Massage | Therapy Massage | | | | | -$95.25 | | | | | -$95.25 | | $2,885.29 |
| 6/3 | 3 | Bahna Salon | | | | | | | | | -$32.00 | | -$32.00 | | $2,853.29 |
| 6/3 | 4 | Apple I Tunes | | | | | | | | | -$2.99 | | -$2.99 | | $2,850.30 |
| 6/3 | 5 | Agnes Café | | | | | | | -$55.45 | | | | -$55.45 | | $2,794.85 |
| 6/3 | 6 | Zale Repair | Dad / for car repair | | -$500.00 | | | | | | | | -$500.00 | | $2,294.85 |
| 6/3 | 7 | Marshalls | | | | | | | | | -$76.98 | | -$76.98 | | $2,217.87 |
| 6/3 | 8 | Hobby Lobby | | | | | | | | | -$9.01 | | -$9.01 | | $2,208.86 |
| 6/3 | 9 | Lowes | | | | | -$32.97 | | | | | | -$32.97 | | $2,175.89 |
| 6/4 | 10 | Lowes | | | | | -$30.86 | | | | | | -$30.86 | | $2,145.03 |
| 6/4 | 11 | Island Gym Fee | | | | | | | | | -$26.71 | | -$26.71 | | $2,118.32 |
| 6/4 | 12 | Venmo Payment | Miller- website design | | | -$500.00 | | | | | | | -$500.00 | | $1,618.32 |
| 6/4 | 13 | Zale Payment | | | | | | | | | | | $0.00 | $126.00 | $1,744.32 |
| 6/4 | 14 | Bobs Garden | | | | | -$15.99 | | | | | | -$15.99 | | $1,728.33 |
| 6/4 | 15 | CVS Pharmacy | | | | | | -$31.94 | | | | | -$31.94 | | $1,696.39 |
| 6/4 | 16 | ShopRite Grocery | | | | | | | | -$91.25 | | | -$91.25 | | $1,605.14 |
| 6/5 | 17 | Venmo Municipal | parking ticket | | -$117.79 | | | | | | | | -$117.79 | | $1,487.35 |
| 6/5 | 18 | Sunny Sunoco | Oil Change | | -$22.00 | | | | | | | | -$22.00 | | $1,465.35 |
| 6/5 | 19 | Marshalls | | | | | | | | | -$24.99 | | -$24.99 | | $1,440.36 |
| 6/5 | 20 | Geico Auto Insurance | | | -$64.63 | | | | | | | | -$64.63 | | $1,375.73 |
| 6/6 | 21 | Agnes Café | | | | | | | | -$13.34 | | | -$13.34 | | $1,362.39 |
| 6/6 | 22 | Genes Farm | | | | | -$85.26 | | | | | | -$85.26 | | $1,277.13 |
| 6/6 | 23 | Bahna Salon | | | | | | | | | -$23.98 | | -$23.98 | | $1,253.15 |
| 6/6 | 24 | Marshalls | | | | | | | | | -$60.00 | | -$60.00 | | $1,193.15 |
| 6/6 | 25 | Comcast Cable | | | | -$160.28 | | | | | | | -$160.28 | | $1,032.87 |
| 6/7 | 26 | Verizon Cell | | | | -$234.21 | | | | | | | -$234.21 | | $798.66 |
| 6/7 | 27 | Starbucks | | | | | | | | | -$3.99 | | -$3.99 | | $794.67 |
| 6/7 | 28 | Wawa | | | -$51.40 | | | | | | | | -$51.40 | | $784.65 |
| 6/7 | 29 | Agnes Café | | | | | | | | -$17.54 | | | -$17.54 | | $767.11 |
| 6/7 | 30 | Apple Itunes | | | | | | | | -$10.02 | | | -$10.02 | | $757.09 |
| 6/7 | 31 | ATM Withdrawl | | | | | | | | | | -$40.00 | -$40.00 | | $717.09 |
| 6/10 | 32 | ATM Withdrawl | | | | | | | | | | -$200.00 | -$200.00 | | $517.09 |
| 6/10 | 33 | Morgan Medical | | | | | | -$410.00 | | | | | -$410.00 | | $107.09 |
| 6/12 | 34 | ATM Withdrawl | | | | | | | | | | -$360.00 | -$360.00 | | -$252.91 |
| 6/12 | 35 | SSA Disability | Child Benefit | | | | | | | | | | $0.00 | $1,409.00 | $1,156.09 |
| 6/12 | 36 | SSA Disability | Disability | | | | | | | | | | $0.00 | $2,698.00 | $3,854.09 |
| 6/12 | 37 | CVS Pharmacy | | | | | | -$157.21 | | | | | -$157.21 | | $3,696.88 |
| 6/13 | 38 | Macys | | | | | | | | | -$147.02 | | -$147.02 | | $3,549.86 |
| 6/13 | 39 | Macys | | | | | | | | | -$18.69 | | -$18.69 | | $3,531.17 |
| 6/13 | 40 | Macys | | | | | | | | | -$23.46 | | -$23.46 | | $3,507.71 |
| | | TOTALS | | $0.00 | $765.62 | $894.49 | $165.08 | $694.40 | $55.45 | $132.15 | $449.82 | $600.00 | $3,757.21 | $6,152.60 | $3,426.33 |



