UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ellen M. McDowell, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
856-482-5544
856-482-5511 (fax)
emcdowell@mcdowelllegal.com

In Re:

Cassandra L. Banko,

　　　　　　Debtor

Case No.: ____18-29983____

Adv. Pro. No.: _____

Chapter: _____

Hearing Date: ____8/8/19____

Judge: ____ABA____

## ADJOURNMENT REQUEST

1. I, ____Ellen M. McDowell____,

   ☒ am the attorney for: ____Debtor____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Confirmation hearing

   Current hearing date and time: 8/8/19 at 10 a.m.

   New date requested: 30 days (must be after 9/2 per request

   Reason for adjournment request: Debtor has resolved one objection to confirmation and is working diligently to resolve the other but additional time is required.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 7/30/19_____                    /s/ Ellen M. McDowell_____
                                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted            New hearing date: 9/12/2019 AT 10:00 AM        ☐ Peremptory

☐  Granted over objection(s)   New hearing date: _____   ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2