Cassandra Banko

July 2019 Operating Report

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor

Date  9|10|209

_____

Signature of Joint Debtor

Date

_____

Signature of Authorized Individual*

Date

_____

Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

| Cassandra Banko | |
|---|---|
| | Debtor |

| | |
|---|---|
| Case No. | 18-29983 (ABA) |
| Reporting Period | 7/1/2019-7/31/2019 |

JULY

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | $1,014.50 | |
| | | |
| **RECEIPTS** | | |
| | | |
| SSDI Child Benefit Pay | $1,409.00 | $12,567.00 |
| SSDI PAY | $2,658.60 | $23,714.40 |
| Our Kids Miami Adoption Pay | $428.00 | $3,852.00 |
| Hrac Reservations Refund | $0.00 | $1.00 |
| Rent Received | $8,955.00 | $61,327.50 |
| Deposits - | $6,982.08 | $44,856.85 |
| ALLSTATE Homeowner's Insurance Claim for Water Damage 2nd payment | $0.00 | $2,958.69 |
| | | |
| Sale of Assets | | |
| Other Income (attach schedule)- | | |
| **Total Receipts** | $20,432.68 | $149,277.44 |
| | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| | | |
| Mortgage | $0.00 | $3,296.00 |
| Utilities | $856.72 | $6,898.96 |
| Insurance | $0.00 | $317.44 |
| Auto Expenses | $525.01 | $4,608.57 |
| Repairs/ Maintenance | $1,350.00 | $8,057.02 |
| Medical Expenses | $673.27 | $18,800.63 |
| Travel/ Entertainment | $2,415.96 | $19,529.26 |
| Food/ Dining Out | $1,327.28 | $7,981.08 |
| Personal Expenses | $4,656.22 | $27,863.28 |
| ATM/ Withdrawls | $7,687.41 | $57,605.23 |
| | | |
| | | |
| | | |
| | | |
| Total Ordinary Disbursements | $19,491.87 | $154,957.47 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees - Q2 2019 | $650.00 | $1,950.00 |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | 0 | 0 |
| | | |
| **Total Disbursements  (Ordinary  +  Reorganization)** | $20,141.87 | $156,907.47 |
| | | |
| **Net Cash Flow (Total Receipts  -  Total Disbursements)** | $290.81 | $2,649.35 |
| | | |
| **Cash - End of Month (Must equal reconciled bank statement)** | $2,166.32 | |

*** CASH END OF MONTH INCLUDES CHECKING AND SAVINGS STATEMENTS*

FORM MOR-1(INDV)
(9/99)

In re_CASSANDRA LYNN BANKO__          Case No._____ 18-29983 (ABA)
                Debtor                Reporting Period.:_____ 7/1/2019-07/31/2019

### STATEMENT OF OPERATIONS - Single Asset Real Estate Case
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | Month | Cumulative Filing to Date |
|---|---|---|
| Rental Income | $5,955.00 | $58,327.25 |
| Additional Rental Income | | |
| Common Area Maintenance Reimbursement | | |
| Total Income (attach Rent Roll) | $5,955.00 | $58,327.25 |
| EXPENSES | | |
| MORTGAGE- PRINCIPAL AND INTEREST  ** RATE INCREASE 2019 | $2,930.10 | $28,077.03 |
| RENTER'S INSURANCE | $599.71 | $5,943.73 |
| TAXES- REAL ESTATE | $1,110.17 | $11,101.70 |
| MORTGAGE- ESCROW SHORTAGE PAYMENT | $0.00 | $909.99 |
| Management Fees | | |
| Other Interest | | |
| Repairs | | |
| Supplies | | |
| Travel and Entertainment | | |
| Utilities | | |
| | | |
| Utilities | | |
| Other: (List Below) | | |
| | | |
| | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Income (Loss) Before Other Income & Expenses | | |
| OTHER INCOME AND EXPENSES | $4,639.98 | $50,672.43 |
| Other Income: (List Below) | | |
| | | |
| | | |
| | | |
| Interest Expense | | |
| Other Expense: (List Below) | | |
| | | |
| | | |
| | | |
| Net Income (Loss)  Before Reorganization Items | | |
| REORGANIZATION ITEMS | | |
| Professional Fees | $0.00 | $0.00 |
| U. S. Trustee Quarterly Fees Q2 2019 | 650.00 | 1,950.00 |
| Interest Earned on Accumulated Cash from Chapter 11** | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expense: (List Below) | | |
| | | |
| | | |
| | | |
| Total Reorganization Expenses | $650.00 | $1,950.00 |
| Income Taxes | | |
| Net Income (Loss) | $665.02 | $5,704.82 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

**Interest Earned on Accumulated Cash from Chapter 11:  Interest earned on cash accumulated during the chapter 11 case,
  which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 (RE)
(9/99)

