UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on September 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Cassandra Lynn Banko

Case No.: 18-29983

Hearing Date: 9/12/19

Judge: Altenburg

Chapter: 11

**ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 12, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

A disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by _____Debtor_____ on \_\_\_\_May 7, 2019\_\_\_\_ referring to a plan under Chapter 11 of the Code; and

It having been determined after hearing on notice, that the disclosure statement contains adequate information, it is

ORDERED and notice is hereby given, that:

A. The disclosure statement, dated \_\_\_\_\_May 7, 2019\_\_\_\_\_ is approved.

B. Within 14 days after entry of this order, copies of this order, the approved disclosure statement and the plan, together with a ballot conforming to Official Form 14, shall be mailed by the plan proponent to all creditors, equity security holders and other parties in interest as provided by Fed. R. Bankr. P. 3017(d).

C. Written acceptances, rejections or objections to the plan referred to above shall be filed with the attorney for the plan proponent not less than seven (7) days before the hearing on confirmation of the plan.

D. \_\_\_\_\_October 24, 2019\_\_\_\_\_ at \_\_10 am\_\_ is fixed as the date and time for the hearing on confirmation of the plan.

*rev.12/1/09*