## UNITED STATES BANKRUPTCY CO[...]
## DISTRICT OF NEW JERSEY

**Ellen M. McDowell**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**
**Telecopier: (856) 482-5511**

**Order Filed on September 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**Attorneys for the Debtor**

————————————————x
:
**In re:**                                :      **Case No.: 18-29983 (ABA)**
:
   **CASSANDRA L. BANKO,**     :      **Chapter 11**
:
         **Debtor**                  :
:
————————————————x

### ORDER RESOLVING INFORMAL OBJECTION TO
### APPLICATION FOR INTERIM COMPENSATION
### FOR FEES AND REIMBURSEMENT OF EXPENSES
### TO McDOWELL LAW, PC

The relief set forth on the following pages, numbered two (2) through (2) is hereby

**ORDERED**.

**DATED: September 12, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:          Cassandra L. Banko

Case No.:        18-29983 (ABA)

## ORDER AWARDING FINAL COMPENSATION FOR FEES
## AND REIMBURSEMENT OF EXPENSES TO
## McDOWELL LAW, PC

Upon the application of McDowell Law, PC for interim compensation of fees charged

and reimbursement of expenses incurred from October 8, 2018 through June 17, 2019, and upon

the informal objection of the Office of the United States Trustee relating to fees charged for

travel time which has been resolved by way of this agreed-upon Order, and good cause

appearing therefor, it is hereby

ORDERED that McDowell Law, PC shall be and hereby is awarded fees in the amount of

$12,455.00 and the reimbursement of its expenses in the amount of $101.12 to be paid from the

estate's funds.