**UNITED STATES BANKRUPTCY COURT**
**_________ DISTRICT OF _________**

In re _CASSANDRA BANKO___________________

**Case No.** ________ 1829983 (ABA)
**Reporting Period:**_ 08/1/2019- 08/31/2019

AUGUST

**MONTHLY OPERATING REPORT**
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

**Submit copy of report to any official committee appointed in the case.**

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | X | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | | | |
| Balance Sheet | MOR-3 | | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | | | |
| Listing of aged accounts payable | MOR-4 | | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | | | |
| Debtor Questionnaire | MOR-5 | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

______________________________
Signature of Debtor

Date

______________________________
Signature of Joint Debtor

______________________________
Date

______________________________
Signature of Authorized Individual*

______________________________
Date

______________________________
Printed Name of Authorized Individual

______________________________
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

Cassandra Banko
Debtor

Case No. __________ 18-29983 (ABA)
Reporting Period 8/1/2019-8/31/2019

AUGUST

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | $1,671.31 | |
| **RECEIPTS** | | |
| **SSDI Child Benefit Pay** | $1,409.00 | $13,976.00 |
| **SSDI PAY** | $2,658.60 | $26,373.00 |
| **Our Kids Miami Adoption Pay** | $428.00 | $4,280.00 |
| **Hrac Reservations Refund** | $0.00 | $1.00 |
| **Rent Received RENTER PAID 1/2 July 26 sceond 1/2 in Sept** | $0.00 | $61,327.50 |
| **Deposits -** | $2,709.08 | $47,565.93 |
| **ALLSTATE Homeowner's Insurance Claim for Water Damage 2nd payment** | $0.00 | $2,958.69 |
| Sale of Assets | | |
| Other Income (attach schedule)- | | |
| **Total Receipts** | $7,204.68 | $156,482.12 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage | $0.00 | $3,296.00 |
| Utilities | $609.14 | $7,508.10 |
| Insurance | $0.00 | $317.44 |
| Auto Expenses | $188.12 | $4,796.69 |
| Repairs/ Maintenance | $10.97 | $8,067.99 |
| Medical Expenses | $429.14 | $19,229.77 |
| Travel/ Entertainment | $861.72 | $20,390.98 |
| Food/ Dining Out | $1,654.30 | $9,635.38 |
| Personal Expenses | $2,375.51 | $30,238.79 |
| ATM/ Withdrawls | $2,217.53 | $59,822.76 |
| Total Ordinary Disbursements | $8,346.43 | $163,303.90 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees - Q2 2019 | $0.00 | $1,950.00 |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | 0 | 0 |
| **Total Disbursements (Ordinary + Reorganization)** | $8,346.43 | $165,253.90 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | -$1,141.75 | $2,649.35 |
| **Cash - End of Month (Must equal reconciled bank statement)** | $709.43 | |

*** CASH END OF MONTH INCLUDES CHECKING AND SAVINGS STATEMENTS*

In re_CASSANDRA LYNN BANKO__
Debtor

Case No.________________ 18-29983 (ABA)
Reporting Period.:__________ 8/1/2019-08/31/2019

## STATEMENT OF OPERATIONS - Single Asset Real Estate Case

(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | Month | Cumulative Filing to Date |
|---|---|---|
| **Rental Income RENTER PAID LATE POSTS SEPT 2019** | $0.00 | $58,267.25 |
| Additional Rental Income | | |
| Common Area Maintenance Reimbursement | | |
| Total Income (attach Rent Roll) | $0.00 | $58,267.25 |
| **EXPENSES** | | |
| MORTGAGE- PRINCIPAL AND INTEREST ** RATE INCREASE 2019 | $2,930.10 | $31,007.13 |
| RENTER'S INSURANCE | $599.71 | $6,543.44 |
| TAXES- REAL ESTATE | $1,110.17 | $12,211.87 |
| MORTGAGE- ESCROW SHORTAGE PAYMENT | $0.00 | $909.99 |
| Management Fees | | |
| Other Interest | | |
| Repairs | | |
| Supplies | | |
| Travel and Entertainment | | |
| Utilities | | |
| | | |
| Utilities | | |
| Other: (List Below) | | |
| | | |
| | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Income (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | $4,639.98 | $55,312.41 |
| Other Income: (List Below) | | |
| | | |
| | | |
| | | |
| Interest Expense | | |
| Other Expense: (List Below) | | |
| | | |
| | | |
| | | |
| Net Income (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | $0.00 | $0.00 |
| U. S. Trustee Quarterly Fees Q2 2019 | 0.00 | 1,950.00 |
| Interest Earned on Accumulated Cash from Chapter 11** | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expense: (List Below) | | |
| | | |
| | | |
| | | |
| Total Reorganization Expenses | $0.00 | $1,950.00 |
| Income Taxes | | |
| Net Income (Loss) | ($4,639.98) | $1,004.84 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

