UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on September 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Cassandra Lynn Banko

Case No.: 18-29983

Hearing Date: 9/12/19

Judge: Altenburg

Chapter: 11

**ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, COMBINED WITH NOTICE THEREOF**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 12, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

A disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by _____Debtor_____ on ___May 7, 2019___ referring to a plan under Chapter 11 of the Code; and

It having been determined after hearing on notice, that the disclosure statement contains adequate information, it is

ORDERED and notice is hereby given, that:

A. The disclosure statement, dated ___May 7, 2019___ is approved.

B. Within 14 days after entry of this order, copies of this order, the approved disclosure statement and the plan, together with a ballot conforming to Official Form 14, shall be mailed by the plan proponent to all creditors, equity security holders and other parties in interest as provided by Fed. R. Bankr. P. 3017(d).

C. Written acceptances, rejections or objections to the plan referred to above shall be filed with the attorney for the plan proponent not less than seven (7) days before the hearing on confirmation of the plan.

D. ___October 24, 2019___ at ___10 am___ is fixed as the date and time for the hearing on confirmation of the plan.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-29983-ABA
Cassandra Lynn Banko                                                    Chapter 11
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1            Date Rcvd: Sep 12, 2019
                            Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.
db             +Cassandra Lynn Banko,    304 N. Essex Ave.,    Margate City, NJ 08402-1830
aty            +Ellen McDowell,    McDowell Law, PC,    46 West Main Street,    Maple Shade, NJ 08052-2432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2019 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
       in interest to Wachovia Bank, N.A., as Trustee, for Chase Mortgage Finance Trust Multi-Class
       Mortgage Pass-Through Certificates Series 2005-A1 dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., successor trustee to Wachovia Bank,
       N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through Certificates,
       Series 2005-A1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Douglas J. McDonough    on behalf of Creditor    U.S. Bank N.A., successor trustee to Wachovia Bank,
       N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through Certificates,
       Series 2005-A1 DMcDonough@flwlaw.com
      Ellen M. McDowell    on behalf of Debtor Cassandra Lynn Banko emcdowell@mcdowelllegal.com,
       kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;r62202@notify.bestcase.com
      Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
       jschwartz@mesterschwartz.com
      Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
       jeffrey.m.sponder@usdoj.gov
      Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee,
       successor in interest to Wachovia Bank, N.A., as Trustee, for Chase Mortgage Finance Trust
       Multi-Class Mortgage Pass-Through Certificates Series 2005-A1 rsolarz@kmllawgroup.com
      Sean M. O'Brien    on behalf of Creditor    U.S. Bank N.A., successor trustee to Wachovia Bank,
       N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through Certificates,
       Series 2005-A1 DMcDonough@flwlaw.com
      Sean M. O'Brien    on behalf of Loss Mitigation    Select Portfolio Servicing DMcDonough@flwlaw.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                      TOTAL: 10