**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Ellen M. McDowell
McDowell Law, PC
46 W. Main Street
Maple Shade, NJ 08052
Telephone: (856) 482-5544
Telecopier: (856) 482-5511

Order Filed on September 12, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Attorneys for the Debtor**

―――――――――――――――――――――x
                              :
In re:                        :    Case No.: 18-29983 (ABA)
                              :
    CASSANDRA L. BANKO,    :    Chapter 11
                              :
    Debtor                 :
                              :
                              :
―――――――――――――――――――――x

**ORDER RESOLVING INFORMAL OBJECTION TO**
**APPLICATION FOR INTERIM COMPENSATION**
**FOR FEES AND REIMBURSEMENT OF EXPENSES**
**TO McDOWELL LAW, PC**

    The relief set forth on the following pages, numbered two (2) through (2) is hereby

**ORDERED**.

**DATED: September 12, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:     Cassandra L. Banko

Case No.:   18-29983 (ABA)

### ORDER AWARDING FINAL COMPENSATION FOR FEES
### AND REIMBURSEMENT OF EXPENSES TO
### McDOWELL LAW, PC

Upon the application of McDowell Law, PC for interim compensation of fees charged and reimbursement of expenses incurred from October 8, 2018 through June 17, 2019, and upon the informal objection of the Office of the United States Trustee relating to fees charged for travel time which has been resolved by way of this agreed-upon Order, and good cause appearing therefor, it is hereby

ORDERED that McDowell Law, PC shall be and hereby is awarded fees in the amount of $12,455.00 and the reimbursement of its expenses in the amount of $101.12 to be paid from the estate's funds.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-29983-ABA
Cassandra Lynn Banko                                                  Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1              Date Rcvd: Sep 12, 2019
                                Form ID: pdf903          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2019.
db            +Cassandra Lynn Banko,   304 N. Essex Ave.,   Margate City, NJ 08402-1830
aty           +Ellen McDowell,   McDowell Law, PC,   46 West Main Street,   Maple Shade, NJ 08052-2432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
               in interest to Wachovia Bank, N.A., as Trustee, for Chase Mortgage Finance Trust Multi-Class
               Mortgage Pass-Through Certificates Series 2005-A1 dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., successor trustee to Wachovia Bank,
               N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through Certificates,
               Series 2005-A1 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Douglas J. McDonough    on behalf of Creditor    U.S. Bank N.A., successor trustee to Wachovia Bank,
               N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through Certificates,
               Series 2005-A1 DMcDonough@flwlaw.com
              Ellen M. McDowell    on behalf of Debtor Cassandra Lynn Banko emcdowell@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;r62202@notify.bestcase.com
              Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               successor in interest to Wachovia Bank, N.A., as Trustee, for Chase Mortgage Finance Trust
               Multi-Class Mortgage Pass-Through Certificates Series 2005-A1 rsolarz@kmllawgroup.com
              Sean M. O'Brien    on behalf of Creditor    U.S. Bank N.A., successor trustee to Wachovia Bank,
               N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through Certificates,
               Series 2005-A1 DMcDonough@flwlaw.com
              Sean M. O'Brien    on behalf of Loss Mitigation    Select Portfolio Servicing DMcDonough@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10