# UNITED STATES BANKRUPTCY COURT
## _____ DISTRICT OF _____

In re  CASSANDRA BANKO

Case No. 1829983 (ABA)
Reporting Period: 09/01/19 to 09/30/19

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | | |
| Statement of Operations | MOR- 2 (RE) | X | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

Date  10/18/2019

_____
Signature of Joint Debtor

Date

_____
Signature of Authorized Individual*

Date

_____
Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership, a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re:  CASSANDRA BANKO
            Debtor

Case No.   18-29983 (ABA)
Reporting Period  Sept 1- Sept 30, 2019

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.  A bank reconciliation must be attached for each account.   [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | | Cumulative Filing to Date Actual |
|---|---|---|---|
| Cash - Beginning of Month | $709.43 | | |
| | | | |
| **RECEIPTS** | | | |
| | | | |
| **SSDI Child Benefit Pay** | $1,409.00 | | $15,385.00 |
| SSDI Pay | $2,658.60 | | $29,031.60 |
| Our Kids Miami - Adoption Pay | $428.00 | | $4,708.00 |
| Hrac Reservations Refund | | TOTAL RENT | $1.00 |
| Rent Received Sept 3  For August | $3,000.00 | $8,445.00 | $69,772.50 |
| Rent Received Sept 5 for 1/2 Sept | $2,955.00 | | |
| Rent Received Sept 24 for 2/2 Sept | $2,490.00 | | |
| Deposits | $5,194.90 | | $52,760.83 |
| Allstate- Homeowner's Insurance | | | $2,958.69 |
| | | | |
| **Total Receipts** | $18,135.50 | | $174,617.62 |
| | | | |
| **DISBURSEMENTS** | | | |
| **ORDINARY ITEMS:** | | | |
| | | | |
| Mortgage | $0.00 | | $3,296.00 |
| Utilities | $1,075.12 | | $8,583.22 |
| Insurance | $0.00 | | $317.44 |
| Auto Expenses | $203.26 | | $4,999.95 |
| Repairs/ Maintenance | $201.70 | | $8,269.69 |
| Medical Expenses | $1,252.67 | | $20,482.44 |
| Travel/Entertainment | $762.80 | | $21,153.78 |
| Food/Dining Out | $769.63 | | $10,405.01 |
| Personal Expenses ** new computer | $4,149.59 | | $34,388.38 |
| ATM/Withdrawls | $4,400.49 | | $64,223.25 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| Total Ordinary Disbursements | | | |
| **REORGANIZATION ITEMS:** | $12,815.26 | | $176,119.16 |
| Professional Fees | | | |
| U. S. Trustee Fees | $0.00 | | $1,950.00 |
| Other Reorganization Expenses (attach schedule) | | | |
| Total Reorganization Items | $0.00 | | $1,950.00 |
| | | | |
| **Total Disbursements  (Ordinary +  Reorganization)** | | | |
| | $12,815.26 | | $178,069.16 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | | | |
| | $5,320.24 | | $7,969.59 |
| **Cash - End of Month (Must equal reconciled bank statement)** | $1,992.17 | | |

SAVINGS End of Month

$2,995.02
$4,987.19

FORM MOR-1(INDV)
(9/99)

In re  CASSANDRA BANKO

Debtor

Case No._____ 18-29983 (ABA)

Reporting Period.:____9/1/219-9/30/2019

### STATEMENT OF OPERATIONS - Single Asset Real Estate Case
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| INCOME | Month | Cumulative Filing to Date |
|---|---|---|
| Rental Income | $11,907.50 | $70,174.75 |
| Additional Rental Income | | |
| Common Area Maintenance Reimbursement | | |
| Total Income (attach Rent Roll) | $11,907.50 | $70,174.75 |
| **EXPENSES** | | |
| MORTGAGE- PRINCIPAL& INTEREST | $2,930.10 | $33,937.23 |
| RENTERS INSURANCE | $599.71 | $7,143.15 |
| TAXES- REAL ESTATE | $1,110.17 | $13,322.04 |
| MORTGAGE- ESCROW SHORTAGE PAYMENT | $0.00 | $909.99 |
| Mangement Fees | | |
| Other Interest | | |
| Repairs | | |
| Supplies | | |
| Travel & Entertainment | | |
| Utilities | | |
| Other ( list below) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Operating Expenses Before Depreciation | | |
| Depreciation/Depletion/Amortization | | |
| Net Income (Loss) Before Other Income & Expenses | | |
| **OTHER INCOME AND EXPENSES** | $4,639.98 | $55,312.41 |
| Other Income: (List Below) | | |
| | | |
| | | |
| | | |
| Interest Expense | | |
| Other Expense: (List Below) | | |
| | | |
| | | |
| | | |
| | | |
| Net Income (Loss) Before Reorganization Items | | |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | $0.00 | $0.00 |
| U. S. Trustee Quarterly Fees | $0.00 | $1,950.00 |
| Interest Earned on Accumulated Cash from Chapter 11** | | |
| Gain (Loss) from Sale of Property | | |
| Other Reorganization Expense: (List Below) | | |
| | | |
| | | |
| | | |
| Total Reorganization Expenses | $0.00 | $1,950.00 |
| Income Taxes | | |
| Net Income (Loss) | $7,267.52 | $14,862.34 |

