| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In re:<br><br>    Cassandra Lynn Banko,<br><br>                              Debtor. | Case No. 18-29983<br><br>Hon. Andrew B. Altenburg, Jr., U.S.B.J.<br><br>Chapter 11 |

**Order Filed on November 4, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

### ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION

The relief set forth on the following pages, numbering two (2) through three (3), is hereby

**ORDERED.**

**DATED: November 4, 2019**

*[signature]*

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:       Cassandra Lynn Banko

Case No.:    Bankruptcy No. 18-29983 (ABA)

**CONFIRMING PLAN OF REORGANIZATION**

**ORDER**

The Amended Plan of Reorganization filed by Cassandra Lynn Banko on May 7, 2019 (the "Plan') having been transmitted to creditors and equity security holders in accordance with the Court's Order Approving Disclosure Statement dated June 13, 2019; and

The Plan having been modified as a result of the Objection to Confirmation filed by Specialized Loan Servicing ("SLS") to reflect the Debtor's agreement to pay any escrow shortage in SLS's mortgage as per SLS's proof of claim in equal payments over twenty four months beginning on the Effective Date; it is hereby

ORDERED that:

1. The Plan as modified as set forth hereinabove is approved and confirmed under 11 U.S.C. Section 1129.

2. Upon the conclusion of the Debtor's Chapter 11 Plan and completion of all terms set forth therein, the Debtor shall seek an Order to Reopen Chapter 11 Case for an Order Discharging Debts for which any court fees associated with the reopening of the subject Chapter 11 case shall be waived.

3. The Debtor shall file all post-confirmation operating reports and shall pay all quarterly fees when due until this case is converted, dismissed or closed.

United States Bankruptcy Court
District of New Jersey

In re:  
Cassandra Lynn Banko  
    Debtor

Case No. 18-29983-ABA  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Nov 04, 2019  
                   Form ID: pdf903      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2019.
```
db             +Cassandra Lynn Banko,    304 N. Essex Ave.,    Margate City, NJ 08402-1830
aty            +Ellen McDowell,    McDowell Law, PC,    46 West Main Street,    Maple Shade, NJ 08052-2432
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2019      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2019 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee, for Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates Series 2005-A1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., successor trustee to Wachovia Bank, N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through Certificates, Series 2005-A1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Douglas J. McDonough    on behalf of Creditor    U.S. Bank N.A., successor trustee to Wachovia Bank, N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through Certificates, Series 2005-A1 DMcDonough@flwlaw.com  
       Ellen M. McDowell    on behalf of Debtor Cassandra Lynn Banko emcdowell@mcdowelllegal.com, kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;r62202@notify.bestcase.com  
       Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance jschwartz@mesterschwartz.com  
       Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov  
       Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee, for Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates Series 2005-A1 rsolarz@kmllawgroup.com  
       Sean M. O'Brien    on behalf of Creditor    U.S. Bank N.A., successor trustee to Wachovia Bank, N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through Certificates, Series 2005-A1 DMcDonough@flwlaw.com  
       Sean M. O'Brien    on behalf of Loss Mitigation    Select Portfolio Servicing DMcDonough@flwlaw.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

       TOTAL: 10