Form 137 – aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 18−29983−ABA
                Chapter: 11
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cassandra Lynn Banko
   304 N. Essex Ave.
   Margate City, NJ 08402

Social Security No.:
   xxx−xx−0792

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:
Time:
Location:

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Ellen M. McDowell, Debtor's Attorney

COMMISSION OR FEES
$5,925.00

EXPENSES
$49.10

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured
           creditors under the plan.

    ☐    will reduce the amount to be paid to general unsecured
           creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

    An appearance is not required on an application for compensation unless an objection is filed.

Dated: November 6, 2019
JAN:

                                               Jeanne Naughton
                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-29983-ABA
Cassandra Lynn Banko                                                    Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2              Date Rcvd: Nov 06, 2019
                               Form ID: 137             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2019.
db             +Cassandra Lynn Banko,    304 N. Essex Ave.,    Margate City, NJ 08402-1830
aty            +Ellen McDowell,    McDowell Law, PC,    46 West Main Street,    Maple Shade, NJ 08052-2432
cr             +U.S. Bank N.A., successor trustee to Wachovia Bank,    c/o Frenkel, Lambert, Weiss, Weisman & G,
                 80 Main Street, Suite 460,    West Orange, NJ 07052-5414
517831688       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517800609      +Angela Kauffman,    1105 Lake Shore Dr.,    #204,    West Palm Beach, FL 33403-2865
517800612      +Diana Miller,    304 S. Mt. Pleasant Rd.,    Lebanon, PA 17042-4802
517826381      +Eugene Pindar,    8801 Hawthorn Lane,    Glenside, PA 19038-7147
517800613      +Milestone Master Card,    PO Box 84059,    Columbus, GA 31908-4059
517800615      +RCS,    1201 Jefferson St.,    Suite 150,    Washington, MO 63090-4453
518353868      +Rickert Collection Systems,    575 Miltown Road,    PO Box 7242,    North Brunswick, NJ 08902-7242
517800616      +Romy Braunstein,    119 Grasmere Rd.,    Bala Cynwyd, PA 19004-2906
517800618      +Shapiro & Denardo,    3600 Horizon Dr. #150,    King of Prussia, PA 19406-4702
518169534      +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091
517800619       Specialized Loan Servicing LLC,    8742 Lucent Blvd.,    Suite 300,
                 Highlands Ranch, CO 80129-2386
517845773      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: cio.bncmail@irs.gov Nov 06 2019 23:52:59      Dist Dir of IRS,
                 Insolvency Function,    PO Box 724,    Springfield, NJ  07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 06 2019 23:53:31      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 06 2019 23:53:28      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517869024      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 07 2019 00:08:16      Capital One,
                 PO Box 6492,    Carol Stream, IL 60197-6492
517800610       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 07 2019 00:06:28      Capital One,
                 PO Box 71083,    Charlotte, NC 28272-1083
517800611      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 07 2019 00:07:33
                 Capital One Auto Finance,    Attn: Bankruptcy,    7933 Preston Rd.,    Plano, TX 75024-2302
517811679      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 07 2019 00:07:23
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518015606      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Nov 07 2019 00:07:33
                 Capital One Auto Finance, a division of Capital On,    PO Box 60511,
                 City Of Industry CA 91716,  CA 91716-0511
518047913      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 07 2019 00:06:54
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517800614      +E-mail/Text: GenesisFS@ebn.phinsolutions.com Nov 06 2019 23:54:20      Milestone Master Card,
                 PO Box 4477,    Beaverton, OR 97076-4401
517813248       E-mail/Text: bnc-quantum@quantum3group.com Nov 06 2019 23:53:25
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA  98083-0788
517800617       E-mail/Text: jennifer.chacon@spservicing.com Nov 06 2019 23:54:18
                 Select Portfolio Servicing Inc,    PO Box 65250,    Salt Lake City, UT 84165-0250
517804228      +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2019 00:07:15      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517843196       U.S. Bank N.A., successor trustee to Wachovia Bank
lm*            +Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
517842469*     +Department of Treasury,    Internal Revenue Service,    P O Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                  TOTALS: 1, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2         Date Rcvd: Nov 06, 2019
                              Form ID: 137             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2019 at the address(es) listed below:

```
          Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, as Trustee, successor
           in interest to Wachovia Bank, N.A., as Trustee, for Chase Mortgage Finance Trust Multi-Class
           Mortgage Pass-Through Certificates Series 2005-A1 dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    U.S. Bank N.A., successor trustee to Wachovia Bank,
           N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through Certificates,
           Series 2005-A1 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Douglas J. McDonough    on behalf of Creditor    U.S. Bank N.A., successor trustee to Wachovia Bank,
           N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through Certificates,
           Series 2005-A1 DMcDonough@flwlaw.com
          Ellen M. McDowell     on behalf of Debtor Cassandra Lynn Banko emcdowell@mcdowelllegal.com,
           kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;r62202@notify.bestcase.com
          Jason Brett Schwartz    on behalf of Creditor    Capital One Auto Finance
           jschwartz@mesterschwartz.com
          Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
          Rebecca Ann Solarz    on behalf of Creditor    U.S. Bank National Association, as Trustee,
           successor in interest to Wachovia Bank, N.A., as Trustee, for Chase Mortgage Finance Trust
           Multi-Class Mortgage Pass-Through Certificates Series 2005-A1 rsolarz@kmllawgroup.com
          Sean M. O'Brien    on behalf of Loss Mitigation    Select Portfolio Servicing DMcDonough@flwlaw.com
          Sean M. O'Brien    on behalf of Creditor    U.S. Bank N.A., successor trustee to Wachovia Bank,
           N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through Certificates,
           Series 2005-A1 DMcDonough@flwlaw.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```