Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−29983−ABA
Chapter: 11
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cassandra Lynn Banko
   304 N. Essex Ave.
   Margate City, NJ 08402

Social Security No.:
   xxx−xx−0792

Employer's Tax I.D. No.:

### NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:   April 28, 2020
Time:   10:00 AM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*119* − Objection to Clerk's Notice of Intention to Close Case (related document:117 Notice of Intention to Close Case. Hearing date if Objection filed: 4/28/2020. Notice served on the debtor, debtor's attorney, attorney for creditors' committee, if any, Trustee, if any and United States Trustee. Objections due by 4/21/2020.Deadline to close chapter 11 case is 5/4/2020. (bc)) filed by Jeffrey M. Sponder on behalf of U.S. Trustee. (Attachments: # 1 Certificate of Service) (Sponder, Jeffrey)

and transact such other business as may properly come before the meeting.


Dated: April 13, 2020
JAN: lgr

                                                            Jeanne Naughton
                                                            Clerk