OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: CASSANDRA BANKO    Bank: WELLS FARGO
Bankruptcy Number: 18-29983 (ABA)    Account Number: 5350884002
Date of Confirmation: NOV 18, 2019    Account Type: CHECKING
Reporting Period (month/year): DEC 2019

Beginning Cash Balance: $1249.19

All receipts received by the debtor:

Cash Sales: $ —
Collection of Accounts Receivable: [INCOME/PAYMENTS] $12,201.09
Proceeds from Litigation (settlement or otherwise): $ —
Sale of Debtor's Assets: $ —
Capital Infusion pursuant to the Plan: $ —
Total of cash received: $12,201.09

Total of cash available: $13,450.28

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $0
Disbursements made pursuant to the administrative claims of bankruptcy professionals: $0
All other disbursements made in the ordinary course: $14,216.70
Total Disbursements $ ___

Ending Cash Balance $ -766.42

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

7/26/2020    CASSANDRA BANKO / DEBTOR
Date    Name/Title

Debtor: BANKO
Case Number: 18-29983 (ABA)