OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: CASSANDRA BANKO   Bank: WELLS FARGO
Bankruptcy Number: 18-29983 (ABA)   Account Number: 5350 884002
Date of Confirmation: Nov 18, 2019   Account Type: CHECKING
Reporting Period (month/year): Q2 2020

Beginning Cash Balance: $ 470.35

All receipts received by the debtor:

Cash Sales: $ —
Collection of Accounts Receivable: INCOME/PAYMENTS  $ 33,286.87
Proceeds from Litigation (settlement or otherwise): $ —
Sale of Debtor's Assets: $ —
Capital Infusion pursuant to the Plan: $ —
Total of cash received: $ 33,286.87

Total of cash available: $ 33,757.22

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ 1300.00

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ 0

All other disbursements made in the ordinary course: $ 29,445.58

Total Disbursements: $ 30,745.58

Ending Cash Balance: $ 3011.64

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 7/26/2020
Name/Title: CASSANDRA BANKO / DEBTOR

Debtor: BANKO
Case Number: 18-29983 (ABA)