| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Ellen M. McDowell, Esquire<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br>Telephone: 856-482-5544<br>emcdowell@mcdowelllegal.com<br>In re:<br>**Cassandra Lynn Banko** | Case No.:    **18-29983**<br><br>Chapter:    **11**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:    **ABA** |

# CERTIFICATION OF SERVICE

1. I, **Kristie Gresh**  :

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for **Ellen McDowell**, who represents
    ___ in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **October 5, 2020**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    **Notice of Motion to Modify Plan Post Confirmation
    Certification in Support of Motion
    Proposed Order**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:    **October 5, 2020**　　　　　　　　　　　　　　**/s/ Kristie Gresh**
　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Angela Kauffman<br>1105 Lake Shore Dr.<br>#204<br>West Palm Beach, FL 33403 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 | **Creditor** | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Capital One Auto Finance<br>Attn: Bankruptcy<br>7933 Preston Rd.<br>Plano, TX 75024-0410 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Capital One Auto Finance a Division of AIS Portfolio Services, LP<br>4515 N Sante Fe Ave, Dept APS<br>Oklahoma City, OK 73118-7901 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Capital One Auto Finance a Div of Capital | Creditor | ☐ Hand-delivered<br>☑ Regular mail |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

rev. 8/1/15
Best Case Bankruptcy

| | | |
|---|---|---|
| One<br>PO Box 60511<br>City of Industry, CA 91716-0511 | | ☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Diana Miller<br>304 S. Mt. Pleasant Rd.<br>Lebanon, PA 17042 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Eugene Pindar<br>8801 Hawthorn Lane<br>Glenside, PA 19038 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Milestone Master Card<br>PO Box 4477<br>Beaverton, OR 970976-4401 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Milestone Master Card<br>PO Box 84059<br>Columbus, GA 31908 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Capital One Bank USA NA<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| RCS<br>1201 Jefferson St.<br>Suite 150<br>Washington, MO 63090 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy

| | | |
|---|---|---|
| Romy Braunstein<br>119 Grasmere Rd.<br>Bala Cynwyd, PA 19004 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| Specialized Loan Servicing LLC<br>8742 Lucent Blvd.<br>Suite 300<br>Highlands Ranch, CO 80129-2386 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| Shapiro & DeNardo<br>3600 Horizon Dr #150<br>King of Prussia, PA 19406-4702 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| **Jason Brett Schwartz**<br>Mester & Schwartz, P.C.<br>1917 Brown Street<br>Philadelphia, PA 19130 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| **Douglas J. McDonough**<br>Frenkel Lambert Weiss Weisman & Gordon, LLP<br>80 West Main Street<br>Suite 460<br>West Orange, NJ 07052 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| Sean M O'Brien<br>Frenkel Lambert Weiss Weissman & Gordon LLP<br>80 Main Streeet Suite 460<br>West Orange, NJ 07052 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>   (as authorized by the court *) |
| Select Portfolio Servicing Inc<br>PO Box 65250<br>Salt Lake City, UT 84165-0250 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy

Case 18-29983-ABA    Doc 131    Filed 10/05/20    Entered 10/05/20 14:56:21    Desc Main
Document      Page 5 of 6

| | | |
|---|---|---|
| | | ☐ Other ___<br>(as authorized by the court *) |
| South Jersey Gas<br>1 South Jersey Plaza<br>Hammonton, NJ 08037 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| South Jersey Gas<br>PO Box 6091<br>Bellmawr, NJ 08099-6091 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| US Bank NA successor Trustee to Wachovia<br>c/o Frenkel Lambert Weiss Weisman<br>80 Main Street Suite 560<br>West Orange, NJ 07052-5414 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Synchrony Bank c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Internal Revenue Service<br>Department of the Treasury<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Quantum3 Group LLC as Agent for GPCC I LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| US Bank National Association Trustee Specialized Loan Servicing LLC<br>8742 Lucent Blvd. | Creditor | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        rev. 8/1/15        Best Case Bankruptcy

| | | |
|---|---|---|
| Suite 300<br>Highlands Ranch, CO 80129-2386 | | ☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| Jeffrey M. Sponder<br>Office of the United States Trustee<br>US Department of Justice<br>One Newark Center Suite 2100<br>Newark, NJ 07102-5235 | US Trustee | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy