**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Ellen M. McDowell**
**McDowell Law, PC**
**46 W. Main Street**
**Maple Shade, NJ 08052**
**Telephone: (856) 482-5544**      Attorneys for the Debtor
**Telecopier: (856) 482-5511**

------------------------------------------------ x
:
:
:
:
In re:                          :   Case No.: 18-29983
:
    **CASSANDRA BANKO,**     :   Chapter 11
:
    Debtor           :
:
                                        x

**CERTIFICATION OF NO OBJECTION**

    The undersigned hereby certifies that there has been no objection to the Motion for Leave to File Modifed Chapter 11 Plan filed on October 4, 2020.

    I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


Dated:  October 20, 2020            */s/ Ellen M. McDowell*
                                                                                   Ellen M. McDowell