UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Ellen M. McDowell , Esq.**
**McDowell Law, P.C.**
**46 West Main Street**
**Maple Shade, NJ  08052**
**856-482-5544**
**FAX: 856-482-5511**
**Attorney for the Debtor**

Order Filed on October 27, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Cassandra Lynn Banko, | : | Case No.: 18-29983 – ABA |
| | : | |
| Debtor | : | |

### ORDER GRANTING DEBTOR LEAVE
### TO FILE MODIFIED PLAN POST-PETITION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: October 27, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

**Debtor:**   Cassandra Lynn Banko
**Case No.:**   18-29983
**Caption:**    Order Granting Debtor Leave to File Modified Plan Post-Petition

**THIS MATTER** having been opened to the Court by Ellen M. McDowell, Esquire, attorney for the Debtor herein, and the Court having considered the papers submitted herein, and for good cause having been shown for the making and entry hereof it is hereby;

**ORDERED**, that the Debtor is granted leave to file a Modified Plan; and it is further

**ORDERED**, that the Debtor shall file a Modified Plan and Disclosure Statement within three (3) days of the date of this Order.