Form 195 − ntchrgdsclstat

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−29983−ABA
Chapter: 11
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cassandra Lynn Banko
   304 N. Essex Ave.
   Margate City, NJ 08402

Social Security No.:
   xxx−xx−0792

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON DISCLOSURE STATEMENT

A Disclosure Statement was filed by Cassandra Lynn Banko, Debtor, on November 3, 2020 , pursuant to Fed. R. Bankr. P. 3016.

The Court shall conduct a hearing as to the adequacy of such statement before Honorable Andrew B. Altenburg Jr. on :

Date:              December 10, 2020
Time:              10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Copies of the Disclosure Statement have been provided to the United States Trustee, the attorney and Chairman of the Creditors Committee, if any, the Trustee, if any, and the Securities and Exchange Commission. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the attorney and the Chairman of the Creditors Committee, if any, no later than 14 days before the date of the hearing scheduled above.

To request copies of the Disclosure Statement, contact the proponent of the Disclosure Statement at:

Ellen McDowell
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
(856) 482−5544


Dated: November 4, 2020
JAN: jpl

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Cassandra Lynn Banko  
    Debtor(s)

Case No. 18-29983-ABA  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Nov 04, 2020      Form ID: 195      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cassandra Lynn Banko, 304 N. Essex Ave., Margate City, NJ 08402-1830 |
| aty | + | Ellen McDowell, McDowell Law, PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |
| cr | + | U.S. Bank N.A., successor trustee to Wachovia Bank, c/o Frenkel, Lambert, Weiss, Weisman & G, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| 517831688 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517800609 | + | Angela Kauffman, 1105 Lake Shore Dr., #204, West Palm Beach, FL 33403-2865 |
| 517800612 | + | Diana Miller, 304 S. Mt. Pleasant Rd., Lebanon, PA 17042-4802 |
| 517826381 | + | Eugene Pindar, 8801 Hawthorn Lane, Glenside, PA 19038-7147 |
| 517800613 | + | Milestone Master Card, PO Box 84059, Columbus, GA 31908-4059 |
| 517800615 | + | RCS, 1201 Jefferson St., Suite 150, Washington, MO 63090-4453 |
| 518353868 | + | Rickert Collection Systems, 575 Miltown Road, PO Box 7242, North Brunswick, NJ 08902-7242 |
| 517800616 | + | Romy Braunstein, 119 Grasmere Rd., Bala Cynwyd, PA 19004-2906 |
| 517800618 | + | Shapiro & Denardo, 3600 Horizon Dr. #150, King of Prussia, PA 19406-4702 |
| 518169534 | + | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 517800619 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517845773 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2020 21:40:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 04 2020 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 04 2020 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517800610 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 04 2020 21:38:05 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 517869024 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Nov 04 2020 21:38:59 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 517800611 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Nov 04 2020 21:38:13 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd., Plano, TX 75024-2302 |
| 517811679 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 04 2020 21:38:34 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518015606 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Nov 04 2020 21:38:13 | Capital One Auto Finance, a division of Capital On, PO Box 60511, City Of Industry CA 91716, CA 91716-0511 |
| 518047913 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 04 2020 21:39:10 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 18-29983-ABA    Doc 140    Filed 11/06/20    Entered 11/07/20 00:20:19    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2020 | Form ID: 195 | Total Noticed: 28 |

| 517800614 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 04 2020 21:42:00 | Milestone Master Card, PO Box 4477, Beaverton, OR 97076-4401 |
| 517813248 |  | Email/Text: bnc-quantum@quantum3group.com | Nov 04 2020 21:41:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517800617 |  | Email/Text: jennifer.chacon@spservicing.com | Nov 04 2020 21:42:00 | Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517804228 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 04 2020 21:37:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517843196 |  | U.S. Bank N.A., successor trustee to Wachovia Bank |
| lm | *+ | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517842469 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee, for Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates Series 2005-A1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A. successor trustee to Wachovia Bank, N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through Certificates, Series 2005-A1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor U.S. Bank N.A. successor trustee to Wachovia Bank, N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through Certificates, Series 2005-A1 DMcDonough@flwlaw.com |
| Ellen M. McDowell | on behalf of Debtor Cassandra Lynn Banko emcdowell@mcdowelllegal.com lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;r62202@notify.bestcase.com;mcdoweller62202@notify.bestcase.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| Jeffrey M. Sponder |  |

Case 18-29983-ABA    Doc 140    Filed 11/06/20    Entered 11/07/20 00:20:19    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 04, 2020 | Form ID: 195 | Total Noticed: 28 |

|  |  |
|---|---|
|  | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov |
| Rebecca Ann Solarz | on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee, for Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates Series 2005-A1 rsolarz@kmllawgroup.com |
| Sean M. O'Brien | on behalf of Loss Mitigation Select Portfolio Servicing DMcDonough@flwlaw.com |
| Sean M. O'Brien | on behalf of Creditor U.S. Bank N.A.  successor trustee to Wachovia Bank, N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through Certificates, Series 2005-A1 DMcDonough@flwlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10