OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: CASSANDRA BANKO    Bank: WELLS FARGO
Bankruptcy Number: 18-29983 (ABA)    Account Number: 5350884002
Date of Confirmation: 11/18/2019    Account Type: CHECKING
Reporting Period (month/year): JULY - SEPT 2020

Beginning Cash Balance: $ 3011.64

All receipts received by the debtor:

Cash Sales: $ 0
Collection of ~~Accounts Receivable~~ Income/Payments: $ 22,175.61
Proceeds from Litigation (settlement or otherwise): $ —
Sale of Debtor's Assets: $ —
Capital Infusion pursuant to the Plan: $ —
Total of cash received: $ 22,175.61

Total of cash available: $ 25,187.25

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ 650.00 (FOR Q2)
Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ 450.00
All other disbursements made in the ordinary course: $ 13,796.40
Total Disbursements: $ 14,896.40
Ending Cash Balance: $ 1,323.82

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 11/30/20
Name/Title: CASSANDRA BANKO, DEBTOR
Debtor: BANKO
Case Number: 18-2993 (ABA)

($8967 TRANSFER TO SAVINGS)