Form 147 − ntccnfpln

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  18−29983−ABA
Chapter:  11
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Cassandra Lynn Banko
   304 N. Essex Ave.
   Margate City, NJ 08402

Social Security No.:
   xxx−xx−0792

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 11 plan was entered on January 29, 2021.

   IT IS FURTHER NOTICED,

   1. The clerk shall close the case 180 days after entry of the order confirming plan. Local Rule 3022−1(a).

   2. On motion of a party in interest filed and served within the time period set forth above, the court may for cause extend the time for closing the case. Local Rule 3022−1(b).

   3. All applications for allowance of fees and expenses shall be filed within 90 days after entry of a final order confirming plan, or such fees and expenses shall be deemed to be waived. Local Rule 2016−1(i).

Dated: January 29, 2021
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                      Case No. 18-29983-ABA
Cassandra Lynn Banko                        Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 | User: admin | Page 1 of 3
Date Rcvd: Jan 29, 2021 | Form ID: 147 | Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cassandra Lynn Banko, 304 N. Essex Ave., Margate City, NJ 08402-1830 |
| aty | + | Ellen McDowell, McDowell Law, PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |
| cr | + | U.S. Bank N.A., successor trustee to Wachovia Bank, c/o Frenkel, Lambert, Weiss, Weisman & G, 80 Main Street, Suite 460, West Orange, NJ 07052-5414 |
| 517831688 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517800609 | + | Angela Kauffman, 1105 Lake Shore Dr., #204, West Palm Beach, FL 33403-2865 |
| 517800612 | + | Diana Miller, 304 S. Mt. Pleasant Rd., Lebanon, PA 17042-4802 |
| 517826381 | + | Eugene Pindar, 8801 Hawthorn Lane, Glenside, PA 19038-7147 |
| 517800613 | + | Milestone Master Card, PO Box 84059, Columbus, GA 31908-4059 |
| 517800615 | + | RCS, 1201 Jefferson St., Suite 150, Washington, MO 63090-4453 |
| 518353868 | + | Rickert Collection Systems, 575 Miltown Road, PO Box 7242, North Brunswick, NJ 08902-7242 |
| 517800616 | + | Romy Braunstein, 119 Grasmere Rd., Bala Cynwyd, PA 19004-2906 |
| 517800618 | + | Shapiro & Denardo, 3600 Horizon Dr. #150, King of Prussia, PA 19406-4702 |
| 518169534 | + | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |
| 517800619 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 517845773 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 29 2021 21:53:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2021 21:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2021 21:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517800610 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 29 2021 22:03:05 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 517869024 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 29 2021 22:03:46 | Capital One, PO Box 6492, Carol Stream, IL 60197-6492 |
| 517800611 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jan 29 2021 22:03:17 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd., Plano, TX 75024-2302 |
| 517811679 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jan 29 2021 22:03:08 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518015606 | + | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Jan 29 2021 22:03:17 | Capital One Auto Finance, a division of Capital On, PO Box 60511, City Of Industry CA 91716, CA 91716-0511 |
| 518047913 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 29 2021 22:04:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 18-29983-ABA    Doc 151    Filed 01/31/21    Entered 02/01/21 00:21:00    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2021 | Form ID: 147 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| 517800614 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 29 2021 21:56:00 | Milestone Master Card, PO Box 4477, Beaverton, OR 97076-4401 |
| 517813248 | | Email/Text: bnc-quantum@quantum3group.com | Jan 29 2021 21:54:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517800617 | | Email/Text: jennifer.chacon@spservicing.com | Jan 29 2021 21:56:00 | Select Portfolio Servicing Inc, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517804228 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 29 2021 22:02:55 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517843196 | | U.S. Bank N.A., successor trustee to Wachovia Bank |
| lm | *+ | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 517842469 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee, for Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates Series 2005-A1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. Bank N.A. successor trustee to Wachovia Bank, N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through Certificates, Series 2005-A1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor U.S. Bank N.A. successor trustee to Wachovia Bank, N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through Certificates, Series 2005-A1 DMcDonough@flwlaw.com |
| Ellen M. McDowell | on behalf of Debtor Cassandra Lynn Banko emcdowell@mcdowelllegal.com lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;r62202@notify.bestcase.com;mcdoweller62202@notify.bestcase.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com |
| Jeffrey M. Sponder | |

District/off: 0312-1 User: admin Page 3 of 3
Date Rcvd: Jan 29, 2021 Form ID: 147 Total Noticed: 28

on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Rebecca Ann Solarz
on behalf of Creditor U.S. Bank National Association as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee, for Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates Series 2005-A1 rsolarz@kmllawgroup.com

Sean M. O'Brien
on behalf of Loss Mitigation Select Portfolio Servicing DMcDonough@flwlaw.com

Sean M. O'Brien
on behalf of Creditor U.S. Bank N.A. successor trustee to Wachovia Bank, N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through Certificates, Series 2005-A1 DMcDonough@flwlaw.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10