| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In re:<br><br>    Cassandra Banko,<br><br>                            Debtor. | Case No. 18-29983<br><br>Hon. Andrew B. Altenburg, Jr.<br><br>Chapter 11 |



**Order Filed on January 29, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## ORDER CONFIRMING DEBTOR'S PLAN OF REORGANIZATION

The relief set forth on the following pages, numbering two (2) through two (2), is hereby

**ORDERED.**

**DATED: January 29, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:	Cassandra Banko
Case No.:	18-29983 (ABA)

## CONFIRMING PLAN OF REORGANIZATION

### ORDER

The Third Modified Plan of Reorganization filed by Cassandra Banko on November 30, 2020 (the "Plan') having been transmitted to creditors in accordance with the Court's Order Conditionally Approving Disclosure Statement dated December 10, 2020; it is hereby

ORDERED that:

1. The Plan is approved and confirmed under 11 U.S.C. Section 1129.

2. The Debtor shall file all post-confirmation operating reports and shall pay all quarterly fees when due until this case is converted, dismissed or closed.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 18-29983-ABA

Cassandra Lynn Banko                                                            Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                   User: admin                                  Page 1 of 2
Date Rcvd: Jan 29, 2021          Form ID: pdf903                           Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cassandra Lynn Banko, 304 N. Essex Ave., Margate City, NJ 08402-1830 |
| aty | + | Ellen McDowell, McDowell Law, PC, 46 West Main Street, Maple Shade, NJ 08052-2432 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2021                    Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2021 at the address(es) listed below:**

**Name**                    **Email Address**

Denise E. Carlon

    on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee, for Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates Series 2005-A1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon

    on behalf of Creditor U.S. Bank N.A.  successor trustee to Wachovia Bank, N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through Certificates, Series 2005-A1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Douglas J. McDonough

    on behalf of Creditor U.S. Bank N.A.  successor trustee to Wachovia Bank, N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through Certificates, Series 2005-A1 DMcDonough@flwlaw.com

Ellen M. McDowell

    on behalf of Debtor Cassandra Lynn Banko emcdowell@mcdowelllegal.com lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 29, 2021 | Form ID: pdf903 | Total Noticed: 2 |

mcdowelllegal.com;r62202@notify.bestcase.com;mcdoweller62202@notify.bestcase.com

Jason Brett Schwartz
    on behalf of Creditor Capital One Auto Finance jschwartz@mesterschwartz.com

Jeffrey M. Sponder
    on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

Rebecca Ann Solarz
    on behalf of Creditor U.S. Bank National Association  as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee, for Chase Mortgage Finance Trust Multi-Class Mortgage Pass-Through Certificates Series 2005-A1 rsolarz@kmllawgroup.com

Sean M. O'Brien
    on behalf of Creditor U.S. Bank N.A.  successor trustee to Wachovia Bank, N.A., as trustee, on behalf of the holders of Multi-Class Mortgage Pass-Through Certificates, Series 2005-A1 DMcDonough@flwlaw.com

Sean M. O'Brien
    on behalf of Loss Mitigation Select Portfolio Servicing DMcDonough@flwlaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10