OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: CASSANDRA BANKO   Bank: WELLS FARGO
Bankruptcy Number: 18-29983(ABA)   Account Number: 5350884002
Date of Confirmation: 11/18/2019   Account Type: CHECKING
Reporting Period (month/year): OCT – DEC 2020

Beginning Cash Balance: $ 1323.82

All receipts received by the debtor:

Cash Sales: $ 0   INCOME/PAYMENTS
Collection of Accounts Receivable: $ 24,476.61
Proceeds from Litigation (settlement or otherwise): $ 0
Sale of Debtor's Assets: $ 0
Capital Infusion pursuant to the Plan: $ 0
Total of cash received: $ 24,476.61

Total of cash available: $ 25,800.43

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: $ 325.00   COURT FEE Q3 2020
Disbursements made pursuant to the administrative claims of bankruptcy professionals: $ 0
All other disbursements made in the ordinary course: $ 26,865.00
Total Disbursements: $ 27,190.00
Ending Cash Balance: $ 1389.57

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 1/21/2021   Name/Title: CASSANDRA BANKO/DEBTOR
Debtor: BANKO
Case Number: 18-29983 (ABA)