UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Ellen M. McDowell
McDowell Law, PC
46 W. Main St.
Maple Shade, NJ 08052
(856) 482-5544
emcdowell@mcdowelllegal.com

In Re:

Cassandra Banko,
            Debtor

Case No.: 18-29983

Chapter: 11

Judge: ANDREW B. ALTENBURG, JR.

## REPORT OF DISTRIBUTIONS
## UNDER CONFIRMED CHAPTER 11 PLAN

Date of Distribution: 2/25/2021    Date Plan Confirmed: 1/28/2021

Check one:   ☑ Initial Distribution
             ☐ Subsequent Distribution

Will future distributions be made under the Plan?    ☑ Yes   ☐ No

Future distributions will be made to (check all that apply):
   ☑ Administrative fees and expenses
   ☑ Secured claims
   ☐ Priority secured claims
   ☑ General unsecured claims
   ☐ Equity security holders

Anticipated date of next distribution, if known: 3/10/2021

Percentage dividend to general unsecured creditors:
   Paid in this distribution:                              .0006 %
   Paid to date:                                           .0006 %
   To be paid after all distributions made under Plan:     5.9 %

**Summary of Payments Made in This Distribution:**

$ __500⁰⁰__ Administrative fees and expenses
$ __800⁰⁰__ Secured claims
$ _____ Priority unsecured claims
$ __248⁰³__ General unsecured claims
$ _____ Equity security holders
$ __1548.03__ TOTAL PAYMENTS MADE IN THIS DISTRIBUTION

Questions regarding plan distributions may be directed to:

Name: __CASSANDRA L. BANKO__

Company: _____

Address 1: __304 N. ESSEX AVENUE__

Address 2: _____

City, State, ZIP: __MARGATE, NJ. 08402__

Telephone: __484-437-1925__

Facsimile: _____

Email: __CBANKO@COMCAST.NET__

Relationship to Plan proponent: __SELF__

I certify under penalty of perjury that the above is true.

Date: 3/16/2021

_____
Disbursing Agent

rev.8/1/15

2