OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: CASSANDRA BANKO     Bank: WELLS FARGO
Bankruptcy Number: 18-29983 (ABA)   Account Number: 5350 584002
Date of Confirmation: 11/18/2019    Account Type: CHECKING
Reporting Period (month/year): JAN-FEB 2021

Beginning Cash Balance:                              $ 1389.57

All receipts received by the debtor:

Cash Sales:                                          $ 0
Collection of ~~Accounts Receivable~~ Income/Payments: $ 27,063.20 **
Proceeds from Litigation (settlement or otherwise):  $ 0
Sale of Debtor's Assets:                             $ 0
Capital Infusion pursuant to the Plan:               $ 0
Total of cash received:                              $ 27,063.20

Total of cash available:                             $ 28,452.77

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative
claims of bankruptcy professionals:                  $ 326.21 (COURT FEE)

Disbursements made pursuant to the administrative claims of
bankruptcy professionals:                            $ 1000.00 (LAW FIRM)

All other disbursements made in the ordinary course: $ 25,628.20

Total Disbursements                                  $ 26,954.41

Ending Cash Balance                                  $ 1498.36

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/18/2021    CASSANDRA BANKO / DEBTOR
Date         Name/Title

Debtor: BANKO
Case Number: 18-29983 (ABA)

SIGNATURE

** Income Included
IRS Stimules
of $1200 + 2800 = ($3500)