UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
UNITED STATES TRUSTEE, REGIONS 3 & 9
Jeffrey M. Sponder, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email:  jeffrey.m.sponder@usdoj.gov



**Order Filed on June 1, 2021**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Cassandra Lynn Banko,

Debtor.

Case No.: 18-29983 (ABA)

Chapter 11

Hearing Date:  June 1, 2021 @ 10:00 a.m.

Judge: Andrew B. Altenburg

### ORDER CLOSING CASE

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: June 1, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Cassandra Lynn Banko
Chapter 11 Case No.:  18-29983 (ABA)
**Order Closing Case**

_____

**THIS MATTER** having been opened to the Court by the Debtor's Final Report and Request For Order Closing Case (the "Motion"), and the United States Trustee having provided an informal objection to the Motion; and US Bank N.A. having objected to the Motion; and the parties having resolved the informal and formal objections; and for other good cause shown, it is hereby;

**ORDERED** that the case be and hereby is closed; and it is further

**ORDERED** that within 20 days following the entry of this Order, the Debtor shall provide disbursement information for the second quarter of 2021 to the Office of the United States Trustee, and shall pay any and all statutory fees due and owing pursuant to 28 U.S.C. Section 1930(a)(6) to the Office of the United States Trustee; and it is further

**ORDERED** that should the Debtor fail to provide disbursement information and/or fail to pay statutory fees within the timeframe set forth above, the case will be reopened *nunc pro tunc* to the date this Order is entered upon submission of a certificate of default by the United States Trustee, by and through counsel, on five (5) days' notice to the Debtor and the Debtor's counsel, without the need for filing a separate motion to reopen the case.  The Debtor consents to the reopening of this case pursuant to the procedures set forth herein; and it is further

**ORDERED** that the automatic stay shall terminate upon the entry of this Order.