CASSANDRA BANKO

MONTHLY CHECK REGSITRY

WELLS FARGO
CHECKING ACCOUNT
#5350884002

DEBTOR IN POSESSION

JUNE    2019

THIS REPORT TO INCLUDE FROM JUNE 1, 2019 THRU JUNE 30, 2019

| DATE | NUMBER | DESCRIPTION | REASON | MORTGAGE | AUTO | UTILITIES | REPAIRS/ MAINT. | MEDICAL EXPENSES | TRAVEL/ ENTERT | FOOD/ DINING OUT | PERSONAL EXPENSES | ATM/ CASH WITHDRAWL | WITHDRAW/ PAYMENT | DEPOSIT/ CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | $3,426.33 |
| 6/13 | 41 | ShopRite Grocery | | | | | | | | -203.46 | | | -$203.46 | | $3,222.87 |
| 6/14 | 42 | CASH APP | RENT | | | | | | | | | | $0.00 | $800.00 | $4,022.87 |
| 6/14 | 43 | Macy's | | | | | | | | | -$280.10 | | -$280.10 | | $3,742.77 |
| 6/14 | 44 | Agnes Café | | | | | | | | -$13.07 | | | -$13.07 | | $3,729.70 |
| 6/14 | 45 | TRANSFER SAVINGS | | | | | | | | | | | -$1,600.00 | | $2,329.70 |
| 6/17 | 46 | Cash Deposit | | | | | | | | | | | $0.00 | $1,100.00 | $3,329.70 |
| 6/17 | 47 | Island Tanning | | | | | | | | | -$128.28 | | -$128.28 | | $3,201.42 |
| 6/17 | 48 | ATM Withdrawl | | | | | | | | | | -$200.00 | -$200.00 | | $3,001.42 |
| 6/17 | 49 | Rite Aid | | | | | | | -$21.85 | | | | -$21.85 | | $2,979.57 |
| 6/17 | 50 | Hautik Rack | | | | | | | | | -$101.91 | | -$101.91 | | $2,877.66 |
| 6/17 | 51 | Macys | | | | | | | | | -$58.93 | | -$58.93 | | $2,818.73 |
| 6/17 | 52 | ATM Withdrawl | | | | | | | | | | -$100.00 | -$100.00 | | $2,718.73 |
| 6/17 | 53 | TRANSFER SAVINGS | | | | | | | | | | | -$1,000.00 | | $1,718.73 |
| 6/17 | 54 | Check #110 | Cleaning Service | | | | -$100.00 | | | | | | -$100.00 | | $1,618.73 |
| 6/18 | 55 | Boston Proper | | | | | | | | | -$103.49 | | -$103.49 | | $1,515.24 |
| 6/18 | 56 | Ringpfell Dermatology | | | | | | -$150.00 | | | | | -$150.00 | | $1,365.24 |
| 6/18 | 57 | Barbys Salon | | | | | | | | | -$32.00 | | -$32.00 | | $1,333.24 |
| 6/18 | 58 | Cash App | Babysitter Brooke | | | | | | | | -$110.00 | | -$110.00 | | $1,223.24 |
| 6/18 | 59 | Rite Aid | | | | | | | | | -$22.89 | | -$22.89 | | $1,200.35 |
| 6/18 | 60 | ATM Withdrawl | | | | | | | | | | -$40.00 | -$40.00 | | $1,160.35 |
| 6/19 | 61 | Transfer from Savings | | | | | | | | | | | $0.00 | $500.00 | $1,660.35 |
| 6/19 | 62 | Boston Proper | | | | | | | | | -$0.01 | | -$0.01 | | $1,660.34 |
| 6/19 | 64 | Boston Proper | | | | | | | | | -$22.12 | | -$22.12 | | $1,638.22 |
| 6/19 | 65 | Agnes Café | | | | | | | | -$12.60 | | | -$12.60 | | $1,625.62 |
| 6/19 | 66 | Barbys Salon | | | | | | | | | -$60.00 | | -$60.00 | | $1,565.62 |
| 6/19 | 67 | WAWA | Gas | | -$37.63 | | | | | | | | -$37.63 | | $1,527.99 |
| 6/19 | 68 | Ringpfell Dermatology | | | | | | -$420.00 | | | | | -$420.00 | | $1,107.99 |
| 6/19 | 69 | Ringpfell Dermatology | | | | | | -$10.87 | | | | | -$10.87 | | $1,097.12 |
| 6/19 | 70 | Macys | | | | | | | | | -$29.63 | | -$29.63 | | $1,067.49 |
| 6/19 | 71 | Macys | | | | | | | | | -$54.50 | | -$54.50 | | $1,012.99 |
| 6/19 | 72 | Macy's | | | | | | | | | -$41.47 | | -$41.47 | | $971.52 |
| | | TOTALS | | $0.00 | -$37.63 | $0.00 | -$100.00 | -$580.87 | $0.00 | -$250.95 | -$1,045.33 | -$340.00 | -$4,854.81 | $2,400.00 | $971.52 |