CASSANDRA BANKO

MONTHLY CHECK REGSITRY

WELLS FARGO
CHECKING ACCOUNT
#5350884002

DEBTOR IN POSESSION

JULY     2019

THIS REPORT TO INCLUDE FROM JULY 1, 2019 THRU JULY 31, 2019

| DATE | NUMBER | DESCRIPTION | REASON | MORTGAGE | AUTO | UTILITIES | REPAIRS/ MAINT. | MEDICAL EXPENSES | TRAVEL/ ENTERT | FOOD/ DINING OUT | PERSONAL EXPENSES | ATM/ CASH WITHDRAWL | WITHDRAW PAYMENT | DEPOSIT/ CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | $360.47 |
| 7/26 | 144 | ADOPTION PAY | | | | | | | | | | | $0.00 | $428.00 | $788.47 |
| 7/26 | 145 | ATM Withdrawl | | | | | | | | | | -$100.00 | -$100.00 | | $688.47 |
| 7/29 | 146 | Borgata Hotel | REFUND | | | | | | | | | | $0.00 | $135.21 | $823.68 |
| 7/29 | 147 | Venus clothing | REFUND | | | | | | | | | | $0.00 | $11.99 | $835.67 |
| 7/29 | 148 | Venus clothing | REFUND | | | | | | | | | | $0.00 | $64.97 | $900.64 |
| 7/29 | 149 | Square Cash APP | RENT PART 2 | | | | | | | | | | $0.00 | $3,000.00 | $3,900.64 |
| 7/29 | 150 | EZ Pass | | | -$0.75 | | | | | | | | -$0.75 | | $3,899.89 |
| 7/29 | 151 | Barbys Salon | | | | | | | | | -$20.00 | | -$20.00 | | $3,879.89 |
| 7/22 | 152 | Transfer to Savings | | | | | | | | | | -$500.00 | -$500.00 | | $3,379.89 |
| 7/29 | 153 | Sunoco | | | -$46.76 | | | | | | | | -$46.76 | | $3,333.13 |
| 7/29 | 154 | Wendys | | | | | | | | -$23.51 | | | -$23.51 | | $3,309.62 |
| 7/29 | 155 | Acme Grocery | | | | | | | | -$8.27 | | | -$8.27 | | $3,301.35 |
| 7/29 | 156 | CVS Pharmacy | | | | | | -$41.14 | | | | | -$41.14 | | $3,260.21 |
| 7/29 | 157 | ATM Withdrawl | | | | | | | | | | -$304.99 | -$304.99 | | $2,955.22 |
| 7/29 | 158 | ATM Fee | | | | | | | | | | -$2.50 | -$2.50 | | $2,952.72 |
| 7/29 | 159 | ATM Withdrawl | | | | | | | | | | -$304.99 | -$304.99 | | $2,647.73 |
| 7/29 | 160 | ATM Fee | | | | | | | | | | -$2.50 | -$2.50 | | $2,645.23 |
| 7/29 | 161 | ATM Withdrawl | | | | | | | | | | -$184.99 | -$184.99 | | $2,460.24 |
| 7/29 | 162 | ATM Fee | | | | | | | | | | -$2.50 | -$2.50 | | $2,457.74 |
| 7/29 | 163 | Borgata Hotel | | | | | | | -$522.95 | | | | -$522.95 | | $1,934.79 |
| 7/29 | 164 | Venmo Payment | Babysitter | | | | | | | | -$10.00 | | -$10.00 | | $1,924.79 |
| 7/29 | 165 | Venmo Payment | Babysitter | | | | | | | | | -$80.00 | -$80.00 | | $1,844.79 |
| 7/30 | 166 | Venus clothing | REFUND | | | | | | | | | | $0.00 | $81.92 | $1,926.71 |
| 7/30 | 167 | Borgata Hotel | | | | | | | -$22.31 | | | | -$22.31 | | $1,904.40 |
| 7/30 | 168 | Beach Pier | | | | | | | | | -$50.95 | | -$50.95 | | $1,853.45 |
| 7/30 | 169 | Hautik Rack | | | | | | | | | -$106.81 | | -$106.81 | | $1,746.64 |
| 7/30 | 170 | ATM withdrawl | | | | | | | | | | -$40.00 | -$40.00 | | $1,706.64 |
| 7/31 | 171 | Macys | REFUND | | | | | | | | | | $0.00 | $29.46 | $1,736.10 |
| 7/31 | 172 | Coronet Cleaners | | | | | | | | | -$26.05 | | -$26.05 | | $1,710.05 |
| 7/31 | 173 | Agnes Café | | | | | | | | -$18.74 | | | -$18.74 | | $1,691.31 |
| 7/31 | 174 | Barbys Salon | | | | | | | | | -$20.00 | | -$20.00 | | $1,671.31 |
| | | JULY SAVINGS | | | | | | | | | | | | | $495.01 |
| | | TOTAL JULY BALANCE | | | | | | | | | | | | | $2,166.32 |
| | | TOTALS | | $0.00 | -$47.51 | $0.00 | $0.00 | -$41.14 | -$545.26 | -$50.52 | -$233.81 | -$1,522.47 | -$2,440.71 | $3,751.55 | |

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS**                    **JULY**          **2019**

| ACCOUNT | DATES | MORTGAGE | AUTO | UTILITIES | REPAIRS/ M | MEDICAL EX | TRAVEL/ENT | FOOD/DINING | PERSONAL EXP | ATM WITHDR | DEPOSITS CASH |
|---|---|---|---|---|---|---|---|---|---|---|---|
| DIP ACCOUNT | 7/1-7/31 | $0.00 | $525.01 | $856.72 | $1,350.00 | $673.27 | $2,415.96 | $1,327.28 | $4,656.22 | $7,687.41 | $6,982.08 |
| | | | | | | | | | * Includes Court | | |
| | | | | | | | | | Quarterly Payment | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| TOTALS | | $0.00 | $525.01 | $856.72 | $1,350.00 | $673.27 | $2,415.96 | $1,327.28 | $4,656.22 | $7,687.41 | $6,982.08 |