****Interest Earned on Accumulated Cash from Chapter 11: Interest earned on cash accumulated during the chapter 11 case,** which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 (RE)
(9/99)

**CASSANDRA BANKO**

**MONTHLY CHECK REGSITRY**

**WELLS FARGO**
**CHECKING ACCOUNT**
**#553[illegible]**

**DEBTOR IN POSESSION**

**AUGUST 2019**

***THIS REPORT TO INCLUDE FROM AUGUST 1, 2019 THRU AUGUST 31, 2019***

| DATE | NUMBER | DESCRIPTION | REASON | MORTGAGE | AUTO | UTILITIES | REPAIRS/ MAINT. | MEDICAL EXPENSES | TRAVEL/ ENTERT | FOOD/ DINING OUT | PERSONAL EXPENSES | ATM/ CASH WITHDRAWL | | WITHDRAW PAYMENT | DEPOSIT/ CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | -$356.30 |
| 8/29 | 108 | Zelle | Gift From Ramiro | | | | | | | | | | | $0.00 | $500.00 | $143.70 |
| 8/30 | 109 | Cash Deposit | | | | | | | | | | | | $0.00 | $220.00 | $363.70 |
| 8/30 | 110 | Cash Deposit | | | | | | | | | | | | $0.00 | $100.00 | $463.70 |
| 8/30 | 111 | Zelle | Gift From Ramiro | | | | | | | | | | | $0.00 | $300.00 | $763.70 |
| 8/30 | 112 | CVS Pharmacy | | | | | | -$54.27 | | | | | | -$54.27 | | $709.43 |
| | | TOTALS | | $0.00 | $0.00 | $0.00 | $0.00 | -$54.27 | $0.00 | $0.00 | $0.00 | $0.00 | | -$54.27 | $1,120.00 | $0.00 |

**INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS** **AUGUST** **2019**

| ACCOUNT | DATES | MORTGAGE | AUTO | UTILITIES | REPAIRS/ M | MEDICAL EXI | TRAVEL/ENT | FOOD/DINING | PERSONAL EXP | ATM WITHDR | DEPOSITS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | CASH |
| | | | | | | | | | | | |
| DIP ACCOUNT | 8/1-8/31 | $0.00 | $188.12 | $609.14 | $10.97 | $429.14 | $861.72 | $1,654.30 | $2,375.51 | $2,217.53 | $2,709.08 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| **TOTALS** | | **$0.00** | **$188.12** | **$609.14** | **$10.97** | **$429.14** | **$861.72** | **$1,654.30** | **$2,375.51** | **$2,217.53** | **$2,709.08** |

# Wells Fargo Everyday Checking

August 31, 2019 ■ Page 1 of 7




CASSANDRA L BANKO
DEBTOR IN POSESSION
CH11 CASE #18-29983 (NJ)
304 N ESSEX AVE
MARGATE CITY NJ 08402-1830

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $1,671.31 |
| Deposits/Additions | 7,384.57 |
| Withdrawals/Subtractions | - 8,346.45 |
| **Ending balance on 8/31** | **$709.43** |

Account number:

**CASSANDRA L BANKO**
**DEBTOR IN POSESSION**
**CH11 CASE #18-29983 (NJ)**

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 021200025

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.




## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/1 | | Purchase authorized on 07/31 Sq *Agnes Cafe Bre Ventnor City NJ S589212632453321 Card 6976 | | 27.96 | |
| 8/1 | | Recurring Payment authorized on 07/31 Microsoft*Xbox Liv Msbill.Info WA S589213013348714 Card 6976 | | 9.99 | |
| 8/1 | | Purchase with Cash Back $ 40.00 authorized on 08/01 Cvs/Pharmacy #00 00853--9 Margate City NJ P00589213564407787 Card 6976 | | 96.37 | |
| 8/1 | | Ptc E-Zpass Csc ACH Auto 190731 81673619 Cassandra Banko | | 35.00 | 1,501.99 |
| 8/2 | | Recurring Payment authorized on 07/31 Apl*Itunes.Com/Bil 866-712-7753 CA S469213233260576 Card 6976 | | 2.99 | |
| 8/2 | | Island Gym ABC Club Fees 1921301002285 - Island Gym 888-827-9262 | | 26.71 | 1,472.29 |
| 8/5 | | Online Transfer From Banko C Way2Save Savings xxxxxx9126 Ref #Ib06Mwq9Nr on 08/05/19 | 300.00 | | |
| 8/5 | | Purchase authorized on 08/02 Fast Break Toms River NJ S389214533104352 Card 6976 | | 33.79 | |
| 8/5 | | Purchase authorized on 08/02 Wawa 953 0000 Toms River NJ S309214666167002 Card 6976 | | 32.50 | |
| 8/5 | | Purchase authorized on 08/02 Sq *Barby's Ventnor City NJ S469214805651267 Card 6976 | | 20.00 | |
| 8/5 | | Purchase authorized on 08/02 Steve & Cookies By Margate City NJ S309215006030446 Card 6976 | | 51.72 | |
| 8/5 | | Purchase authorized on 08/03 Aldi 60076 Egg Harbor to NJ P00000000181020582 Card 6976 | | 24.08 | |
| 8/5 | | Purchase authorized on 08/03 Marshalls 4001 Black H Mays Landing NJ P00000000073379243 Card 6976 | | 25.76 | |
| 8/5 | | Purchase authorized on 08/03 Ulta #1410 Mays Landing NJ P00000000985833753 Card 6976 | | 98.09 | |
| 8/5 | | Purchase authorized on 08/04 Casel's Market Margate City NJ P00000000481465039 Card 6976 | | 28.31 | |
| 8/5 | | Recurring Payment authorized on 08/04 Daily Harvest Httpswww.Dail NY S469216803564096 Card 6976 | | 167.76 | |
| 8/5 | | Purchase authorized on 08/05 Marshalls 4001 Black H Mays Landing NJ P00000000583666229 Card 6976 | | 10.65 | |
| 8/5 | | Purchase authorized on 08/05 Marshalls 4001 Black H Mays Landing NJ P00000000287865394 Card 6976 | | 12.77 | |
| 8/5 | | Purchase Return authorized on 08/05 Marshalls 4001 Black H Mays Landing NJ P00000000884161257 Card 6976 | 70.97 | | |
| 8/5 | | Comcast Cable 190802 9862330 Cassandra *Banko | | 209.14 | |
| 8/5 | | Geico Prem Coll 190804 8A07V9Qndkboe E Cassandra Banko | | 55.98 | |
| 8/5 | | Venmo Payment 2339625641 Cassandra Banko | | 180.00 | 892.71 |
| 8/6 | | Purchase authorized on 08/03 B - Wch Front Desk Atlantic City NJ S469215617674248 Card 6976 | | 44.62 | |
| 8/6 | | Purchase authorized on 08/05 Hollywood Nails II Northfield NJ S469218001371667 Card 6976 | | 92.00 | 756.09 |
| 8/7 | | Purchase authorized on 08/05 Macys .Com 800-289-6229 OH S389217680740766 Card 6976 | | 15.99 | |
| 8/7 | | Purchase authorized on 08/05 Macys .Com 800-289-6229 OH S389217680740766 Card 6976 | | 64.72 | |
| 8/7 | | Purchase authorized on 08/05 Wendys #207 Northfield NJ S469217787021590 Card 6976 | | 14.75 | |
| 8/7 | | Purchase authorized on 08/06 Venus.Com WWW.Venus.Com FL S589218553175743 Card 6976 | | 137.89 | |
| 8/7 | | Purchase authorized on 08/06 Sq *Barby's Ventnor City NJ S589218571628855 Card 6976 | | 20.00 | 502.74 |
| 8/8 | | Purchase authorized on 08/06 Windrift Restauran Avalon NJ S389218786543349 Card 6976 | | 36.00 | |
| 8/8 | | Purchase authorized on 08/06 Margate Dairy Bar Margate City NJ S469219133570456 Card 6976 | | 23.69 | |




## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/8 | | Purchase with Cash Back $ 20.00 authorized on 08/08 Cvs/Pharmacy #00 00853--9 Margate City NJ P00309220844746278 Card 6976 | | 79.49 | |
| 8/8 | | Venmo Payment 2354497165 Cassandra Banko | | 1.00 | |
| 8/8 | | Venmo Payment 2354500799 Cassandra Banko | | 36.00 | 326.56 |
| 8/9 | | Online Transfer From Banko C Way2Save Savings xxxxxx9126 Ref #Ib06Nkcqt3 on 08/09/19 | 100.00 | | |
| 8/9 | | Online Transfer From Banko C Way2Save Savings xxxxxx9126 Ref #Ib06Nltdwl on 08/09/19 | 90.00 | | |
| 8/9 | | Purchase authorized on 08/08 Sq *Agnes Cafe Bre Ventnor City NJ S389220490984912 Card 6976 | | 15.72 | |
| 8/9 | | Purchase authorized on 08/08 Sq *Agnes Cafe Bre Ventnor City NJ S589220491621610 Card 6976 | | 24.20 | |
| 8/9 | | Purchase with Cash Back $ 40.00 authorized on 08/09 Casel's Market Margate City NJ P00000000889301007 Card 6976 | | 55.56 | |
| 8/9 | | ATM Withdrawal authorized on 08/09 One Borgata Way Atlantic City NJ 0008151 ATM ID 0019M Card 6976 | | 40.00 | |
| 8/9 | | Purchase with Cash Back $ 20.00 authorized on 08/09 Acme Store 0295 Seaside Heigh NJ P00309221849481998 Card 6976 | | 44.65 | 336.43 |
| 8/12 | | Purchase authorized on 08/08 Macys .Com 800-289-6229 OH S309220776785366 Card 6976 | | 32.74 | |
| 8/12 | | Purchase authorized on 08/09 Sq *Barby's Ventnor City NJ S309221781350835 Card 6976 | | 82.00 | |
| 8/12 | | Purchase authorized on 08/09 Spirits Unlimited Ortley Beach NJ S589221851929492 Card 6976 | | 34.11 | |
| 8/12 | | Purchase authorized on 08/10 Cvs/Pharm 05831--1600 Seaside Heigh NJ P00000000275612299 Card 6976 | | 30.82 | |
| 8/12 | | Recurring Payment authorized on 08/10 Microsoft*Xbox Msbill.Info WA S469222589622828 Card 6976 | | 10.65 | |
| 8/12 | | Purchase authorized on 08/10 Colonial Bakery Lavallette NJ S389222839530048 Card 6976 | | 11.79 | 134.32 |
| 8/13 | | Purchase authorized on 08/12 Wawa 953 0000 Toms River NJ S469224618515649 Card 6976 | | 25.00 | |
| 8/13 | | ATM Withdrawal authorized on 08/13 8013 Atlantic Avenue Margate City NJ 0002729 ATM ID 0011M Card 6976 | | 40.00 | 69.32 |
| 8/14 | | Purchase Return authorized on 08/13 Tomasellos Auto SE Ventnor Cit NJ S619226555164229 Card 6976 | 300.00 | | |
| 8/14 | | SSA Treas 310 Xxsoc Sec 081419 xxxxx0792C1 SSA N1*Gd*Cassandra Banko for \N1*Be*Issac Ban | 1,409.00 | | |
| 8/14 | | SSA Treas 310 Xxsoc Sec 081419 xxxxx0792A SSA Cassandra L Banko | 2,658.60 | | |
| 8/14 | | Purchase authorized on 08/12 Wendy's #3027 Toms River NJ S389224626990388 Card 6976 | | 14.46 | |
| 8/14 | | Purchase authorized on 08/13 Sq *Barby's Ventnor City NJ S589225646317766 Card 6976 | | 20.00 | |
| 8/14 | | Online Transfer to Banko C Way2Save Savings xxxxxx9126 Ref #Ib06P4S5M3 on 08/14/19 | | 1,000.00 | |
| 8/14 | | Purchase authorized on 08/14 Casel's Market Margate City NJ P00000000486382608 Card 6976 | | 35.55 | |
| 8/14 | | Zelle to Braunstein Laurie on 08/14 Ref #Rp06P7Fdv6 Partial Payment | | 500.00 | |
| 8/14 | | Venmo Payment 2375761239 Cassandra Banko | | 100.00 | 2,766.91 |
| 8/15 | | Purchase authorized on 08/14 Sq *Barby's Ventnor City NJ S389226715464467 Card 6976 | | 60.00 | |
| 8/15 | | Atlanticcity El Resi Util 190814 5387723 Cassandra Banko *. | | 400.00 | 2,306.91 |
| 8/16 | | Purchase authorized on 08/14 Golo, LLC 800-7304656 DE S589226608604297 Card 6976 | | 44.95 | |
| 8/16 | | Purchase authorized on 08/15 Juniors Doughnuts Margate City NJ S469227537831587 Card 6976 | | 7.94 | |
| 8/16 | | Purchase authorized on 08/15 Macys .Com 800-289-6229 OH S469227591681111 Card 6976 | | 31.60 | |