*"Insider" is defined in 11 U.S.C. Section 101(31)

**Interest Earned on Accumulated Cash from Chapter 11: Interest earned on cash accumulated during the chapter 11 case,
   which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

FORM MOR-2 (RE)
(9/99)

# Wells Fargo Everyday Checking

September 30, 2019 ▪ Page 1 of 8



CASSANDRA L BANKO
DEBTOR IN POSESSION
CH11 CASE #18-29983 (NJ)
304 N ESSEX AVE
MARGATE CITY NJ 08402-1830

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932
華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com or call the number above if you have questions or if you would like to add new services.*

| Service | | Service | |
|---|---|---|---|
| Online Banking | ✓ | Direct Deposit | ✓ |
| Online Bill Pay | ✓ | Auto Transfer/Payment | ☐ |
| Online Statements | ✓ | Overdraft Protection | ☐ |
| Mobile Banking | ✓ | Debit Card | |
| My Spending Report | ✓ | Overdraft Service | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $709.43 |
| Deposits/Additions | 21,598.00 |
| Withdrawals/Subtractions | - 20,315.26 |
| **Ending balance on 9/30** | **$1,992.17** |

Account number:

**CASSANDRA L BANKO**
**DEBTOR IN POSESSION**
**CH11 CASE #18-29983 (NJ)**

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  021200025

**Overdraft Protection**

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

September 30, 2019 ▪ Page 2 of 8

WELLS
FARGO

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|------|------|------|------|------|
| 9/3 | | ATM Check Deposit on 08/31 1886 Bethlehem Pike Flourtown PA 0005748 ATM ID 0013A Card 6976 | 3,000.00 | | |
| 9/3 | | Purchase authorized on 08/30 B - Wch Front Desk Atlantic City NJ S389242556197343 Card 6976 | | 44.62 | |
| 9/3 | | Purchase authorized on 08/31 Sq *Barby's Ventnor City NJ S389243672756707 Card 6976 | | 32.00 | |
| 9/3 | | Purchase authorized on 08/31 Apl*Itunes.Com/Bil 866-712-7753 CA S469243715014067 Card 6976 | | 5.32 | |
| 9/3 | | Recurring Payment authorized on 08/31 Apl*Itunes.Com/Bil 866-712-7753 CA S309244232204324 Card 6976 | | 2.99 | |
| 9/3 | | Purchase authorized on 09/01 Gnac Hotel The Dec Atlantic City NJ S389245080713786 Card 6976 | | 29.00 | |
| 9/3 | | Purchase with Cash Back $ 50.00 authorized on 09/02 Casel's Market Margate City NJ P0000000679232636 Card 6976 | | 55.95 | |
| 9/3 | | Island Gym ABC Club Fees 1924200578445 - Island Gym 888-827-9262 | | 26.71 | |
| 9/3 | | Comcast Cable 190901 7411378 Cassandra *Banko | | 206.92 | |
| 9/3 | | Atlanticcity El Resi Util 190830 7990855 Cassandra Banko *. | | 282.00 | 3,023.92 |