CASSANDRA BANKO

MONTHLY CHECK REGSITRY

WELLS FARGO
CHECKING ACCOUNT
#5350884002

DEBTOR IN POSESSION

JUNE        2019

THIS REPORT TO INCLUDE FROM JUNE 1, 2019 THRU JUNE 30, 2019

| DATE | NUMBER | DESCRIPTION | REASON | MORTGAGE | AUTO | UTILITIES | REPAIRS/MAINT. | MEDICAL EXPENSES | TRAVEL/ENTERT | FOOD/DINING OUT | PERSONAL EXPENSES | ATM/CASH WITHDRAWL | WITHDRAW PAYMENT | DEPOSIT/CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | $971.52 |
| 6/20 | 73 | Square Cash App | Rent- 2nd Half | | | | | | | | | | $0.00 | $3,000.00 | $3,971.52 |
| 6/20 | 74 | Cash Deposit | | | | | | | | | | | $0.00 | $500.00 | $4,471.52 |
| 6/20 | 75 | Isagenix | | | | | | | | -$94.93 | | | -$94.93 | | $4,376.59 |
| 6/20 | 76 | CVS Pharmacy | | | | | | -$203.59 | | | | | -$203.59 | | $4,173.00 |
| 6/20 | 77 | Casels Market | | | | | | | | -$22.63 | | | -$22.63 | | $4,150.37 |
| 6/21 | 78 | Macys | | | | | | | | | -$35.70 | | -$35.70 | | $4,114.67 |
| 6/21 | 79 | Colmar Home | | | | | -$43.28 | | | | | | -$43.28 | | $4,071.39 |
| 6/21 | 80 | Macys | | | | | | | | | -$63.99 | | -$63.99 | | $4,007.40 |
| 6/24 | 81 | Macys | | | | | | | | | | | $0.00 | $53.54 | $4,060.94 |
| 6/24 | 82 | Cash Deposit | | | | | | | | | | | $0.00 | $500.00 | $4,560.94 |
| 6/24 | 83 | Borgata Hotel | | | | | | | -$101.35 | | | | -$101.35 | | $4,459.59 |
| 6/24 | 84 | Zorro Pizza | | | | | | | | -$25.59 | | | -$25.59 | | $4,434.00 |
| 6/24 | 85 | Taylors Gas | | | -$47.98 | | | | | | | | -$47.98 | | $4,386.02 |
| 6/24 | 86 | Island Tanning | | | | | | | | | -$31.99 | | -$31.99 | | $4,354.03 |
| 6/24 | 87 | Barbys Salon | | | | | | | | | -$82.00 | | -$82.00 | | $4,272.03 |
| 6/24 | 88 | Imperial Massage | Therapy Leg | | | | | -$70.85 | | | | | -$70.85 | | $4,201.18 |
| 6/24 | 89 | Marshalls | | | | | | | | | -$259.81 | | -$259.81 | | $3,941.37 |
| 6/24 | 90 | Macys | | | | | | | | | -$49.50 | | -$49.50 | | $3,891.87 |
| 6/24 | 91 | Macys | | | | | | | | | -$65.40 | | -$65.40 | | $3,826.47 |
| 6/24 | 92 | Macys | | | | | | | | | -$31.45 | | -$31.45 | | $3,795.02 |
| 6/24 | 93 | Bath and Body Works | | | | | | | | | -$71.57 | | -$71.57 | | $3,723.45 |
| 6/24 | 94 | Game Stop | | | | | | | | | -$15.98 | | -$15.98 | | $3,707.47 |
| 6/24 | 95 | Cash App | Babysitting- Brooke | | | | | | | | -$180.00 | | -$180.00 | | $3,527.47 |
| 6/24 | 96 | ATM Withdrawl | | | | | | | | | | -$400.00 | -$400.00 | | $3,127.47 |
| 6/24 | 97 | ATM Withdrawl | | | | | | | | | | -$400.00 | -$400.00 | | $2,727.47 |
| 6/24 | 98 | Check #115 | Contractor- Scott Nutt | | | | -$800.00 | | | | | | -$800.00 | | $1,927.47 |
| 6/25 | 99 | Borgata Hotel | | | | | | | -$44.62 | | | | -$44.62 | | $1,882.85 |
| 6/25 | 100 | ATM Withdrawl | | | | | | | | | | -$60.00 | -$60.00 | | $1,822.85 |
| 6/26 | 101 | OUR KIDS MIAMI | Adoption Credit | | | | | | | | | | $0.00 | $428.00 | $2,250.85 |
| 6/26 | 102 | Agnes Café | | | | | | | | -$15.74 | | | -$15.74 | | $2,235.11 |
| 6/26 | 103 | Barbys Salon | | | | | | | | | -$32.00 | | -$32.00 | | $2,203.11 |
| 6/26 | 104 | Best Impression | | | | | | -$100.00 | | | | | -$100.00 | | $2,103.11 |
| 6/26 | 105 | Macys | | | | | | | | | -$149.50 | | -$149.50 | | $1,953.61 |
| 6/26 | 106 | Macys | | | | | | | | | -$96.76 | | -$96.76 | | $1,856.85 |
| 6/26 | 107 | Macys | | | | | | | | | -$60.86 | | -$60.86 | | $1,795.99 |
| | | TOTALS | | $0.00 | -$47.98 | $0.00 | -$843.28 | -$374.44 | -$145.97 | -$158.89 | -$1,226.51 | -$860.00 | -$3,657.07 | $4,481.54 | $1,795.99 |