# Wells Fargo Everyday Checking

July 31, 2019 ■ Page 1 of 9



CASSANDRA L BANKO
DEBTOR IN POSESSION
CH11 CASE #18-29983 (NJ)
304 N ESSEX AVE
MARGATE CITY NJ 08402-1830

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| | | | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | ✓ |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $1,014.50 |
| Deposits/Additions | 20,432.68 |
| Withdrawals/Subtractions | - 19,775.87 |
| **Ending balance on 7/31** | **$1,671.31** |

Account number:

**CASSANDRA L BANKO**
**DEBTOR IN POSESSION**
**CH11 CASE #18-29983 (NJ)**
*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 021200025

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

July 31, 2019 ■ Page 2 of 9



WELLS
FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 7/1 | | Online Transfer From Banko C Way2Save Savings xxxxxx9126 Ref #Ib06Gmtxql on 06/30/19 | 1,500.00 | | |
| 7/1 | | Online Transfer From Banko C Way2Save Savings xxxxxx9126 Ref #Ib06Gy46By on 07/01/19 | 400.00 | | |
| 7/1 | | Purchase authorized on 06/27 Macys .Com 800-289-6229 OH S469178618992787 Card 6976 | | 136.12 | |
| 7/1 | | Purchase authorized on 06/28 Schweiger Northfie Northfield NJ S309179495511535 Card 6976 | | 31.44 | |
| 7/1 | | Purchase authorized on 06/28 Naomis Cafe Northfield NJ S589179539241422 Card 6976 | | 11.75 | |
| 7/1 | | Purchase authorized on 06/28 Sq *Barby's Ventnor City NJ S469179791191830 Card 6976 | | 32.00 | |
| 7/1 | | Purchase authorized on 06/28 Steve & Cookies By Margate City NJ S589180001066376 Card 6976 | | 66.64 | |
| 7/1 | | Purchase authorized on 06/30 Casel's Market Margate City NJ P0000000585070366 Card 6976 | | 32.52 | |
| 7/1 | | Purchase authorized on 06/30 Cvs/Pharm 00853--9301 Margate City NJ P0000000670459569 Card 6976 | | 29.09 | |
| 7/1 | | Purchase authorized on 06/30 Cvs/Pharm 00853--9301 Margate City NJ P0000000683093403 Card 6976 | | 19.17 | |
| 7/1 | | ATM Withdrawal authorized on 07/01 One Borgata Way Atlantic City NJ 0004045 ATM ID 0019M Card 6976 | | 400.00 | |
| 7/1 | | ATM Withdrawal authorized on 07/01 One Borgata Way Atlantic City NJ 0004051 ATM ID 0019M Card 6976 | | 400.00 | |
| 7/1 | | Purchase authorized on 07/01 Borgata Hotel CA Borgata Atlantic City NJ P00589182710650768 Card 6976 | | 418.95 | |
| 7/1 | 114 | Check | | 90.00 | |
| 7/1 | 116 | Check | | 158.00 | 1,088.82 |
| 7/2 | | ATM Cash Deposit on 07/02 8013 Atlantic Avenue Margate City NJ 0009851 ATM ID 0011M Card 6976 | 300.00 | | |
| 7/2 | | Purchase authorized on 06/30 Lord & Taylor Novi MI S629183543638818 Card 6976 | | 39.99 | |
| 7/2 | | Purchase authorized on 06/30 Lordandtaylor.Com 800-223-7440 NY S309181650829462 Card 6976 | | 67.19 | |
| 7/2 | | Recurring Payment authorized on 06/30 Apl*Itunes.Com/Bil 866-712-7753 CA S309182232173765 Card 6976 | | 2.99 | |
| 7/2 | | Purchase authorized on 07/01 Sq *Barby's Ventnor City NJ S309182621820933 Card 6976 | | 60.00 | |
| 7/2 | | Purchase authorized on 07/01 Coco Nails Spa Egg Hbr Twp NJ S469182790156354 Card 6976 | | 35.00 | |
| 7/2 | | Island Gym ABC Club Fees 1918200815998 - Island Gym 888-827-9262 | | 26.71 | |
| 7/2 | | Atlanticcity El Resi Util 190701 3307119 Cassandra Banko *. | | 300.00 | 856.94 |
| 7/3 | | Zelle From Ramiro Cubas on 07/03 Ref # Tdp0Eswgmk0C | 500.00 | | |
| 7/3 | | Purchase authorized on 06/29 Chico'S-Direct #82 888-855-4986 FL S469180573646034 Card 6976 | | 18.98 | |
| 7/3 | | Purchase authorized on 07/01 Chick-Fil-A #03909 Egg Harbor Tw NJ S309182793951624 Card 6976 | | 16.23 | |
| 7/3 | | Purchase authorized on 07/02 Sq *Barby's Ventnor City NJ S469183674718700 Card 6976 | | 100.00 | |
| 7/3 | | Purchase authorized on 07/03 Gamestop #5475 15 Bethel Somers Point NJ P00389184553780090 Card 6976 | | 60.74 | |
| 7/3 | | Purchase authorized on 07/03 Shoprite Somers Pnt S1 Somers Point NJ P00469184610522416 Card 6976 | | 268.00 | 892.99 |
| 7/5 | | Purchase authorized on 07/02 Zorro S Pizza Ventnor City NJ S589183676218880 Card 6976 | | 23.86 | |
| 7/5 | | Purchase authorized on 07/05 IN *Greens & Grains Marga Margate NJ P00389186780886913 Card 6976 | | 8.50 | |
| 7/5 | | Geico Prem Coll 190704 8A07V9Qndkboe E Cassandra Banko | | 61.50 | 799.13 |
| 7/8 | | Zelle From Ramiro Cubas on 07/06 Ref # Tdp0Eszgvzig | 500.00 | | |