## *Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/16 | | Purchase authorized on 08/16 Acme Store 0294 Ventor NJ P00469228660842567 Card 6976 | | 169.26 | |
| 8/16 | | Purchase authorized on 08/16 Acme Store 0294 Ventor NJ P00589228662802182 Card 6976 | | 106.98 | 1,946.18 |
| 8/19 | | Purchase authorized on 08/15 Macys .Com 800-289-6229 OH S469227591681111 Card 6976 | | 32.74 | |
| 8/19 | | Purchase authorized on 08/16 Sq *Agnes Cafe Bre Ventnor City NJ S469228553143201 Card 6976 | | 34.66 | |
| 8/19 | | Purchase authorized on 08/16 Sq *Barby's Ventnor City NJ S469228621550537 Card 6976 | | 20.00 | |
| 8/19 | | Purchase authorized on 08/16 Tomatoes Margate City NJ S469228854220249 Card 6976 | | 60.52 | |
| 8/19 | | Purchase authorized on 08/18 Colmar Home Center Margate City NJ S389230687347200 Card 6976 | | 10.97 | 1,787.29 |
| 8/20 | | Purchase authorized on 08/19 Sp * Coolcabanas Httpsusacoolc DE S389231551300600 Card 6976 | | 176.96 | |
| 8/20 | | Purchase with Cash Back $ 40.00 authorized on 08/20 Aldi 60076 Egg Harbor to NJ P00000000286294764 Card 6976 | | 79.10 | 1,531.23 |
| 8/21 | | Purchase authorized on 08/19 The Parlor 732-6849701 NJ S589231570929631 Card 6976 | | 5.87 | |
| 8/21 | | Purchase authorized on 08/19 The Parlor 732-6849701 NJ S389231581919691 Card 6976 | | 5.87 | |
| 8/21 | | Purchase authorized on 08/19 The Parlor 732-6849701 NJ S589231691662281 Card 6976 | | 37.46 | |
| 8/21 | | Purchase authorized on 08/20 McDonald's F22642 Ortley Beach NJ S469232520035052 Card 6976 | | 10.00 | |
| 8/21 | | Purchase authorized on 08/20 Sq *Barby's Ventnor City NJ S589232630205551 Card 6976 | | 25.00 | |
| 8/21 | | Purchase authorized on 08/21 Casel's Market Margate City NJ P00000000987091837 Card 6976 | | 44.20 | 1,402.83 |
| 8/22 | | Purchase authorized on 08/20 Royal Farms #331 Egg Harbor NJ S589232569399106 Card 6976 | | 39.66 | |
| 8/22 | | Purchase authorized on 08/22 Cvs/Pharm 00853--9301 Margate City NJ P00000000330480041 Card 6976 | | 35.84 | |
| 8/22 | | Purchase authorized on 08/22 Cvs/Pharmacy #00 00853--9 Margate City NJ P00589234649254598 Card 6976 | | 3.99 | 1,323.34 |
| 8/23 | | Online Transfer From Banko C Way2Save Savings xxxxxx9126 Ref #Ib06Qklrxr on 08/23/19 | 400.00 | | |
| 8/23 | | Purchase authorized on 08/21 Sack O Subs Ventno 609-8232552 NJ S389233569581833 Card 6976 | | 36.79 | |
| 8/23 | | ATM Withdrawal authorized on 08/23 8013 Atlantic Avenue Margate City NJ 0005599 ATM ID 0011M Card 6976 | | 60.00 | |
| 8/23 | | Non-WF ATM Withdrawal authorized on 08/23 1 Borgata Way Atlantic City NJ 00389235652217448 ATM ID Cpsb1839 Card 6976 | | 404.99 | |
| 8/23 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 8/23 | | Purchase authorized on 08/23 Borgata Hotel CA Borgata Atlantic City NJ P00589235664061208 Card 6976 | | 398.15 | |
| 8/23 | | Purchase authorized on 08/23 Borgata Hotel CA Borgata Atlantic City NJ P00389235690038894 Card 6976 | | 418.95 | 401.96 |
| 8/26 | | Citrus Health NE ACH Paymen W-100160688 Cassandra Banko | 428.00 | | |
| 8/26 | | Venmo Cashout 2418653077 Cassandra Banko | 8.00 | | |
| 8/26 | | Online Transfer From Banko C Way2Save Savings xxxxxx9126 Ref #Ib06Qmzdls on 08/24/19 | 500.00 | | |
| 8/26 | | Purchase authorized on 08/22 Imperial Massage I Margate NJ S469234814603200 Card 6976 | | 101.65 | |
| 8/26 | | Purchase authorized on 08/23 Venus.Com WWW.Venus.Com FL S589235600105366 Card 6976 | | 173.86 | |
| 8/26 | | Purchase authorized on 08/23 Sq *Barby's Ventnor City NJ S469235603106477 Card 6976 | | 82.00 | |
| 8/26 | | Purchase authorized on 08/24 Sq *Agnes Cafe Bre Ventnor City NJ S309236525388037 Card 6976 | | 33.64 | |