| 9/4 | | Cashed/Deposited Item Retn Unpaid Fee | | 12.00 | |
| 9/4 | 190904 | Deposited Item Retn Unpaid - Paper 190904 | | 3,000.00 | |
| 9/4 | | Online Transfer From Banko C Way2Save Savings xxxxxx9126 Ref #Ib06Schlxm on 09/04/19 | 500.00 | | |
| 9/4 | | Purchase authorized on 09/03 Acme Store 0295 Seaside Heigh NJ P0030924706825950 2 Card 6976 | | 38.27 | |
| 9/4 | | Zelle to Cubas Ramiro on 09/04 Ref #Rp06S8Bj4B | | 500.00 | |
| 9/4 | | Online Transfer to Banko C Way2Save Savings xxxxxx9126 Ref #Ib06S8Bpm7 on 09/04/19 | | 500.00 | |
| 9/4 | | Purchase authorized on 09/04 Aldi 60076 Egg Harbor to NJ P0000000786490111 Card 6976 | | 20.33 | |
| 9/4 | | Purchase authorized on 09/04 Marshalls 4001 Black H Mays Landing NJ P0000000086488987 Card 6976 | | 83.14 | |
| 9/4 | | Purchase authorized on 09/04 Macy's 080 100 Black Mays Landing NJ P0030924765414418 7 Card 6976 | | 106.63 | |
| 9/4 | | Purchase authorized on 09/04 The Home Depot #0930 Egg Hbr Twp NJ P0030924766875835 9 Card 6976 | | 42.50 | -778.95 |
| 9/5 | | Overdraft Fee for a Transaction Posted on 09/04 $500.00 Zelle to Cubas Ramiro on 09/04 Ref #Rp06S8Bj4B | | 35.00 | |
| 9/5 | | Partial Reversal of Overdraft Fee for a Transaction Posted on 09/04 $500.00 Zelle to Cubas Ramiro on 09/04 Ref #Rp06S8Bj4B | 26.25 | | |
| 9/5 | | Purchase Return authorized on 09/04 Macys Hamilton Mays Landing NJ S619248154139057 Card 6976 | 64.34 | | |
| 9/5 | | Money Transfer authorized on 09/05 From Square Cash NJ S0046924858749456 5 Card 6976 | 2,955.00 | | |
| 9/5 | | Zelle to Braunstein Laurie on 09/05 Ref #Rp06Sgjlrj Payment #2 | | 250.00 | |
| 9/5 | | Purchase with Cash Back $ 10.00 authorized on 09/05 Rite Aid Store - 10493 Ventnor City NJ P0038924878248142 2 Card 6976 | | 26.16 | |
| 9/5 | | Geico Prem Coll 190904 8A07V9Qndkboe E Cassandra Banko | | 55.98 | |
| 9/5 | | Vz Wireless Ve Vzw Webpay 190904 2166452 Cassandra *Banko | | 180.38 | 1,719.12 |
| 9/6 | | Purchase authorized on 09/01 Ge Appliance Parts 800-253-2237 KY S389244502960567 Card 6976 | | 46.54 | |
| 9/6 | | Purchase authorized on 09/05 WWW.Cvs.Com 888-607-4287 RI S589248693711209 Card 6976 | | 5.11 | |
| 9/6 | | Purchase authorized on 09/05 WWW.Cvs.Com 888-607-4287 RI S309248718478165 Card 6976 | | 5.11 | |
| 9/6 | | Purchase authorized on 09/05 Sq *Barby's Ventnor City NJ S469248773045751 Card 6976 | | 82.00 | |
| 9/6 | | Purchase authorized on 09/06 Acme Store 0294 Ventor NJ P0038924958033150 2 Card 6976 | | 210.23 | 1,370.13 |
| 9/9 | | Purchase Return authorized on 09/06 B - Wch Front Desk 6093177337 NJ S619251543162706 Card 6976 | 50.00 | | |