CASSANDRA BANKO

MONTHLY CHECK REGSITRY

WELLS FARGO
CHECKING ACCOUNT
#5350084002

DEBTOR IN POSESSION

JUNE      2019

THIS REPORT TO INCLUDE FROM JUNE 1, 2019 THRU JUNE 30, 2019

| DATE | NUMBER | DESCRIPTION | REASON | MORTGAGE | AUTO | UTILITIES | REPAIRS/ MAINT. | MEDICAL EXPENSES | TRAVEL/ ENTERT | FOOD/ DINING OUT | PERSONAL EXPENSES | ATM/ CASH WITHDRAWL | WITHDRAW PAYMENT | DEPOSIT/ CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | $1,795.99 |
| 6/27 | 108 | Macys RETURN | | | | | | | | | | | $0.00 | $23.99 | $1,819.98 |
| 6/27 | 109 | RENT final pay | JUNE | | | | | | | | | | $0.00 | $300.00 | $2,119.98 |
| 6/27 | 110 | Macys | | | | | | | | | -$53.70 | | -$53.70 | | $2,066.28 |
| 6/27 | 111 | Chicos Direct | | | | | | | | | -$110.21 | | -$110.21 | | $1,956.07 |
| 6/27 | 112 | Zorros Pizza | | | | | | | | -$29.86 | | | -$29.86 | | $1,926.21 |
| 6/27 | 113 | WAWA | Gas | | -$37.00 | | | | | | | | -$37.00 | | $1,889.21 |
| 6/28 | 114 | Agnes Café | | | | | | | | -$21.90 | | | -$21.90 | | $1,867.31 |
| 6/28 | 115 | ATM Withdrawl | | | | | | | | | | -$300.00 | -$300.00 | | $1,567.31 |
| 6/28 | 116 | ATM Withdrawl | | | | | | | | | | -$300.00 | -$300.00 | | $1,267.31 |
| 6/28 | 118 | ATM Withdrawl | | | | | | | | | | -$204.99 | -$204.99 | | $1,062.32 |
| 6/28 | 119 | ATM Fee | | | | | | | | | | -$2.50 | -$2.50 | | $1,059.82 |
| 6/28 | 120 | Rite Aid | | | | | | -$45.32 | | | | | -$45.32 | | $1,014.50 |
| | | | | | | | | | | | | | | | |
| 6/30 | | SAVINGS ACCOUNT BALANCE | | | | | | | | | | | | | $2,000.01 |
| | | | | | | | | | | | | | | | |
| 6/30 | | TOTAL ENDING BALANCE | | | | | | | | | | | | | $3,014.51 |
| | | TOTALS | | $0.00 | -$37.00 | $0.00 | $0.00 | -$45.32 | $0.00 | -$51.76 | -$163.91 | -$807.49 | -$1,105.48 | $323.99 | $0.00 |

# Wells Fargo Everyday Checking

June 30, 2019 ■ Page 1 of 7

**WELLS FARGO**

CASSANDRA L BANKO
DEBTOR IN POSESSION
CH11 CASE #18-29983 (NJ)
304 N ESSEX AVE
MARGATE CITY NJ 08402-1830

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $1,010.94 |
| Deposits/Additions | 13,368.13 |
| Withdrawals/Subtractions | - 13,364.57 |
| **Ending balance on 6/30** | **$1,014.50** |

Account number:

**CASSANDRA L BANKO**
**DEBTOR IN POSESSION**
**CH11 CASE #18-29983 (NJ)**

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 021200025

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

June 30, 2019 ∎ Page 2 of 7



## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 6/3 | | Money Transfer authorized on 06/01 From Cassandra Banko NJ S00469152669420057 Card 6976 | 1,970.00 | | |
| 6/3 | | Purchase authorized on 05/30 Imperial Massage I Margate NJ S469150682069859 Card 6976 | | 95.25 | |
| 6/3 | | Purchase authorized on 05/31 Sq *Barby's Ventnor City NJ S589151778930266 Card 6976 | | 32.00 | |
| 6/3 | | Recurring Payment authorized on 05/31 Apl*Itunes.Com/Bil 866-712-7753 CA S389152232181145 Card 6976 | | 2.99 | |
| 6/3 | | Purchase authorized on 06/01 Sq *Agnes Cafe Bre Ventnor City NJ S469152553589464 Card 6976 | | 55.45 | |
| 6/3 | | Zelle to Banko Ronald on 06/03 Ref #Pp06Bvmfry Loan Repay | | 500.00 | |
| 6/3 | | Purchase authorized on 06/03 Marshalls 4001 Black H Mays Landing NJ P00000000682937291 Card 6976 | | 76.98 | |
| 6/3 | | Purchase authorized on 06/03 Hobbylobby 4315 E. Black Mays Landing NJ P00589154710976547 Card 6976 | | 9.01 | |
| 6/3 | | Purchase authorized on 06/03 Lowe's #1034 Egg Harbor NJ P00469154723529746 Card 6976 | | 32.97 | |
| 6/3 | | Purchase authorized on 06/03 Lowe's #1034 Egg Harbor NJ P00389154729964446 Card 6976 | | 30.86 | |
| 6/3 | | Island Gym ABC Club Fees 1915100595660 - Island Gym 888-827-9262 | | 26.71 | |
| 6/3 | | Venmo Payment 2116021771 Cassandra Banko | | 500.00 | 1,618.72 |
| 6/4 | | Zelle From Ramiro Cubas on 06/04 Ref # Tdp0Es3Ecy8G | 125.00 | | |
| 6/4 | | Purchase authorized on 06/03 Bob's Garden Cente Egg Harbor to NJ S589154749556926 Card 6976 | | 15.99 | |
| 6/4 | | Purchase authorized on 06/04 Cvs/Pharm 00853--9301 Margate City NJ P0000000183900936 Card 6976 | | 21.94 | |
| 6/4 | | Purchase authorized on 06/04 Shoprite Somers Pnt S1 Somers Point NJ P00389155758782269 Card 6976 | | 91.25 | 1,614.54 |
| 6/5 | | Purchase authorized on 06/04 Ventnor City Muni 609-8237906 NJ S46915551090319 Card 6976 | | 22.00 | |
| 6/5 | | Purchase authorized on 06/04 Sunny Sunoco Margate City NJ S309155593168187 Card 6976 | | 117.79 | |
| 6/5 | | Purchase authorized on 06/05 Marshalls 4001 Black H Mays Landing NJ P00000000487904990 Card 6976 | | 24.99 | |
| 6/5 | | Geico Prem Coll 190604 8A07V9Qndkboe E Cassandra Banko | | 64.63 | 1,385.13 |
| 6/6 | | Purchase authorized on 06/05 Sq *Agnes Cafe Bre Ventnor City NJ S309156487280440 Card 6976 | | 13.34 | |
| 6/6 | | Purchase authorized on 06/05 Genes Farm and Gar Mays Landing NJ S389156662106768 Card 6976 | | 85.26 | |
| 6/6 | | Purchase authorized on 06/05 Sq *Barby's Ventnor City NJ S469156750304095 Card 6976 | | 60.00 | |
| 6/6 | | Purchase authorized on 06/06 Marshalls 4001 Black H Mays Landing NJ P00000000679585633 Card 6976 | | 3.99 | |
| 6/6 | | Comcast Cable 190605 6933247 Cassandra *Banko | | 160.28 | |
| 6/6 | | Vz Wireless Ve Vzw Webpay 190605 4933435 Cassandra *Banko | | 234.21 | 828.05 |
| 6/7 | | Purchase authorized on 06/05 Starbucks Store 21 Turnersville NJ S589156637704961 Card 6976 | | 10.02 | |
| 6/7 | | Purchase authorized on 06/06 Wawa Store 8330008 Egg Harbor to NJ S589157551546022 Card 6976 | | 51.40 | |
| 6/7 | | Purchase authorized on 06/06 Sq *Agnes Cafe Bre Ventnor City NJ S589157590373819 Card 6976 | | 17.54 | |
| 6/7 | | Purchase authorized on 06/06 Apl*Itunes.Com/Bil 866-712-7753 CA S469157784736746 Card 6976 | | 23.98 | |
| 6/7 | | ATM Withdrawal authorized on 06/07 8013 Atlantic Avenue Margate City NJ 0002794 ATM ID 0011M Card 6976 | | 40.00 | |
| 6/7 | | ATM Withdrawal authorized on 06/07 8013 Atlantic Avenue Margate City NJ 0002934 ATM ID 0011M Card 6976 | | 200.00 | 485.11 |
| 6/10 | | Purchase authorized on 06/06 Morgan Medical Cen Haddonfield NJ S389157536767225 Card 6976 | | 420.00 | 65.11 |