July 31, 2019 ∎ Page 3 of 9


WELLS FARGO

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 7/8 | | Money Transfer authorized on 07/08 From Cassandra Banko NJ S00469189689521877 Card 6976 | 2,955.00 | | |
| 7/8 | | Online Transfer From Banko C Way2Save Savings xxxxxx9126 Ref #Ib06Hnvd8W on 07/06/19 | 100.00 | | |
| 7/8 | | Purchase authorized on 07/03 Venus.Com WWW.Venus.Com FL S309185065663933 Card 6976 | | 108.90 | |
| 7/8 | | Purchase authorized on 07/03 Venus.Com WWW.Venus.Com FL S589185074922353 Card 6976 | | 113.89 | |
| 7/8 | | Purchase authorized on 07/05 Sq *Barby's Ventnor City NJ S469186772886395 Card 6976 | | 20.00 | |
| 7/8 | | Purchase authorized on 07/06 Apl*Itunes.Com/Bil 866-712-7753 CA S389187496835321 Card 6976 | | 23.98 | |
| 7/8 | | ATM Withdrawal authorized on 07/06 One Borgata Way Atlantic City NJ 0007542 ATM ID 0019Y Card 6976 | | 300.00 | |
| 7/8 | | ATM Cash Approved In Overdraft authorized on 07/06 One Borgata Way Atlantic City NJ 0006179 ATM ID 0019M Card 6976 | | 460.00 | |
| 7/8 | | ATM Cash Approved In Overdraft authorized on 07/07 8013 Atlantic Avenue Margate City NJ 0001559 ATM ID 0011M Card 6976 | | 500.00 | 2,827.36 |
| 7/9 | | Purchase authorized on 07/06 B - Wch Front Desk Atlantic City NJ S469187559614937 Card 6976 | | 55.31 | |
| 7/9 | | Purchase authorized on 07/08 Johnnyscafe Margatecity NJ S389189861117319 Card 6976 | | 97.50 | |
| 7/9 | | Zelle to Cubas Ramiro on 07/09 Ref #Rp06Hyqdcx | | 500.00 | |
| 7/9 | | ATM Withdrawal authorized on 07/09 8013 Atlantic Avenue Margate City NJ 0002186 ATM ID 0011M Card 6976 | | 100.00 | |
| 7/9 | | Non-WF ATM Withdrawal authorized on 07/09 1 Borgata Way Atlantic City NJ 00469190634601420 ATM ID Cpsb1835 Card 6976 | | 304.99 | |
| 7/9 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 7/9 | | Non-WF ATM Withdrawal authorized on 07/09 1 Borgata Way Atlantic City NJ 00469190642502175 ATM ID Cpsb1839 Card 6976 | | 304.99 | |
| 7/9 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 7/9 | | Comcast Cable 190708 0685524 Cassandra *Banko | | 169.36 | |
| 7/9 | | Venmo Payment 2246577732 Cassandra Banko | | 100.00 | 1,190.21 |
| 7/10 | | SSA Treas 310 Xxsoc Sec 071019 xxxxx0792C1 SSA N1*Gd*Cassandra Banko for \N1*Be*Issac Ban | 1,409.00 | | |
| 7/10 | | SSA Treas 310 Xxsoc Sec 071019 xxxxx0792A SSA Cassandra L Banko | 2,658.60 | | |
| 7/10 | | Purchase authorized on 07/09 Sunny Sunoco Margate City NJ S589190674921229 Card 6976 | | 16.00 | |
| 7/10 | | Purchase authorized on 07/09 Sq *Barby's Ventnor City NJ S469190735799149 Card 6976 | | 20.00 | |
| 7/10 | | Purchase with Cash Back $ 40.00 authorized on 07/10 WM Superc Wal-Mart Sup Egg Hbr Towns NJ P00000000386590737 Card 6976 | | 199.07 | |
| 7/10 | | Online Transfer to Banko C Way2Save Savings xxxxxx9126 Ref #Ib06J72Fzn on 07/10/19 | | 500.00 | |
| 7/10 | | Purchase authorized on 07/10 Cvs/Pharmacy #00 00853--9 Margate City NJ P00389191826395622 Card 6976 | | 59.49 | 4,463.25 |
| 7/11 | | Purchase Return authorized on 07/10 Macys .Com Mason OH S619192550990852 Card 6976 | 31.00 | | |
| 7/11 | | Money Transfer authorized on 07/11 From Cassandra Banko NJ S00469192477762380 Card 6976 | 29.55 | | |
| 7/11 | | ATM Cash Deposit on 07/11 8013 Atlantic Avenue Margate City NJ 0002757 ATM ID 0011M Card 6976 | 50.00 | | |
| 7/11 | | ATM Cash Deposit on 07/11 8013 Atlantic Avenue Margate City NJ 0002758 ATM ID 0011M Card 6976 | 100.00 | | |
| 7/11 | | ATM Cash Deposit on 07/11 8013 Atlantic Avenue Margate City NJ 0002759 ATM ID 0011M Card 6976 | 60.00 | | |