## *Transaction history (continued)*

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/26 | | Purchase authorized on 08/24 Gamestop #5475 15 Bethel Somers Point NJ P00589236609730608 Card 6976 | | 31.97 | |
| 8/26 | | Purchase authorized on 08/24 Shoprite Somers Pnt S1 Somers Point NJ P00309236644088877 Card 6976 | | 158.11 | |
| 8/26 | | ATM Withdrawal authorized on 08/24 8013 Atlantic Avenue Margate City NJ 0006211 ATM ID 0011M Card 6976 | | 60.00 | |
| 8/26 | | Purchase authorized on 08/25 Casel's Market Margate City NJ P00000000089113352 Card 6976 | | 60.04 | |
| 8/26 | | Recurring Payment authorized on 08/25 Daily Harvest Httpswww.Dail NY S469237803070651 Card 6976 | | 167.76 | 468.93 |
| 8/27 | | Purchase authorized on 08/26 Hollywood Nails II Northfield NJ S469238731979783 Card 6976 | | 106.00 | |
| 8/27 | | Purchase authorized on 08/27 Wal-Mart Super Center Egg Hbr Towns NJ P00000000671840928 Card 6976 | | 137.23 | 225.70 |
| 8/28 | | Purchase authorized on 08/27 Sq *Barby's Ventnor City NJ S389239719289783 Card 6976 | | 32.00 | |
| 8/28 | | ATM Cash Approved In Overdraft authorized on 08/28 8013 Atlantic Avenue Margate City NJ 0007205 ATM ID 0011M Card 6976 | | 480.00 | -286.30 |
| 8/29 | | NSF Return Item Fee for a Transaction Received on 08/28 $100.00 Check # 00123 | | 35.00 | |
| 8/29 | | Overdraft Fee for a Transaction Posted on 08/28 $480.00 ATM Cash Approved In Overdraft authorized on 08/28 8013 Atlantic Avenue Margate City NJ | | 35.00 | |
| 8/29 | | Zelle From Ramiro Cubas on 08/29 Ref # Tdp0Euhliay2 | 500.00 | | 143.70 |
| 8/30 | | Edeposit IN Branch/Store 08/30/19 10:46:48 Am 8013 Atlantic Ave Margate City NJ 6976 | 220.00 | | |
| 8/30 | | Deposit Made In A Branch/Store | 100.00 | | |
| 8/30 | | Zelle From Ramiro Cubas on 08/30 Ref # Tdp0Euillxls | 300.00 | | |
| 8/30 | | Purchase authorized on 08/30 Cvs/Pharmacy #00 00853--9 Margate City NJ P00589242582833992 Card 6976 | | 54.27 | 709.43 |
| **Ending balance on 8/31** | | | | | **709.43** |
| **Totals** | | | **$7,384.57** | **$8,346.45** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Items returned unpaid**

| Date | Description | Amount |
|---|---|---|
| 8/29 | Check Reference # 00007113008325090206 | 100.00 |