September 30, 2019 ■ Page 3 of 8



**WELLS FARGO**

## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|-------------|---------------------|---------------------------|----------------------|
| 9/9 | | Purchase authorized on 09/06 B - Wch Front Desk 6093177337 NJ S469249308341921 Card 6976 | | 50.00 | |
| 9/9 | | Purchase authorized on 09/07 Cvs/Pharm 00853--9301 Margate City NJ P00000000637078830 Card 6976 | | 43.72 | |
| 9/9 | | Non-WF ATM Withdrawal authorized on 09/07 9300 Ventnor Ave Margate NJ 00389250742083832 ATM ID Pm3817 Card 6976 | | 200.00 | |
| 9/9 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 9/9 | | Purchase authorized on 09/08 Acme Store 0294 Ventor NJ P00389251641065273 Card 6976 | | 80.96 | |
| 9/9 | | Venmo Payment 2477130539 Cassandra Banko | | 1.00 | 1,041.95 |
| 9/10 | | Purchase with Cash Back $ 10.00 authorized on 09/10 Cvs/Pharm 00853--9301 Margate City NJ P00000000883789739 Card 6976 | | 18.88 | 1,023.07 |
| 9/11 | | SSA Treas 310 Xxsoc Sec 091119 xxxxx0792C1 SSA N1*Gd*Cassandra Banko for \N1*Be*Issac Ban | 1,409.00 | | |
| 9/11 | | SSA Treas 310 Xxsoc Sec 091119 xxxxx0792A SSA Cassandra L Banko | 2,658.60 | | |
| 9/11 | | Purchase authorized on 09/10 Sq *Barby's Ventnor City NJ S589253759374298 Card 6976 | | 25.00 | |
| 9/11 | | Purchase authorized on 09/10 Victoriassecret.CO 800-888-1500 OH S589247107476386 Card 6976 | | 78.00 | |
| 9/11 | | Purchase authorized on 09/11 Marshalls 4001 Black H Mays Landing NJ P00000000971459063 Card 6976 | | 65.99 | |
| 9/11 | | Purchase authorized on 09/11 The Home Depot #0930 Egg Hbr Twp NJ P00589254561634481 Card 6976 | | 102.54 | 4,819.14 |
| 9/12 | | Purchase authorized on 09/11 Cvs/Pharmacy #0085 Margate City NJ S309254507110343 Card 6976 | | 27.26 | |
| 9/12 | | Purchase authorized on 09/11 Wawa 941 0000 Mays Lndg NJ S469254551021074 Card 6976 | | 46.43 | |
| 9/12 | | Purchase authorized on 09/11 Sq *Barby's Ventnor City NJ S309254650158111 Card 6976 | | 60.00 | |
| 9/12 | | Purchase authorized on 09/12 Shoprite Somers Pnt S1 Somers Point NJ P00309255611657579 Card 6976 | | 47.34 | |
| 9/12 | | Purchase authorized on 09/12 Cvs/Pharmacy #00 00853--9 Margate City NJ P00389255622906437 Card 6976 | | 113.62 | 4,524.49 |
| 9/13 | | ATM Cash Deposit on 09/13 8013 Atlantic Avenue Margate City NJ 0001347 ATM ID 0011M Card 6976 | 250.00 | | |
| 9/13 | | Purchase authorized on 09/12 Downbeach Liquors Margate City NJ S469255626243258 Card 6976 | | 19.61 | |
| 9/13 | | Purchase with Cash Back $ 20.00 authorized on 09/13 Cvs/Pharm 00853--9301 Margate City NJ P00000000570717517 Card 6976 | | 23.72 | 4,731.16 |
| 9/16 | | Zelle From Ferenc Helyes on 09/16 Ref # Tdp0Euznb85E | 1.00 | | |
| 9/16 | | Purchase authorized on 09/12 Carmen'S Market Mays Landing NJ S469255585115809 Card 6976 | | 31.71 | |
| 9/16 | | Purchase authorized on 09/12 Curexa Egg Harbor to NJ S389255601305441 Card 6976 | | 120.00 | |
| 9/16 | | Purchase authorized on 09/13 B - Wch Front Desk 6093177337 NJ S589256344992727 Card 6976 | | 50.00 | |
| 9/16 | | Purchase authorized on 09/13 Aversas Bakery Margate City NJ S469256642001124 Card 6976 | | 8.38 | |
| 9/16 | | Purchase authorized on 09/13 Sq *All Terrain CO 877-417-4551 TX S589256652084620 Card 6976 | | 239.00 | |
| 9/16 | | Purchase authorized on 09/13 Imperial Massage I Margate NJ S589256693522915 Card 6976 | | 69.55 | |
| 9/16 | | Purchase authorized on 09/13 Margate Dairy Bar Margate City NJ S469256709019002 Card 6976 | | 15.54 | |
| 9/16 | | Purchase authorized on 09/13 Lobby Bar Atlantic City NJ S389256854061115 Card 6976 | | 31.00 | |
| 9/16 | | Purchase authorized on 09/14 Vistapr*Vistaprint 866-8936743 MA S309257604782333 Card 6976 | | 10.00 | |
| 9/16 | | Purchase authorized on 09/14 23Andme.Com 800-238-5230 CA S389257614248091 Card 6976 | | 208.95 | |