June 30, 2019 ▪ Page 3 of 7

 WELLS FARGO

### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 6/11 | | ATM Cash Approved In Overdraft authorized on 06/11 8013 Atlantic Avenue Margate City NJ 0003871 ATM ID 0011M Card 6976 | | 360.00 | -294.89 |
| 6/12 | | SSA Treas 310 Xxsoc Sec 061219 xxxxx0792C1 SSA N1*Gd*Cassandra Banko for \N1*Be*Issac Ban | 1,409.00 | | |
| 6/12 | | SSA Treas 310 Xxsoc Sec 061219 xxxxx0792A SSA Cassandra L Banko | 2,658.60 | | |
| 6/12 | | Purchase authorized on 06/12 Cvs/Pharmacy #00 00853--9 Margate City NJ P0058916365440179 Card 6976 | | 157.21 | 3,615.50 |
| 6/13 | | Purchase authorized on 06/13 Macy's 080 100 Black Mays Landing NJ P00469164569569358 Card 6976 | | 147.02 | |
| 6/13 | | Purchase authorized on 06/13 Macy's 100 Black Ho Mays Landing NJ P0000000972826260 Card 6976 | | 18.69 | |
| 6/13 | | Purchase authorized on 06/13 Macy's 100 Black Ho Mays Landing NJ P00000000389396755 Card 6976 | | 23.46 | |
| 6/13 | | Purchase authorized on 06/13 Shoprite Englsh Crk S1 Egg Harbor Tw NJ P003091646497297231 Card 6976 | | 203.46 | 3,222.87 |
| 6/14 | | Square Inc * Cash App 190614 T200127535652 Cassandra Banko | 800.00 | | |
| 6/14 | | Purchase authorized on 06/12 Macys .Com 800-289-6229 OH S389163863700752 Card 6976 | | 280.10 | |
| 6/14 | | Purchase authorized on 06/13 Sq *Agnes Cafe Bre Ventnor City NJ S469164528751693 Card 6976 | | 13.07 | |
| 6/14 | | Online Transfer to Banko C Way2Save Savings xxxxxx9126 Ref #Ib06Dffht5 on 06/14/19 | | 1,500.00 | 2,229.70 |
| 6/17 | | ATM Cash Deposit on 06/17 8013 Atlantic Avenue Margate City NJ 0005581 ATM ID 0011M Card 6976 | 1,100.00 | | |
| 6/17 | | Purchase authorized on 06/14 Island Sun Tanning Ventnor NJ S469165570346566 Card 6976 | | 128.28 | |
| 6/17 | | ATM Withdrawal authorized on 06/15 8013 Atlantic Avenue Margate City NJ 0004925 ATM ID 0011M Card 6976 | | 200.00 | |
| 6/17 | | Purchase authorized on 06/15 Rite Aid Store - 10493 Ventnor City NJ P00389166541420110 Card 6976 | | 21.85 | |
| 6/17 | | Purchase authorized on 06/16 Hautlk Rack8885478 888-547-8438 CA S389167631666389 Card 6976 | | 101.91 | |
| 6/17 | | Purchase authorized on 06/16 Macys .Com 800-289-6229 OH S309167635736040 Card 6976 | | 58.93 | |
| 6/17 | | ATM Withdrawal authorized on 06/17 8013 Atlantic Avenue Margate City NJ 0005488 ATM ID 0011M Card 6976 | | 100.00 | |
| 6/17 | | Online Transfer to Banko C Way2Save Savings xxxxxx9126 Ref #Ib06Dx2Qk8 on 06/17/19 | | 1,000.00 | |
| 6/17 | 110 | Check | | 100.00 | 1,618.73 |
| 6/18 | | Purchase authorized on 06/16 Boston Proper 800-243-4300 FL S469167651257316 Card 6976 | | 103.49 | |
| 6/18 | | Purchase authorized on 06/17 Ringpfeil Advanced 610-525-5250 PA S589168635814006 Card 6976 | | 150.00 | |
| 6/18 | | Purchase authorized on 06/17 Sq *Barby's Ventnor City NJ S389168670557571 Card 6976 | | 32.00 | |
| 6/18 | | Purchase authorized on 06/17 Sqc*Cash App Brook 8774174551 CA S309169142796596 Card 6976 | | 110.00 | |
| 6/18 | | Purchase authorized on 06/18 Rite Aid Store - 10493 Ventnor City NJ P00469169501058942 Card 6976 | | 22.89 | |
| 6/18 | | ATM Withdrawal authorized on 06/18 8013 Atlantic Avenue Margate City NJ 0005869 ATM ID 0011M Card 6976 | | 40.00 | 1,160.35 |
| 6/19 | | Online Transfer From Banko C Way2Save Savings xxxxxx9126 Ref #Ib06F5Nsqz on 06/19/19 | 500.00 | | |
| 6/19 | | Purchase authorized on 06/16 Boston Proper Boca Raton FL S619170547018121 Card 6976 | | 0.01 | |
| 6/19 | | Purchase authorized on 06/17 Boston Proper 800-243-4300 FL S389168747501629 Card 6976 | | 22.12 | |
| 6/19 | | Purchase authorized on 06/18 Sq *Agnes Cafe Bre Ventnor NJ S589169489806346 Card 6976 | | 12.60 | |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/19 | | Purchase authorized on 06/18 Sq *Barby's Ventnor City NJ S389169550606856 Card 6976 | | 60.00 | |
| 6/19 | | Purchase authorized on 06/18 Wawa 721 0000 Williamstown NJ S589169585959946 Card 6976 | | 37.63 | |
| 6/19 | | Purchase authorized on 06/18 Ringpfeil Advanced 610-525-5250 PA S309169754768244 Card 6976 | | 420.00 | |
| 6/19 | | Purchase authorized on 06/18 Ringpfeil Advanced 610-525-5250 PA S389169755539997 Card 6976 | | 10.87 | |
| 6/19 | | Purchase authorized on 06/19 Macy's 080 100 Black Mays Landing NJ P00589170548672746 Card 6976 | | 29.63 | |
| 6/19 | | Purchase authorized on 06/19 Macy's 080 100 Black Mays Landing NJ P00389170564731321 Card 6976 | | 54.50 | |
| 6/19 | | Purchase authorized on 06/19 Macy's 080 100 Black Mays Landing NJ P00589170571256848 Card 6976 | | 41.47 | 971.52 |
| 6/20 | | Square Inc * Cash App 190620 T200129042899 Cassandra Banko | 3,000.00 | | |
| 6/20 | | ATM Cash Deposit on 06/20 8013 Atlantic Avenue Margate City NJ 0006318 ATM ID 0011M Card 6976 | 500.00 | | |
| 6/20 | | Purchase authorized on 06/19 Isa*Isagenix World 877-8778111 AZ S38917067484608 Card 6976 | | 94.93 | |
| 6/20 | | Purchase authorized on 06/20 Cvs/Pharmacy #00 00853--9 Margate City NJ P00469171793968915 Card 6976 | | 203.59 | |
| 6/20 | | Purchase authorized on 06/20 Casel's Market Margate City NJ P0000000579777084 Card 6976 | | 22.63 | 4,150.37 |
| 6/21 | | Purchase authorized on 06/19 Macys Hamilton Mays Landing NJ S389170542846388 Card 6976 | | 35.70 | |
| 6/21 | | Purchase authorized on 06/20 Colmar Home Center Margate City NJ S309171487923360 Card 6976 | | 43.28 | |
| 6/21 | | Purchase authorized on 06/20 Macys .Com 800-289-6229 OH S589171563721351 Card 6976 | | 63.99 | 4,007.40 |
| 6/24 | | Purchase Return authorized on 06/22 Macys Hamilton Mays Landing NJ S619174789729071 Card 6976 | 53.54 | | |
| 6/24 | | ATM Cash Deposit on 06/22 8013 Atlantic Avenue Margate City NJ 0006779 ATM ID 0011M Card 6976 | 500.00 | | |
| 6/24 | | Purchase authorized on 06/20 Borgata Hotel 6093177337 NJ S469171544888836 Card 6976 | | 101.35 | |
| 6/24 | | Purchase authorized on 06/20 Zorro S Pizza Ventnor City NJ S469171806577025 Card 6976 | | 25.59 | |
| 6/24 | | Purchase authorized on 06/21 Taylor's Gulf Serv Margate City NJ S469172537361981 Card 6976 | | 47.98 | |
| 6/24 | | Purchase authorized on 06/21 Island Sun Tanning Ventnor NJ S309172617844049 Card 6976 | | 31.99 | |
| 6/24 | | Purchase authorized on 06/21 Sq *Barby's Ventnor City NJ S589172696020844 Card 6976 | | 82.00 | |
| 6/24 | | Purchase authorized on 06/21 Imperial Massage I Margate NJ S389172764102648 Card 6976 | | 70.85 | |
| 6/24 | | Purchase authorized on 06/22 Marshalls 4001 Black H Mays Landing NJ P00000000070132624 Card 6976 | | 259.81 | |
| 6/24 | | Purchase authorized on 06/22 Macy's 080 100 Black Mays Landing NJ P00589173585593832 Card 6976 | | 49.50 | |
| 6/24 | | Purchase authorized on 06/22 Macy's 080 100 Black Mays Landing NJ P00589173586579475 Card 6976 | | 65.40 | |
| 6/24 | | Purchase authorized on 06/22 Macy's 080 100 Black Mays Landing NJ P00309173590764196 Card 6976 | | 31.45 | |
| 6/24 | | Purchase authorized on 06/22 Bath and Body Works 4745 Mays Landing NJ P00309173603634293 Card 6976 | | 71.57 | |
| 6/24 | | Purchase authorized on 06/22 Gamestop #726 340 Consume Mays Landing NJ P00469173605756664 Card 6976 | | 15.98 | |
| 6/24 | | Purchase authorized on 06/23 Sqc*Cash App Brook 8774174551 CA S309174581130219 Card 6976 | | 180.00 | |
| 6/24 | | ATM Withdrawal authorized on 06/24 One Borgata Way Atlantic City NJ 0001606 ATM ID 0019M Card 6976 | | 400.00 | |