July 31, 2019 ▪ Page 4 of 9



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/11 | | Purchase authorized on 07/10 Ringpfeil Advanced 6105255250 PA S389191561526468 Card 6976 | | 230.00 | |
| 7/11 | | Purchase authorized on 07/10 Sq *Jules Thin Cru Ardmore PA S469191573976981 Card 6976 | | 13.78 | |
| 7/11 | | Purchase authorized on 07/10 Wawa 941 0000 Mays Lndg NJ S469191656825180 Card 6976 | | 50.00 | |
| 7/11 | | Purchase authorized on 07/10 Macys .Com 800-289-6229 OH S309191797395551 Card 6976 | | 145.06 | |
| 7/11 | | Purchase authorized on 07/10 Venus.Com WWW.Venus.Com FL S309191856672930 Card 6976 | | 140.80 | 4,154.16 |
| 7/12 | | Purchase Return authorized on 07/10 Lord & Taylor Bala Cynwyd PA S629193544488545 Card 6976 | 87.98 | | |
| 7/12 | | Purchase authorized on 07/10 Wendy's #3079 Haverford PA S389191563739333 Card 6976 | | 4.77 | |
| 7/12 | | Purchase authorized on 07/10 Starbucks Store 21 Turnersville NJ S589191630625450 Card 6976 | | 8.74 | |
| 7/12 | | Purchase authorized on 07/10 Lordandtaylor.Com 800-223-7440 NY S589191802401352 Card 6976 | | 95.20 | |
| 7/12 | | Purchase authorized on 07/10 Imperial Massage I Margate NJ S589192009095268 Card 6976 | | 85.55 | |
| 7/12 | | Purchase authorized on 07/11 Hollywood Nails II Northfield NJ S389192658521674 Card 6976 | | 45.00 | |
| 7/12 | | Purchase authorized on 07/11 Margate Bridge Com 609-9653700 NJ S389192676169189 Card 6976 | | 50.00 | |
| 7/12 | | Purchase authorized on 07/12 Rite Aid Store - 10493 Ventnor City NJ P00309193659356876 Card 6976 | | 41.08 | |
| 7/12 | | ATM Withdrawal authorized on 07/12 8013 Atlantic Avenue Margate City NJ 0003174 ATM ID 0011M Card 6976 | | 200.00 | |
| 7/12 | | Vz Wireless Ve Vzw Webpay 190711 3507880 Cassandra *Banko | | 202.25 | |
| 7/12 | 117 | Check | | 40.00 | 3,469.55 |
| 7/15 | | Purchase authorized on 07/10 Macys .Com 800-289-6229 OH S309191797395551 Card 6976 | | 15.99 | |
| 7/15 | | Purchase authorized on 07/11 Tomatoes Margate City NJ S309193085307463 Card 6976 | | 117.00 | |
| 7/15 | | Purchase authorized on 07/12 Sq *Barby's Ventnor City NJ S469193782434429 Card 6976 | | 142.00 | |
| 7/15 | | Purchase authorized on 07/13 Sapore Woodfire Pi Ventnor City NJ S469195030281006 Card 6976 | | 38.41 | |
| 7/15 | | Recurring Payment authorized on 07/14 Daily Harvest Httpswww.Dail NY S389195806614176 Card 6976 | | 59.88 | |
| 7/15 | | Purchase authorized on 07/15 USPS PO 33030204 8 S Fran Margate City NJ P00589196615910701 Card 6976 | | 4.39 | |
| 7/15 | | Purchase with Cash Back $ 20.00 authorized on 07/15 Casel's Market Margate NJ P00000000881093374 Card 6976 | | 92.36 | 2,999.52 |
| 7/16 | | Purchase authorized on 07/14 B - Wch Front Desk Atlantic City NJ S589192545290775 Card 6976 | | 66.71 | |
| 7/16 | | Purchase authorized on 07/15 Sq *Agnes Cafe Bre Ventnor NJ S309196596015485 Card 6976 | | 28.40 | |
| 7/16 | | Purchase with Cash Back $ 10.00 authorized on 07/16 Cvs/Pharm 00853--9301 Margate City NJ P0000000572599391 Card 6976 | | 42.55 | |
| 7/16 | 119 | Check | | 440.00 | 2,421.86 |
| 7/17 | | Square Inc * Cash App 190717 T200136088159 Cassandra Banko | 3,000.00 | | |
| 7/17 | | Purchase authorized on 07/15 Zorro S Pizza Ventnor City NJ S389197017673675 Card 6976 | | 37.99 | |
| 7/17 | | Purchase authorized on 07/16 Sq *Barby's Ventnor City NJ S309197785059101 Card 6976 | | 20.00 | |
| 7/17 | | Purchase authorized on 07/16 B - Wch ADV Dep 6093177337 NJ S469197788979232 Card 6976 | | 135.21 | |
| 7/17 | | ATM Withdrawal authorized on 07/17 8013 Atlantic Avenue Margate City NJ 0004632 ATM ID 0011M Card 6976 | | 60.00 | |
| 7/17 | 112 | Check | | 350.00 | |
| 7/17 | 118 | Check | | 100.00 | 4,718.66 |