**Summary of Overdraft and Returned Item fee(s)**

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $35.00 | $175.00 |
| Total Returned Item Fees | $35.00 | $35.00 |

† *Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*

**Summary of Overdraft Rewind SM Benefits**

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Number of Overdraft and Return Item Fees Waived | 0 | 1 |
| Total Amount of Overdraft and Return Item Fees Waived | $0.00 | $35.00 |

† *Year-to-date total reflects fees waived since first full statement period of calendar year.*




**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2019 - 08/31/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | -$286.30 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $4,503.60 ☑ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 76 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** ***(applied when box is checked)***

Age of primary account owner is 17 - 24 ($10.00 discount) ☐

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.

RC/RC




## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A** **Enter the ending balance** on this statement. $

**B** **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total | $ |

\+ $

**C** **Add A and B** to calculate the subtotal. = $

**D** **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

\- $

**E** **Subtract D from C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $

## General statement policies for Wells Fargo Bank

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.
- **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC. EQUAL HOUSING LENDER

# Wells Fargo Way2Save® Savings

August 31, 2019 ■ Page 1 of 3




CASSANDRA L BANKO
DEBTOR IN POSSESSION
CH 11 CASE #18-29983(NJ)
304 N ESSEX AVE
MARGATE CITY NJ 08402-1830

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS** (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語 1-800-288-2288 *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR 97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

## Activity summary

| | |
|---|---|
| Beginning balance on 8/1 | $495.01 |
| Deposits/Additions | 1,000.01 |
| Withdrawals/Subtractions | - 1,495.00 |
| **Ending balance on 8/31** | **$0.02** |

Account number: ...

**CASSANDRA L BANKO**
**DEBTOR IN POSSESSION**
**CH 11 CASE #18-29983(NJ)**

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 021200025

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.01 |
| Average collected balance | $454.04 |
| Annual percentage yield earned | 0.03% |
| Interest earned this statement period | $0.01 |
| Interest paid this year | $0.02 |




## Transaction history

| Date | | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 8/5 | * | Online Transfer to Banko C Everyday Checking xxxxxx4002 Ref #Ib06Mwq9Nr on 08/05/19 | | 300.00 | 195.01 |
| 8/9 | * | Online Transfer to Banko C Everyday Checking xxxxxx4002 Ref #Ib06Nkcqt3 on 08/09/19 | | 100.00 | |
| 8/9 | * | Online Transfer to Banko C Everyday Checking xxxxxx4002 Ref #Ib06Nltdwl on 08/09/19 | | 90.00 | 5.01 |
| 8/14 | | Online Transfer From Banko C Everyday Checking xxxxxx4002 Ref #Ib06P4S5M3 on 08/14/19 | 1,000.00 | | 1,005.01 |
| 8/23 | * | Online Transfer to Banko C Everyday Checking xxxxxx4002 Ref #Ib06Qklrxr on 08/23/19 | | 400.00 | 605.01 |
| 8/26 | * | Online Transfer to Banko C Everyday Checking xxxxxx4002 Ref #Ib06Qmzdls on 08/24/19 | | 500.00 | 105.01 |
| 8/30 | | Withdrawal Made In A Branch/Store | | 100.00 | |
| 8/30 | | Interest Payment | 0.01 | | |
| 8/30 | | Monthly Service Fee | | 5.00 | 0.02 |
| **Ending balance on 8/31** | | | | | **0.02** |
| **Totals** | | | **$1,000.01** | **$1,495.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

* *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 08/01/2019 - 08/31/2019 | Standard monthly service fee $5.00 | You paid $5.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $5.01 ☐ |
| · A daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · A monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days. Transactions occurring after the last business day of the month will be included in your next fee period.
AM/AM




## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

[A] **Enter the ending balance** on this statement. $

[B] **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| Total | $ |

\+ $

[C] **Add [A] and [B]** to calculate the subtotal. = $

[D] **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Total | $ |

\- $

[E] **Subtract [D] from [C]** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register. = $

## General statement policies for Wells Fargo Bank

- **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

- **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

  1. Tell us your name and account number (if any).
  2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
  3. Tell us the dollar amount of the suspected error.

  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.



©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC. LENDER