September 30, 2019 ▪ Page 4 of 8



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 9/16 | | Purchase authorized on 09/14 Sq *Barby's Ventnor City NJ S589257659955093 Card 6976 | | 32.00 | |
| 9/16 | | Purchase authorized on 09/14 Casel's Market Pla Margate NJ S309257673851603 Card 6976 | | 66.42 | |
| 9/16 | | Purchase authorized on 09/14 The Crab Trap Somers Point NJ S309257845028109 Card 6976 | | 20.25 | |
| 9/16 | | Purchase authorized on 09/14 The Crab Trap Somers Point NJ S389258061316117 Card 6976 | | 65.48 | 3,763.88 |
| 9/17 | | Recurring Payment authorized on 09/16 Tu *Transunion 800-493-3292 CA S589259751456393 Card 6976 | | 21.28 | |
| 9/17 | | ATM Withdrawal authorized on 09/17 One Borgata Way Atlantic City NJ 0002188 ATM ID 0019M Card 6976 | | 200.00 | |
| 9/17 | | Non-WF ATM Withdrawal authorized on 09/17 1 Borgata Way Atlantic City NJ 00389260625383118 ATM ID Cpsb1839 Card 6976 | | 204.99 | |
| 9/17 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 9/17 | | ATM Withdrawal authorized on 09/17 One Borgata Way Atlantic City NJ 0002200 ATM ID 0019M Card 6976 | | 300.00 | 3,035.11 |
| 9/18 | | Purchase authorized on 09/16 Ovr*O.CO/Overstock 800-8432446 UT S469259803373714 Card 6976 | | 48.96 | |
| 9/18 | | Purchase authorized on 09/17 Hollywood Nails II Northfield NJ S469260582077580 Card 6976 | | 37.00 | |
| 9/18 | | Purchase authorized on 09/17 Sq *Barby's Ventnor City NJ S589260710562558 Card 6976 | | 25.00 | |
| 9/18 | | Online Transfer to Banko C Way2Save Savings xxxxxx9126 Ref #Ib06Vb2Krg on 09/18/19 | | 1,000.00 | |
| 9/18 | | Non-WF ATM Withdrawal authorized on 09/18 6678 Black Horse P Egg Harbor Tw NJ 00469261496491079 ATM ID Pm3632 Card 6976 | | 50.00 | |
| 9/18 | | Non-Wells Fargo ATM Transaction Fee | | 2.50 | |
| 9/18 | | Purchase authorized on 09/18 Acme Store 0294 Ventor NJ P00469261861450203 Card 6976 | | 69.31 | |
| 9/18 | 179 | Check | | 30.00 | 1,772.34 |
| 9/19 | | Purchase authorized on 09/17 Alan H. Chenman Dm Linwood NJ S309260506804651 Card 6976 | | 162.00 | |
| 9/19 | | Purchase authorized on 09/17 Staples 0011 Somers Point NJ S309260520461741 Card 6976 | | 268.13 | |
| 9/19 | | Purchase authorized on 09/17 Starbucks Store 50 Egg Harbor NJ S589260588251275 Card 6976 | | 8.21 | |
| 9/19 | | Purchase authorized on 09/18 Wawa 947 0000 Egg Harbor NJ S309261494436184 Card 6976 | | 29.55 | 1,304.45 |
| 9/20 | | Purchase Return authorized on 09/19 Tu *Transunion 800-493-3292 CA S629263546885678 Card 6976 | 21.28 | | |
| 9/20 | | Zelle From Ramiro Cubas on 09/20 Ref # Tdp0Ev3Nn7E6 | 200.00 | | |
| 9/20 | | Purchase authorized on 09/19 Tu *Transunion 800-493-3292 CA S309262634762754 Card 6976 | | 10.61 | |
| 9/20 | | ATM Withdrawal authorized on 09/20 8013 Atlantic Avenue Margate City NJ 0002879 ATM ID 0011M Card 6976 | | 60.00 | |
| 9/20 | 178 | Check | | 15.00 | |
| 9/20 | | Verizon Wireless Payments 190920 062083387400001 00000000062083387400001 | | 186.90 | 1,253.22 |
| 9/23 | | Zelle From Tracie Coleman on 09/22 Ref # Cofmu2Fmzkbc | 100.00 | | |
| 9/23 | | Zelle From Ramiro Cubas on 09/23 Ref # Tdp0Ev6Nzh60 | 1,000.00 | | |
| 9/23 | | Online Transfer From Banko C Way2Save Savings xxxxxx9126 Ref #Ib06W2Tzb3 on 09/23/19 | 1,000.00 | | |
| 9/23 | | Purchase authorized on 09/19 Morgan Medical Cen Haddonfield NJ S589262561168947 Card 6976 | | 455.00 | |
| 9/23 | | Purchase authorized on 09/20 Imperial Massage I Margate NJ S589263734862703 Card 6976 | | 58.85 | |
| 9/23 | | Purchase authorized on 09/20 Sq *Barby's Ventnor City NJ S589263781533576 Card 6976 | | 82.00 | |