June 30, 2019 ■ Page 5 of 7



**Transaction history (continued)**

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 6/24 | | ATM Withdrawal authorized on 06/24 One Borgata Way Atlantic City NJ 0001619 ATM ID 0019M Card 6976 | | 400.00 | |
| 6/24 | 115 | Cashed Check | | 800.00 | 1,927.47 |
| 6/25 | | Purchase authorized on 06/21 B - Wch Front Desk Atlantic City NJ S389172557080934 Card 6976 | | 44.62 | |
| 6/25 | | ATM Withdrawal authorized on 06/25 8013 Atlantic Avenue Margate City NJ 0007820 ATM ID 0011M Card 6976 | | 60.00 | 1,822.85 |
| 6/26 | | Our Kids of Miam Exp Reimb W-100160688 Cassandra Banko | 428.00 | | |
| 6/26 | | Purchase authorized on 06/25 Sq *Agnes Cafe Bre Ventnor City NJ S309176528399446 Card 6976 | | 15.74 | |
| 6/26 | | Purchase authorized on 06/25 Sq *Barby's Ventnor City NJ S469176560085736 Card 6976 | | 32.00 | |
| 6/26 | | Purchase authorized on 06/25 Best Impression CO Blue Bell PA S469176632260987 Card 6976 | | 100.00 | |
| 6/26 | | Purchase authorized on 06/26 Macy's 080 100 Black Mays Landing NJ P00469177635710420 Card 6976 | | 149.50 | |
| 6/26 | | Purchase authorized on 06/26 Macy's 080 100 Black Mays Landing NJ P00469177651248765 Card 6976 | | 96.76 | |
| 6/26 | | Purchase authorized on 06/26 Macy's 080 100 Black Mays Landing NJ P00589177656968418 Card 6976 | | 60.86 | 1,795.99 |
| 6/27 | | Purchase Return authorized on 06/26 Macys Hamilton Mays Landing NJ S619178546293806 Card 6976 | 23.99 | | |
| 6/27 | | Square Inc * Cash App 190627 T200130907924 Cassandra Banko | 300.00 | | |
| 6/27 | | Purchase authorized on 06/19 Macys Hamilton Mays Landing NJ S589170539573772 Card 6976 | | 53.70 | |
| 6/27 | | Purchase authorized on 06/23 Chico'S-Direct #82 888-855-4986 FL S469174830596056 Card 6976 | | 110.21 | |
| 6/27 | | Purchase authorized on 06/24 Zorro S Pizza Ventnor City NJ S309175787332688 Card 6976 | | 29.86 | |
| 6/27 | | Purchase authorized on 06/26 Wawa 947 0000 Egg Harbor NJ S589177608561049 Card 6976 | | 37.00 | 1,889.21 |
| 6/28 | | Purchase authorized on 06/27 Sq *Agnes Cafe Bre Ventnor City NJ S589178565889658 Card 6976 | | 21.90 | |
| 6/28 | | ATM Withdrawal authorized on 06/28 8013 Atlantic Avenue Margate City NJ 0008527 ATM ID 0011M Card 6976 | | 300.00 | |
| 6/28 | | ATM Withdrawal authorized on 06/28 One Borgata Way Atlantic City NJ 0005476 ATM ID 0019Y Card 6976 | | 300.00 | |
| 6/28 | | Non-WF ATM Withdrawal authorized on 06/28 1 Borgata Way Atlantic City NJ 00589179701668815 ATM ID Cpsb1839 Card 6976 | | 204.99 | |
| 6/28 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 6/28 | | Purchase with Cash Back $ 40.00 authorized on 06/28 Rite Aid Store - 10493 Ventnor City NJ P00389179795983984 Card 6976 | | 45.32 | 1,014.50 |
| **Ending balance on 6/30** | | | | | 1,014.50 |
| **Totals** | | | $13,368.13 | $13,364.57 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 110 | 6/17 | 100.00 | 115 * | 6/24 | 800.00 |

*  Gap in check sequence.