July 31, 2019 ■ Page 5 of 9



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 7/18 | | ATM Cash Deposit on 07/18 8013 Atlantic Avenue Margate City NJ 0004892 ATM ID 0011M Card 6976 | 1,000.00 | | |
| 7/18 | | Purchase authorized on 07/16 Imperial Massage I Margate NJ S389197849130446 Card 6976 | | 74.90 | |
| 7/18 | | ATM Withdrawal authorized on 07/18 One Borgata Way Atlantic City NJ 0000301 ATM ID 0019M Card 6976 | | 400.00 | |
| 7/18 | | ATM Withdrawal authorized on 07/18 One Borgata Way Atlantic City NJ 0000331 ATM ID 0019M Card 6976 | | 400.00 | |
| 7/18 | | Purchase authorized on 07/18 Borgata Hotel CA Borgata Atlantic City NJ P00589199731738703 Card 6976 | | 626.95 | 4,216.81 |
| 7/19 | | Purchase authorized on 07/19 Cvs/Pharm 00853--9301 Margate City NJ P0000000179234470 Card 6976 | | 18.86 | |
| 7/19 | 121 | Cashed Check | | 500.00 | |
| 7/19 | | Purchase with Cash Back $ 40.00 authorized on 07/19 Wal-Mart #3212 Egg Harbor NJ P0000000181604809 Card 6976 | | 105.96 | 3,591.99 |
| 7/22 | | Zelle From Laurie Braunstein on 07/22 Ref # Tdp0Etfi5L80 | 1,000.00 | | |
| 7/22 | | Purchase authorized on 07/19 Coco Nails Spa Egg Hbr Twp NJ S389200696632504 Card 6976 | | 30.00 | |
| 7/22 | | Purchase authorized on 07/19 Sq *Barby's Ventnor City NJ S309200770531956 Card 6976 | | 20.00 | |
| 7/22 | | Purchase authorized on 07/20 Apl*Itunes.Com/Bil 866-712-7753 CA S469201588382050 Card 6976 | | 17.04 | |
| 7/22 | | Purchase authorized on 07/20 Macys .Com 800-289-6229 OH S469201661969721 Card 6976 | | 52.24 | |
| 7/22 | | Purchase with Cash Back $ 40.00 authorized on 07/20 Rite Aid Store - 10493 Ventnor City NJ P00469201829334738 Card 6976 | | 55.83 | |
| 7/22 | | Purchase authorized on 07/21 Sq *Agnes Cafe Bre Ventnor City NJ S309202530138349 Card 6976 | | 28.26 | |
| 7/22 | | Recurring Payment authorized on 07/21 Daily Harvest Httpswww.Dail NY S309202807229998 Card 6976 | | 89.88 | |
| 7/22 | 122 | Cashed Check | | 400.00 | |
| 7/22 | | Non-WF ATM Withdrawal authorized on 07/22 1 Borgata Way Atlantic City NJ 00309203606068343 ATM ID Cpsb1839 Card 6976 | | 504.99 | |
| 7/22 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 7/22 | | Non-WF ATM Withdrawal authorized on 07/22 1 Borgata Way Atlantic City NJ 00589203635370429 ATM ID Cpsb1839 Card 6976 | | 304.99 | |
| 7/22 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 7/22 | | Purchase authorized on 07/22 Borgata Hotel CA Borgata Atlantic City NJ P00589203698248073 Card 6976 | | 522.95 | |
| 7/22 | | Venmo Payment 2287160595 Cassandra Banko | | 80.00 | |
| 7/22 | | Venmo Payment 2284026333 Cassandra Banko | | 100.00 | |
| 7/22 | | Vz Wireless Ve Vzw Webpay 190720 9056014 Cassandra *Banko | | 185.11 | 2,195.70 |
| 7/23 | | Zelle From Laurie Braunstein on 07/23 Ref # Tdp0Etgi5x2O | 500.00 | | |
| 7/23 | | Purchase authorized on 07/19 B - Wch Front Desk Atlantic City NJ S309200644245432 Card 6976 | | 44.62 | |
| 7/23 | | Purchase authorized on 07/22 Tomasellos Auto SE Ventnor Cit NJ S589203570360866 Card 6976 | | 300.00 | |
| 7/23 | | ATM Withdrawal authorized on 07/23 8013 Atlantic Avenue Margate City NJ 0006242 ATM ID 0011M Card 6976 | | 100.00 | |
| 7/23 | | Purchase authorized on 07/23 Cvs/Pharmacy #00 00825--D Ventnor NJ P00389204684348922 Card 6976 | | 14.37 | |
| 7/23 | | Purchase authorized on 07/23 Marshalls 4001 Black H Mays Landing NJ P0000000679639843 Card 6976 | | 278.90 | |
| 7/23 | | Purchase authorized on 07/23 Marshalls 4001 Black H Mays Landing NJ P0000000681639218 Card 6976 | | 197.39 | |
| 7/23 | | Purchase authorized on 07/23 Casel's Market Margate City NJ P0000000881507885 Card 6976 | | 44.97 | |
| 7/23 | 120 | Check | | 650.00 | 1,065.45 |
| 7/24 | | Online Transfer From Banko C Way2Save Savings xxxxxx9126 Ref #Ib06L3Tz7B on 07/24/19 | 500.00 | | |

July 31, 2019 ■ Page 6 of 9



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------|-------------|---------|-------------|---------|
| 7/24 | | Purchase authorized on 07/23 Sq *Barby's Ventnor City NJ S309204678349240 Card 6976 | | 140.00 | |
| 7/24 | | ATM Withdrawal authorized on 07/24 One Borgata Way Atlantic City NJ 0002402 ATM ID 0019M Card 6976 | | 100.00 | 1,325.45 |
| 7/25 | | ATM Withdrawal authorized on 07/25 One Borgata Way Atlantic City NJ 0002658 ATM ID 0019M Card 6976 | | 400.00 | |
| 7/25 | | Non-WF ATM Withdrawal authorized on 07/25 1 Borgata Way Atlantic City NJ 0030920661514870 6 ATM ID Cpsb1839 Card 6976 | | 304.99 | |
| 7/25 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 7/25 | | Non-WF ATM Withdrawal authorized on 07/25 1 Borgata Way Atlantic City NJ 00589206633397742 ATM ID Cpsb1839 Card 6976 | | 104.99 | |
| 7/25 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 7/25 | | Venmo Payment 2301117424 Cassandra Banko | | 150.00 | 360.47 |
| 7/26 | | Citrus Health NE ACH Paymen W-100160688 Cassandra Banko | 428.00 | | |
| 7/26 | | ATM Withdrawal authorized on 07/26 8013 Atlantic Avenue Margate City NJ 0007202 ATM ID 0011M Card 6976 | | 100.00 | 688.47 |
| 7/29 | | Purchase Return authorized on 07/25 Borgata Hotel 609-317-7337 NJ S619208681283614 Card 6976 | 135.21 | | |
| 7/29 | | Purchase Return authorized on 07/26 Venus 800-366-7946 FL S629208580370070 Card 6976 | 11.99 | | |
| 7/29 | | Purchase Return authorized on 07/26 Venus 800-366-7946 FL S629208580369699 Card 6976 | 64.97 | | |
| 7/29 | | Square Inc * Cash App 190727 T200138768884 Cassandra Banko | 3,000.00 | | |
| 7/29 | | Purchase authorized on 07/26 NJ E-Zpass Violati 888-288-6865 NJ S589207700185915 Card 6976 | | 0.75 | |
| 7/29 | | Purchase authorized on 07/26 Sq *Barby's Ventnor City NJ S469207780763715 Card 6976 | | 20.00 | |
| 7/29 | | Online Transfer to Banko C Way2Save Savings xxxxxx9126 Ref #Ib06Ljhs3C on 07/27/19 | | 500.00 | |
| 7/29 | | Purchase authorized on 07/27 Sunoco 0282533900 Pleasantville NJ S589208582735394 Card 6976 | | 46.76 | |
| 7/29 | | Purchase authorized on 07/27 Wendy's #3027 Toms River NJ S309208616434509 Card 6976 | | 23.51 | |
| 7/29 | | Purchase authorized on 07/27 Acme Store 0295 Seaside Heigh NJ P00389208629042525 Card 6976 | | 8.27 | |
| 7/29 | | Purchase authorized on 07/29 Cvs/Pharm 00853--9301 Margate City NJ P00000000775977942 Card 6976 | | 41.14 | |
| 7/29 | | Non-WF ATM Withdrawal authorized on 07/29 1 Borgata Way Atlantic City NJ 00589210735094765 ATM ID Cpsb1839 Card 6976 | | 304.99 | |
| 7/29 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 7/29 | | Non-WF ATM Withdrawal authorized on 07/29 1 Borgata Way Atlantic City NJ 00469210747976929 ATM ID Cpsb1835 Card 6976 | | 304.99 | |
| 7/29 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 7/29 | | Non-WF ATM Withdrawal authorized on 07/29 1 Borgata Way Atlantic City NJ 00389210780007325 ATM ID Cpsb1835 Card 6976 | | 184.99 | |
| 7/29 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 7/29 | | Purchase authorized on 07/29 Borgata Hotel CA Borgata Atlantic City NJ P00589210788759597 Card 6976 | | 522.95 | |
| 7/29 | | Venmo Payment 2308334067 Cassandra Banko | | 10.00 | |
| 7/29 | | Venmo Payment 2308332671 Cassandra Banko | | 80.00 | 1,844.79 |
| 7/30 | | Purchase Return authorized on 07/29 Venus 800-366-7946 FL S629211544856522 Card 6976 | 81.92 | | |
| 7/30 | | Purchase authorized on 07/27 B - Wch Front Desk Atlantic City NJ S309208570838171 Card 6976 | | 22.31 | |
| 7/30 | | Purchase authorized on 07/28 Casino Beach Pier Seaside Heigh NJ S389209862045685 Card 6976 | | 50.95 | |

July 31, 2019 ■ Page 7 of 9



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 7/30 | | Purchase authorized on 07/29 Hautlk Rack8885478 888-547-8438 CA S469210528227084 Card 6976 | | 106.81 | |
| 7/30 | | ATM Withdrawal authorized on 07/30 8013 Atlantic Avenue Margate City NJ 0008325 ATM ID 0011M Card 6976 | | 40.00 | 1,706.64 |
| 7/31 | | Purchase Return authorized on 07/30 Macys .Com Mason OH S619212547419523 Card 6976 | 29.46 | | |
| 7/31 | | Purchase authorized on 07/29 Coronet Cleaners Margate City NJ S389210670868238 Card 6976 | | 26.05 | |
| 7/31 | | Purchase authorized on 07/30 Sq *Agnes Cafe Bre Ventnor City NJ S469211613521953 Card 6976 | | 18.74 | |
| 7/31 | | Purchase authorized on 07/30 Sq *Barby's Ventnor City NJ S309211661594319 Card 6976 | | 20.00 | 1,671.31 |
| Ending balance on 7/31 | | | | | 1,671.31 |
| Totals | | | **$20,432.68** | **$19,775.87** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Summary of checks written   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 112 | 7/17 | 350.00 | 117 | 7/12 | 40.00 | 120 | 7/23 | 650.00 |
| 114 * | 7/1 | 90.00 | 118 | 7/17 | 100.00 | 121 | 7/19 | 500.00 |
| 116 * | 7/1 | 158.00 | 119 | 7/16 | 440.00 | 122 | 7/22 | 400.00 |

*\* Gap in check sequence.*

## Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $0.00 | $140.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*

## Summary of Overdraft Rewind <sup>SM</sup> Benefits

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Number of Overdraft and Return Item Fees Waived | 0 | 1 |
| Total Amount of Overdraft and Return Item Fees Waived | $0.00 | $35.00 |

*† Year-to-date total reflects fees waived since first full statement period of calendar year.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2019 - 07/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | $360.47 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $10,495.60 ☑ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 88 ☑ |

July 31, 2019 ∎ Page 8 of 9



---

*Monthly service fee summary (continued)*

| | Minimum required | This fee period |
|---|---|---|
| **How to avoid the monthly service fee** | | |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)          ☐

RC/RC

 IMPORTANT ACCOUNT INFORMATION

---

**Effective August 19, 2019, there will be changes to Service fees for Overdraft and Returned Items.**

We may assess an overdraft fee for any item we pay into overdraft, and we may assess a returned item fee for any item returned unpaid. We limit our overdraft and/or returned item fees to three (3) per business day. We will not assess an overdraft or Non-Sufficient Funds/NSF fee on items of $5 or less. If both your ending daily account balance and available balance are overdrawn by $5 or less after we have processed all of your transactions, we will not assess an overdraft fee on the items. No overdraft fee will be assessed on ATM and every day (one-time) debit card transactions unless Debit Card Overdraft Service is added to your account                    .

July 31, 2019 ■ Page 9 of 9



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.        $ _____

**B** List outstanding deposits and other **credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|-------------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

                                            + $ _____

**C** Add **A** and **B** to calculate the subtotal.        = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|--------------------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | $ |

                                            - $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.        = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC.

# Wells Fargo Way2Save® Savings

July 31, 2019  ■  Page 1 of 3



CASSANDRA L BANKO
DEBTOR IN POSSESSION
CH 11 CASE #18-29983(NJ)
304 N ESSEX AVE
MARGATE CITY NJ 08402-1830

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:*  wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $2,000.01 |
| Deposits/Additions | 1,000.00 |
| Withdrawals/Subtractions | - 2,505.00 |
| **Ending balance on 7/31** | **$495.01** |

**Account number:**

**CASSANDRA L BANKO**
**DEBTOR IN POSSESSION**
**CH 11 CASE #18-29983(NJ)**

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  021200025

### Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $296.78 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.01 |

July 31, 2019 ∎ Page 2 of 3



## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|---------------------|---------------------------|----------------------|
| 7/1 | ✴ Online Transfer to Banko C Everyday Checking xxxxxx4002 Ref #Ib06Gmtxql on 06/30/19 | | 1,500.00 | |
| 7/1 | ✴ Online Transfer to Banko C Everyday Checking xxxxxx4002 Ref #Ib06Gy46By on 07/01/19 | | 400.00 | 100.01 |
| 7/8 | ✴ Online Transfer to Banko C Everyday Checking xxxxxx4002 Ref #Ib06Hnvd8W on 07/06/19 | | 100.00 | 0.01 |
| 7/10 | Online Transfer From Banko C Everyday Checking xxxxxx4002 Ref #Ib06J72Fzn on 07/10/19 | 500.00 | | 500.01 |
| 7/24 | ✴ Online Transfer to Banko C Everyday Checking xxxxxx4002 Ref #Ib06L3Tz7B on 07/24/19 | | 500.00 | 0.01 |
| 7/29 | Online Transfer From Banko C Everyday Checking xxxxxx4002 Ref #Ib06Ljhs3C on 07/27/19 | 500.00 | | 500.01 |
| 7/31 | Monthly Service Fee | | 5.00 | 495.01 |
| Ending balance on 7/31 | | | | 495.01 |
| **Totals** | | **$1,000.00** | **$2,505.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

✴  *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 07/01/2019 - 07/31/2019 | Standard monthly service fee $5.00 | You paid $5.00 |
|-------------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $0.01 ☐ |
| · A daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · A monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

AM/AM

 IMPORTANT ACCOUNT INFORMATION

---

**Effective August 19, 2019, there will be changes to Service fees for Overdraft and Returned Items.**

We may assess an overdraft fee for any item we pay into overdraft, and we may assess a returned item fee for any item returned unpaid. We limit our overdraft and/or returned item fees to three (3) per business day. We will not assess an overdraft or Non-Sufficient Funds/NSF fee on items of $5 or less. If both your ending daily account balance and available balance are overdrawn by $5 or less after we have processed all of your transactions, we will not assess an overdraft fee on the items. No overdraft fee will be assessed on ATM and every day (one-time) debit card transactions unless Debit Card Overdraft Service is added to your account

July 31, 2019 ■ Page 3 of 3



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement.                                $ _____

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

                                                                                        + $ _____

**C** Add **A** and **B** to calculate the subtotal.                              = $ _____

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Total** | **$** |

                                                                                        - $ _____

**E** Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

                                                                                        = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801



Member FDIC.