September 30, 2019  ■  Page 5 of 8



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|--------------|-------------|---------------------|---------------------------|----------------------|
| 9/23 | | Purchase authorized on 09/20 Zorro S Pizza Ventnor City NJ S469263798703198 Card 6976 | | 10.67 | |
| 9/23 | | Purchase authorized on 09/21 Casel's Market Margate City NJ P00000000873889034 Card 6976 | | 66.27 | |
| 9/23 | | ATM Withdrawal authorized on 09/22 8013 Atlantic Avenue Margate City NJ 0003460 ATM ID 0011M Card 6976 | | 60.00 | |
| 9/23 | | Purchase authorized on 09/23 Cvs/Pharmacy #00 00853--9 Margate City NJ P00389266798639685 Card 6976 | | 6.50 | |
| 9/23 | | Purchase authorized on 09/23 Cvs/Pharm 00853--9301 Margate City NJ P00000000670878305 Card 6976 | | 26.42 | |
| 9/23 | | Comcast Cable 190920 3835901 Cassandra *Banko | | 218.92 | |
| 9/23 | | Ptc E-Zpass Csc ACH Auto 190920 83404522 Cassandra Banko | | 35.00 | 2,333.59 |
| 9/24 | | Rtp From Venmo on 09/24 20190924021000021P1Brjpm01070011080 | 2,490.00 | | |
| 9/24 | | Purchase authorized on 09/20 B - Wch Front Desk Atlantic City NJ S469263638376379 Card 6976 | | 44.62 | |
| 9/24 | | Purchase authorized on 09/24 Macy's 059 Rt 38 & H Cherry Hill NJ P00589267622966811 Card 6976 | | 40.52 | |
| 9/24 | | Purchase authorized on 09/24 Macy's Rt 38 & Hadd Cherry Hill NJ P00000000771139374 Card 6976 | | 19.93 | |
| 9/24 | | Purchase authorized on 09/24 Macy's Rt 38 & Hadd Cherry Hill NJ P00000000037779018 Card 6976 | | 23.93 | |
| 9/24 | | Purchase authorized on 09/24 Dick's Sporting Goods Mays Landing NJ P00309267706854483 Card 6976 | | 157.82 | |
| 9/24 | | Purchase authorized on 09/24 Best Buy 00005819 Mays Landing NJ P00000000879088066 Card 6976 | | 79.96 | |
| 9/24 | | ATM Withdrawal authorized on 09/24 One Borgata Way Atlantic City NJ 0004514 ATM ID 0019M Card 6976 | | 300.00 | |
| 9/24 | | Zelle to Cubas Ramiro on 09/24 Ref #Rp06W66M54 | | 1,000.00 | 3,156.81 |
| 9/25 | | Purchase authorized on 09/23 Alan H. Chenman Dm Linwood NJ S589266550123598 Card 6976 | | 68.00 | |
| 9/25 | | Purchase authorized on 09/23 Apl*Apple Online S 800-676-2775 CA S389266843911067 Card 6976 | | 1,262.43 | |
| 9/25 | | Recurring Payment authorized on 09/24 Microsoft*Store Msbill.Info WA S469268021360869 Card 6976 | | 159.93 | |
| 9/25 | | ATM Withdrawal authorized on 09/25 8013 Atlantic Avenue Margate City NJ 0003922 ATM ID 0011M Card 6976 | | 60.00 | |
| 9/25 | | Purchase authorized on 09/25 Shoprite Somers Pnt S1 Somers Point NJ P00469268716252108 Card 6976 | | 146.38 | 1,460.07 |
| 9/26 | | Citrus Health NE Exp Reimb W-100160688 Cassandra Banko | 428.00 | | |
| 9/26 | | Square Inc * Cash App 190926 T200155481133 | 1,000.00 | | |
| 9/26 | | Purchase authorized on 09/24 Starbucks Store 23 Cherry Hill NJ S589267654743544 Card 6976 | | 10.02 | |
| 9/26 | | Purchase authorized on 09/25 Sp * Attain Inc. Katinusa.Mysh CA S309268523737553 Card 6976 | | 136.00 | |
| 9/26 | | Purchase authorized on 09/25 Sq *Agnes Cafe Bre Ventnor City NJ S309268534493645 Card 6976 | | 13.34 | |
| 9/26 | | Purchase authorized on 09/25 Sq *Barby's Ventnor City NJ S389268585316458 Card 6976 | | 45.00 | |
| 9/26 | | Purchase authorized on 09/25 Blown Away Salon A Linwood NJ S469268665229727 Card 6976 | | 35.00 | |
| 9/26 | | Purchase authorized on 09/25 Wawa 461 0000 Somers Point NJ S469268673410682 Card 6976 | | 36.30 | 2,612.41 |
| 9/27 | | Purchase Return authorized on 09/25 Staples 0011 Somers Point NJ S619270543561231 Card 6976 | 82.03 | | |
| 9/27 | | ATM Cash Deposit on 09/27 8013 Atlantic Avenue Margate City NJ 0004396 ATM ID 0011M Card 6976 | 140.00 | | |
| 9/27 | | Money Transfer authorized on 09/27 From Square Cash NJ S00389270653317155 Card 6976 | 2,462.50 | | |
| 9/27 | | Zelle From Tracie Coleman on 09/27 Ref # Cofkt5E9D2x3 | 100.00 | | |
| 9/27 | | Purchase authorized on 09/25 Macys .Com 800-289-6229 OH S589268796220446 Card 6976 | | 31.99 | |

September 30, 2019  ▪  Page 6 of 8



### Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 9/27 | | Online Transfer to Banko C Way2Save Savings xxxxxx9126 Ref #Ib06WIrl8M on 09/27/19 | | 3,000.00 | 2,364.95 |
| 9/30 | | ATM Cash Deposit on 09/28 8013 Atlantic Avenue Margate City NJ 0004652 ATM ID 0011M Card 6976 | 1,000.00 | | |
| 9/30 | | Zelle From Ramiro Cubas on 09/29 Ref # Tdp0Evcom2Xu | 660.00 | | |
| 9/30 | | Purchase authorized on 09/25 Macys .Com 800-289-6229 OH S589268796220446 Card 6976 | | 14.16 | |
| 9/30 | | Purchase authorized on 09/25 Macys .Com 800-289-6229 OH S589268796220446 Card 6976 | | 41.86 | |
| 9/30 | | Purchase authorized on 09/27 Sq *Agnes Cafe Bre Ventnor City NJ S389270507819406 Card 6976 | | 25.46 | |
| 9/30 | | ATM Withdrawal authorized on 09/28 One Borgata Way Atlantic City NJ 0005854 ATM ID 0019M Card 6976 | | 300.00 | |
| 9/30 | | Purchase authorized on 09/28 Sq *Barby's Ventnor City NJ S589271611049022 Card 6976 | | 32.00 | |
| 9/30 | | Purchase authorized on 09/28 Colmar Home Center Margate City NJ S469271617594782 Card 6976 | | 10.12 | |
| 9/30 | | ATM Withdrawal authorized on 09/28 8013 Atlantic Avenue Margate City NJ 0004653 ATM ID 0011M Card 6976 | | 60.00 | |
| 9/30 | | Purchase authorized on 09/28 Bedazzled Boutique Margate City NJ S469271628893388 Card 6976 | | 48.00 | |
| 9/30 | | Purchase authorized on 09/28 Aversas Bakery Margate City NJ S469271632282650 Card 6976 | | 21.30 | |
| 9/30 | | Purchase authorized on 09/28 Hollywood Nails II Northfield NJ S389271699101485 Card 6976 | | 60.00 | |
| 9/30 | | Purchase authorized on 09/29 Cvs/Pharm 00853--9301 Margate City NJ P0000000380561748 Card 6976 | | 48.93 | |
| 9/30 | | Purchase authorized on 09/29 Bedazzled Boutique Margate City NJ S589272706958055 Card 6976 | | 48.00 | |
| 9/30 | | ATM Withdrawal authorized on 09/30 One Borgata Way Atlantic City NJ 0006833 ATM ID 0019M Card 6976 | | 300.00 | |
| 9/30 | | ATM Withdrawal authorized on 09/30 One Borgata Way Atlantic City NJ 0006863 ATM ID 0019M Card 6976 | | 300.00 | |
| 9/30 | | ATM Withdrawal authorized on 09/30 One Borgata Way Atlantic City NJ 0006872 ATM ID 0019M Card 6976 | | 200.00 | |
| 9/30 | | Purchase authorized on 09/30 Borgata Hotel CA Borgata Atlantic City NJ P00469273788542731 Card 6976 | | 522.95 | 1,992.17 |
| Ending balance on 9/30 | | | | | 1,992.17 |
| **Totals** | | | **$21,598.00** | **$20,315.26** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Summary of checks written  *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 178 | 9/20 | 15.00 | 179 | 9/18 | 30.00 |

### Summary of Overdraft and Returned Item fee(s)

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Overdraft Fees | $8.75 | $183.75 |
| Total Returned Item Fees | $0.00 | $35.00 |

*† Year-to-date total reflects fees assessed or reversed since first full statement period of current calendar year.*

September 30, 2019 ■ Page 7 of 8

**WELLS FARGO**

---

**Summary of Overdraft Rewind** <sup>SM</sup> **Benefits**

| | Total this statement period | Total year-to-date † |
|---|---|---|
| Total Number of Overdraft and Return Item Fees Waived | 0 | 1 |
| Total Amount of Overdraft and Return Item Fees Waived | $0.00 | $35.00 |

† Year-to-date total reflects fees waived since first full statement period of calendar year.

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2019 - 09/30/2019 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $1,500.00 | -$778.95 ☐ |
| · Total amount of qualifying direct deposits | $500.00 | $5,495.60 ☑ |
| · Total number of posted debit card purchases or posted debit card payments of bills in any combination | 10 | 91 ☑ |
| · The fee is waived when the account is linked to a Wells Fargo Campus ATM or Campus Debit Card | | |

**Monthly service fee discount(s)** *(applied when box is checked)*

Age of primary account owner is 17 - 24 ($10.00 discount)          ☐
RC/RC

**WELLS FARGO**

## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

[A] **Enter the ending balance** on this statement.        $ _____

[B] **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount |
|-------------|--------|
|             |        |
|             |        |
|             |        |
|             |        |
| **Total** | $      |

+ $ _____

[C] Add [A] and [B] to calculate the subtotal.        = $ _____

[D] **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount |
|--------------------|--------|
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
|                    |        |
| **Total** | $      |

- $ _____

[E] **Subtract** [D] **from** [C] to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.        = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801        Member FDIC.

# Wells Fargo Way2Save® Savings

September 30, 2019  ■  Page 1 of 3



CASSANDRA L BANKO
DEBTOR IN POSSESSION
CH 11 CASE #18-29983(NJ)
304 N ESSEX AVE
MARGATE CITY NJ 08402-1830

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-TO-WELLS**   (1-800-869-3557)

*TTY:* 1-800-877-4833
*En español:* 1-877-727-2932

華語  1-800-288-2288   *(6 am to 7 pm PT, M-F)*

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (347)
P.O. Box 6995
Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our company and look forward to continuing to serve you with your financial needs.

### Activity summary

| | |
|---|---:|
| Beginning balance on 9/1 | $0.02 |
| Deposits/Additions | 4,500.00 |
| Withdrawals/Subtractions | - 1,505.00 |
| **Ending balance on 9/30** | **$2,995.02** |

Account number:

**CASSANDRA L BANKO**
**DEBTOR IN POSSESSION**
**CH 11 CASE #18-29983(NJ)**

*New Jersey account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  021200025

### Interest summary

| | |
|---|---:|
| Interest paid this statement | $0.00 |
| Average collected balance | $566.68 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.02 |

September 30, 2019 ▪ Page 2 of 3



---

## Transaction history

| Date | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|------|-------------|---------------------|----------------------------|----------------------|
| 9/4 | Online Transfer From Banko C Everyday Checking xxxxxx4002 Ref #Ib06S8Bpm7 on 09/04/19 | 500.00 | | |
| 9/4 | ✴ Online Transfer to Banko C Everyday Checking xxxxxx4002 Ref #Ib06Schlxm on 09/04/19 | | 500.00 | 0.02 |
| 9/18 | Online Transfer From Banko C Everyday Checking xxxxxx4002 Ref #Ib06Vb2Krg on 09/18/19 | 1,000.00 | | 1,000.00 |
| 9/23 | ✴ Online Transfer to Banko C Everyday Checking xxxxxx4002 Ref #Ib06W2Tzb3 on 09/23/19 | | 1,000.00 | 0.02 |
| 9/27 | Online Transfer From Banko C Everyday Checking xxxxxx4002 Ref #Ib06Wlrl8M on 09/27/19 | 3,000.00 | | 3,000.00 |
| 9/30 | Monthly Service Fee | | 5.00 | 2,995.02 |
| | Ending balance on 9/30 | | | 2,995.02 |
| **Totals** | | **$4,500.00** | **$1,505.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

✴ *Indicates transaction counts toward the Regulation D and Wells Fargo savings withdrawal and transfer limit. Except outgoing wire transfers, there is no limit on the number of withdrawals or transfers made in person at an ATM or Wells Fargo location or on any types of deposits. For more information, please refer to your Account Agreement.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 09/01/2019 - 09/30/2019 | Standard monthly service fee $5.00 | You paid $5.00 |
|-------------------------------------|-------------------------------------|----------------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Minimum daily balance | $300.00 | $0.02 ☐ |
| · A daily automatic transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · Save As You Go® transfer from a Wells Fargo checking account | $1.00 | $0.00 ☐ |
| · A monthly automatic transfer from a Wells Fargo checking account | $25.00 | $0.00 ☐ |
| · The fee is waived when the primary account owner is under the age of 18 (19 in Alabama) | | |

AM/AM

September 30, 2019 ■ Page 3 of 3



## Worksheet to balance your account

Follow the steps below to reconcile your statement balance with your account register balance. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

**A**   **Enter the ending balance** on this statement.    $ _____

**B**   **List outstanding deposits and other credits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| **Total** | $ | |

    + $ _____

**C**   Add **A** and **B** to calculate the subtotal.    = $ _____

**D**   **List outstanding checks, withdrawals, and other debits** to your account that do not appear on this statement. **Enter the total** in the column to the right.

| Number/Description | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total** | $ | |

    - $ _____

**E**   Subtract **D** from **C** to calculate the adjusted ending balance. This amount should be the same as the current balance shown in your register.

    = $ _____

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Overdraft Collection and Recovery, P.O. Box 5058, Portland, OR 97208-5058. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **In case of errors or questions about your electronic transfers,** telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

©2010 Wells Fargo Bank, N.A. All rights reserved NMLSR ID 399801

Member FDIC.