June 30, 2019 ■ Page 6 of 7

**WELLS FARGO**

---

**Summary of Overdraft and Returned Item fee(s)**

|  | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.

**Summary of Overdraft Rewind** <sup>SM</sup> **Benefits**

|  | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Number of Overdraft and Return Item Fees Waived | 1 | 1 |
| Total Amount of Overdraft and Return Item Fees Waived | $35.00 | $35.00 |

† Year-to-date total reflects fees waived since first full statement period of calendar year.

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2019 - 06/30/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements |  |  |
| · Minimum daily balance | $1,500.00 | -$294.89 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $8,595.60 ☑ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 81 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card |  |  |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)          ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
RC/RC

 IMPORTANT ACCOUNT INFORMATION

---

**Effective August 19, 2019, there will be changes to Service fees for Overdraft and Returned Items.**

We may assess an overdraft fee for any item we pay into overdraft, and we may assess a returned item fee for any item returned unpaid. We limit our overdraft and/or returned item fees to three (3) per business day. We will not assess an overdraft or Non-Sufficient Funds/NSF fee on items of $5 or less. If both your ending daily account balance and available balance are overdrawn by $5 or less after we have processed all of your transactions, we will not assess an overdraft fee on the items. No overdraft fee will be assessed on ATM and every day (one-time) debit card transactions unless Debit Card Overdraft Service is added to your account

---

Revised Agreement for Online Access
We're updating our Online Access Agreement effective September 30, 2019.
To see what is changing, please visit wellsfargo.com/onlineupdates.



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

A  **Enter the ending balance** on this statement.    $ _____

B  **List outstanding deposits and other credits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

+ $ _____

C  Add A and B to calculate the subtotal.    = $ _____

D  **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement.  **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

- $ _____

E  Subtract D from C to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801    Member FDIC.

# Wells Fargo Way2Save® Savings

June 30, 2019 ■ Page 1 of 4



CASSANDRA L BANKO
DEBTOR IN POSSESSION
CH 11 CASE #18-29983(NJ)
304 N ESSEX AVE
MARGATE CITY NJ 08402-1830

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-TO-WELLS**  (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288  *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Activity summary

| | |
|---|---|
| Beginning balance on 6/1 | $5.00 |
| Deposits/Additions | 2,500.01 |
| Withdrawals/Subtractions | - 505.00 |
| **Ending balance on 6/30** | **$2,000.01** |

Account number:

**CASSANDRA L BANKO**
**DEBTOR IN POSSESSION**
**CH 11 CASE #18-29983(NJ)**

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 021200025

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $1,121.66 |
| Annual percentage yield earned | 0.01% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.01 |

June 30, 2019 ■ Page 2 of 4



## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|
| 6/14 | Online Transfer From Banko C Everyday Checking xxxxxx4002 Ref #Ib06Dffht5 on 06/14/19 | 1,500.00 | | 1,505.00 |
| 6/17 | Online Transfer From Banko C Everyday Checking xxxxxx4002 Ref #Ib06Dx2Qk8 on 06/17/19 | 1,000.00 | | 2,505.00 |
| 6/19 | ※ Online Transfer to Banko C Everyday Checking xxxxxx4002 Ref #Ib06F5Nsqz on 06/19/19 | | 500.00 | 2,005.00 |
| 6/28 | Interest Payment | 0.01 | | |
| 6/28 | Monthly Service Fee | | 5.00 | 2,000.01 |
| | Ending balance on 6/30 | | | 2,000.01 |
| **Totals** | | **$2,500.01** | **$505.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

※ *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 06/01/2019 - 06/30/2019 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $5.00 ☐ |
| · A daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · A monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |



The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
AM/AM

# ✓ IMPORTANT ACCOUNT INFORMATION

**Effective August 19, 2019, there will be changes to Service fees for Overdraft and Returned Items.**

We may assess an overdraft fee for any item we pay into overdraft, and we may assess a returned item fee for any item returned unpaid. We limit our overdraft and/or returned item fees to three (3) per business day. We will not assess an overdraft or Non-Sufficient Funds/NSF fee on items of $5 or less. If both your ending daily account balance and available balance are overdrawn by $5 or less after we have processed all of your transactions, we will not assess an overdraft fee on the items. No overdraft fee will be assessed on ATM and every day (one-time) debit card transactions unless Debit Card Overdraft Service is added to your account

Revised Agreement for Online Access

June 30, 2019  ▪  Page 3 of 4

WELLS
FARGO

We're updating our Online Access Agreement effective September 30, 2019.
To see what is changing, please visit wellsfargo.com/onlineupdates.

**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** Enter the ending balance on this statement.              $ _____

**B** List outstanding deposits and other credits to your account that do not appear on this statement. Enter the total in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total | $ |

→ + $ _____

**C** Add **A** and **B** to calculate the subtotal.    = $ _____

**D** List outstanding checks, withdrawals, and other debits to your account that do not appear on this statement. Enter the total in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

→ - $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.              = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC.